This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## INDIANAPOLIS AIRPORT AUTHORITY v. FACTORY MUTUAL INSURANCE COMPANY

| | |
|---|---|
| Case Number | 49D03-2004-PL-013207 |
| Court | Marion Superior Court, Civil Division 3 |
| Type | PL - Civil Plenary |
| Filed | 04/06/2020 |
| Status | 04/06/2020 , Pending  (active) |

## Parties to the Case

**Defendant**   FACTORY MUTUAL INSURANCE COMPANY

<u>Address</u>
CT Corporation System
150 W. Market Street, Suite 800
Indianapolis, IN 46204

**Plaintiff**       INDIANAPOLIS AIRPORT AUTHORITY

<u>Address</u>
7800 Col H Weir Cook Memorial Dr.
Indianapolis, IN 46241

<u>Attorney</u>
Charles P Edwards
*#1730906, Lead, Retained*

11 South Meridian St
Indianapolis, IN 46204
317-236-1313(W)

<u>Attorney</u>
Alexander P Orlowski
*#3079429, Retained*

Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
317-236-1313(W)

## Chronological Case Summary

04/06/2020   **Case Opened as a New Filing**

04/06/2020        **Complaint/Equivalent Pleading Filed**
                        Complaint

             Filed By:                    INDIANAPOLIS AIRPORT AUTHORITY
             File Stamp:                04/06/2020

EXHIBIT A

Case 1:20-cv-01281-JRS-DLP   Document 1-1   Filed 04/30/20   Page 2 of 156 PageID #: 10

| 04/06/2020 | **Subpoena/Summons Filed** |
|---|---|
| | Summons Filed - Factory Mutual |

| | Filed By: | INDIANAPOLIS AIRPORT AUTHORITY |
|---|---|---|
| | File Stamp: | 04/06/2020 |

| 04/06/2020 | **Appearance Filed** |
|---|---|
| | Appearance |

| | For Party: | INDIANAPOLIS AIRPORT AUTHORITY |
|---|---|---|
| | File Stamp: | 04/06/2020 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**INDIANAPOLIS AIRPORT AUTHORITY**

Plaintiff

Balance Due (as of 04/29/2020)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 04/06/2020 | Transaction Assessment | 157.00 |
| 04/06/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

**49D03-2004-PL-013207**

Marion Superior Court, Civil Division 3

Filed: 4/6/2020 1:54 P
Cler
Marion County, Indiar

STATE OF INDIANA      )
                  ) SS:
COUNTY OF MARION    )

IN THE MARION SUPERIOR COURT

CAUSE NO.  49D01-2004-PL-_____

INDIANAPOLIS AIRPORT
AUTHORITY,

           Plaintiff,

    v.

FACTORY MUTUAL INSURANCE
COMPANY,

           Defendant.

)
)
)
)
)
)
)
)
)
)
)

**To Defendant(s):**    **Factory Mutual Insurance Company**
                  **c/o CT Corporation System**
                  **150 W. Market Street**
                  **Suite 800**
                  **Indianapolis, IN 46204-2814**

     You are hereby notified that you have been sued by the person named as plaintiff and in the Court

indicated above.  The nature of the suit against you is stated in the Complaint which is attached to this

Summons.  It also states the relief sought or the demand made against you by the plaintiff.

     An answer or other appropriate response in writing to the Complaint must be filed either by you

or your attorney within twenty (20) days, commencing the date after you receive this Summons, (or

twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered

against you for the relief demanded by plaintiff.  If you have a claim for relief against the plaintiff arising

from the same transaction or occurrence, you must assert it in your written answer.

       4/6/2020
Date:_____

_____(Seal)
Clerk, Marion County Superior Court



**(The following manner of service of summons is hereby designated.)**

_____  Registered or certified mail by Court.
__XX__  Registered or certified mail by Attorney.
_____  Service at place of employment, to-wit:
_____  Service on individual via private process server -- (personal or copy) at above address.

**Submitted By:**     **Charles P. Edwards**
**Barnes & Thornburg LLP**
**11 South Meridian Street**
**Indianapolis, IN 46204**
**(317) 236-1313**

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this Summons on the _____ day of _____, 2020:

(1)     By delivering a copy of the Summons and a copy of the Complaint to the Defendant,

_____

_____

(2)     By leaving a copy of the Summons and a copy of the Complaint at

_____

_____

(3)     Other service or remarks:

_____

Sheriff's Costs: _____     By:_____
Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2020, I mailed a copy of this Summons and a copy of the Complaint to the Defendant, by certified mail, requesting a return receipt at the address furnished by the Plaintiff.

Date:_____                   _____
Clerk, Marion County Superior Court

By:_____
Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted by the Defendant on the _____ day of _____, 2020.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint were returned not accepted on the _____ day of _____, 2020.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, on behalf of said Defendant on the _____ day of _____, 2020.

_____
Clerk, Marion County Superior Court

Date:_____          By:_____
                                              Deputy

**49D03-2004-PL-013207**

Marion Superior Court, Civil Division 3

Filed: 4/6/2020 1:54 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.  49D01-2004-PL -_____ |

| | |
|---|---|
| INDIANAPOLIS AIRPORT AUTHORITY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| FACTORY MUTUAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

**Jury Demand**

## COMPLAINT

Plaintiff, Indianapolis Airport Authority, by counsel, for its Complaint against Defendant Factor Mutual Insurance Company states as follows:

1.      Indianapolis Airport Authority ("IAA") is a municipal corporation organized under the laws of the State of Indiana, having its principal office and place of business in Indianapolis, Indiana.

2.      IAA owns and operates the Indianapolis International Airport. It is located at 7800 Col. H. Weir Cook Memorial Dr. in Indianapolis, Indiana.

3.      Factory Mutual Insurance Company ("Factory Mutual) is a mutual insurance corporation with its principal place of business in Rhode Island.

4.      Factory Mutual issued a property insurance policy, no. 1048061, to IAA effective November 30, 2018 to November 30, 2019 (the "FM Policy"), a copy of which is attached as Exhibit 1.

5.      In February 2019, an overtopping event ("Loss") occurred at the Indianapolis International Airport during certain construction activity, which resulted in certain remediation costs and other damages covered by the FM Policy.

6.      Various contractors, including AECOM/Hunt Construction Group, Inc., Bowen Engineering Corporation and Gradex, have charged IAA for work and costs they contended were related to the Loss.

7.      IAA submitted the contractors' costs to Factory Mutual for processing and payment pursuant to the FM Policy.

8.      Factory Mutual agreed to pay some, but not all, of the costs submitted by and to IAA for the Loss.

9.      Various contractors have indicated that they intend to pursue IAA for costs they contend were incurred as a result of the Loss beyond the amounts paid by Factory Mutual under the FM Policy.

10.     In the event IAA incurs or is responsible for additional Loss-related costs and damages beyond those paid by Factory Mutual, then Factory Mutual is liable for those additional amounts pursuant to the FM Policy.

11.     Factory Mutual has denied any further liability for amounts related to the Loss under the FM Policy.

12.     Factory Mutual has refused to waive or extend the time period for starting a legal action or proceeding for the recovery of any claim in any court of law or equity beyond April 6, 2020. *See* Exhibit 2.

13.     IAA is therefore filing this lawsuit at this time for a declaratory judgment from this Court regarding the rights and duties of the parties to the FM Policy in the event IAA incurs or is

determined to be responsible for any Loss-related costs or damages beyond the amounts paid to date by Factory Mutual; and, in that event, for damages for breach of contract based on Factory Mutual's breach of the FM Policy.

WHEREFORE, IAA requests a declaratory judgment that Factory Mutual is liable under the FM Policy for any additional Loss-related costs or damages IAA incurs or for which IAA is responsible beyond those amounts paid to date by Factory Mutual; and, in that event, for damages caused by Factory Mutual's failure to pay for any such costs or damages; for prejudgment interest, attorneys' fees and all other costs and damages to which IAA is entitled as a matter of law or equity; and for all other just and proper relief.

### Jury Demand

Plaintiff, Indianapolis Airport Authority, demands a jury trial on all issues and claims so triable in this action.

Respectfully submitted,

*/s/ Charles P. Edwards*
Charles P. Edwards (17309-06)
Alexander P. Orlowski (30794-29)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204
Phone: (317) 236-1313
Fax:  (317) 231-7433
Email: Charles.edwards@btlaw.com
       Alexander.Orlowski@btlaw.com

*Attorney for Plaintiff*
*Indianapolis Airport Authority*

3

49D03-2004-PL-013207

Marion Superior Court, Civil Division 3

Filed: 4/6/2020 1:54 P
Cler
Marion County, Indian

**FM Global**

## MUTUAL CORPORATION
## NON-ASSESSABLE POLICY

Factory Mutual Insurance Company
P.O. Box 7500
Johnston, Rhode Island 02919
1-800-343-7722

## DECLARATIONS

| Policy No. | Previous Policy No. | DATE OF ISSUE |
|---|---|---|
| 1048061 | | 28 November 2018 |

| Account No. | Replaces Binder No. | |
|---|---|---|
| 1-53382 | | |

In consideration of this Policy's Provisions, Conditions, Stipulations, Exclusions and Limits of Liability, and of premium charged, Factory Mutual Insurance Company, hereafter referred to as the Company, does insure:

> **INSURED:**
>
> Indianapolis Airport Authority
>
>
>
> (For Complete Title See Policy)

The term of this Policy is from the 30th day of November, 2018 to the 30th day of November, 2019 at 12:01 a.m., Standard Time, at the Locations of property involved as provided in this Policy.

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

By virtue of this Policy and any other policies purchased from the Company being in force, the Insured becomes a member of the Company, subject to the provisions of its charter and by-laws, and is entitled to one vote either in person or by proxy at any and all meetings of said Company.

Assignment of this Policy will not be valid except with the written consent of the Company.

This Policy is made and accepted subject to the above provisions and those hereinafter stated, which are made a part of this Policy, together with such other provisions and agreements as may be added to this Policy.

In Witness, this Company has issued this Policy at its office in the city of Johnston, R. I.
this  28th day of  November, 2018

_____
Authorized Signature

_____
Secretary

_____
President

Countersigned (if required) this           day of

_____
Agent

Form FMGA DEC
7020 (5/99)

Printed in U.S.A.

## Exhibit 1



Factory Mutual Insurance Company
Johnston, Rhode Island
A Mutual Corporation

This policy is Non-Assessable.

It is important that the written
portions of all policies covering
the same property read exactly
alike. If they do not, they should
be made uniform at once.

In case of loss notify the company
or its local agent at once in writing.

7019 (9/01)

This policy is issued by a mutual company having special regulations lawfully applicable to its organization, membership, policies, or contracts of insurance of which the following shall apply to and form a part of this policy.

## EXTRACTS FROM CHARTER OF THIS COMPANY
Granted by the General Assembly of the State of Rhode Island

SECTION 5:  Except as hereinafter specifically provided, each natural person, partnership, association, corporation or legal entity insured on the mutual plan by the Corporation shall be a member of the Corporation during the term of its policy but no longer, and at all meetings of the members shall be entitled to one vote either in person or by proxy, provided, however, that where there is more than one insured under any policy, such insureds shall nevertheless be deemed to be a single member of the Corporation for all purposes.  The Corporation may issue policies which do not entitle the insured to membership in the Corporation nor to participate in its surplus.

SECTION 10:  Upon the termination of the membership of any member, all his or its right and interest in the surplus, reserves and other assets of the Corporation shall forthwith cease.

## EXTRACTS FROM THE BY-LAWS OF THIS COMPANY
Adopted July 13, 2000

ARTICLE 1 – MEETINGS OF THE MEMBERS

SECTION 1.  Annual Meeting
The annual meeting of the members shall be held at the principal offices of the Company, or at such other place as may be stated in the notice of the meeting, at 9:00 a.m. on the second Thursday of April in each year, for the election of directors and the transaction of such other business as may be brought before the meeting.  If the annual meeting is omitted on the day herein provided therefor, a special meeting may be held in place thereof; and any business transacted or elections held at such special meeting shall be as effective as if transacted or held at the annual meeting.

7019 (9/01)



Account No.  1-53382
Policy No.  1048061

## TABLE OF CONTENTS
### (Order In Which They Appear)

Page No.

**DECLARATIONS PAGE**

**DECLARATIONS**

1.   NAMED INSURED AND MAILING ADDRESS .................................................. 1
2.   POLICY DATES .................................................................................................. 1
3.   INSURANCE PROVIDED .................................................................................. 1
4.   PREMIUM ........................................................................................................... 1
5.   PREMIUM PAYABLE .......................................................................................... 1
6.   LOSS ADJUSTMENT/PAYABLE ....................................................................... 1
7.   TERRITORY ........................................................................................................ 2
8.   JURISDICTION ................................................................................................... 2
9.   CURRENCY ........................................................................................................ 2
10.  LIMITS OF LIABILITY ...................................................................................... 2
11.  DEDUCTIBLES ................................................................................................... 5

**PROPERTY DAMAGE**

1.   INSURED PROPERTY .......................................................................................... 8
2.   EXCLUDED PROPERTY ...................................................................................... 8
3.   EXCLUSIONS ....................................................................................................... 9
4.   APPLICATION OF POLICY TO DATE OR TIME RECOGNITION ................. 13
5.   VALUATION......................................................................................................... 14
6.   ADDITIONAL COVERAGES .............................................................................. 15
     CYBER ADDITIONAL COVERAGES ................................................................ 16
     A.   DATA, PROGRAMS OR SOFTWARE.......................................................... 16
     B.   OFF PREMISES DATA SERVICES PROPERTY DAMAGE ....................... 17
     OTHER ADDITIONAL COVERAGES ................................................................ 18
     A.   ACCIDENTAL INTERRUPTION OF SERVICES ....................................... 18
     B.   ACCOUNTS RECEIVABLE .......................................................................... 19
     C.   AUTOMATIC COVERAGE .......................................................................... 20
     D.   BRANDS AND LABELS................................................................................ 20
     E.   CLAIMS PREPARATION COSTS ................................................................ 20
     F.   COMMUNICABLE DISEASE RESPONSE ................................................. 21
     G.   CONSEQUENTIAL REDUCTION IN VALUE ........................................... 22
     H.   CONTROL OF DAMAGED PROPERTY ..................................................... 22
     I.   DEBRIS REMOVAL....................................................................................... 22
     J.   DECONTAMINATION COSTS ..................................................................... 23
     K.   ERRORS AND OMISSIONS ......................................................................... 23
     L.   EXPEDITING COSTS ................................................................................... 23
     M.   FINE ARTS AND VALUABLE PAPERS AND RECORDS ........................ 24
     N.   INSTALLMENT OR DEFERRED PAYMENTS .......................................... 25
     O.   LAND AND WATER CONTAMINANT CLEANUP, REMOVAL AND DISPOSAL ...... 25
     P.   LAW AND ORDINANCE ............................................................................. 26
     Q.   LOCKS AND KEYS ...................................................................................... 27
     R.   LOSS PAYMENT INCREASED TAX LIABILITY ...................................... 27



## TABLE OF CONTENTS
### (Order In Which They Appear)

Page No.

| | | |
|---|---|---|
| S. | MACHINERY OR EQUIPMENT STARTUP OPTION | 28 |
| T. | MISCELLANEOUS PROPERTY | 28 |
| U. | OPERATIONAL TESTING | 29 |
| V. | PROTECTION AND PRESERVATION OF PROPERTY | 29 |
| W. | SERVICE INTERRUPTION PROPERTY DAMAGE | 30 |
| X. | TEMPORARY REMOVAL OF PROPERTY | 31 |
| Y. | TERRORISM | 31 |
| Z. | TRANSPORTATION | 32 |

**TIME ELEMENT**

| | | |
|---|---|---|
| 1. | LOSS INSURED | 35 |
| 2. | TIME ELEMENT COVERAGES | 36 |
| | A. INSURED OPTION | 36 |
| | B. GROSS EARNINGS | 36 |
| | C. GROSS PROFIT | 38 |
| | B. EXTRA EXPENSE | 40 |
| | C. LEASEHOLD INTEREST | 41 |
| | D. RENTAL INSURANCE | 42 |
| 3. | PERIOD OF LIABILITY | 42 |
| 4. | TIME ELEMENT EXCLUSIONS | 45 |
| 5. | TIME ELEMENT COVERAGE EXTENSIONS | 46 |
| | CYBER TIME ELEMENT COVERAGE EXTENSIONS | 46 |
| | A. COMPUTER SYSTEMS NON PHYSICAL DAMAGE | 46 |
| | B. OFF PREMISES DATA SERVICES TIME ELEMENT | 47 |
| | SUPPLY CHAIN TIME ELEMENT COVERAGE EXTENSIONS | 48 |
| | A. CIVIL OR MILITARY AUTHORITY | 48 |
| | B. CONTINGENT TIME ELEMENT EXTENDED | 49 |
| | C. INGRESS/EGRESS | 49 |
| | D. LOGISTICS EXTRA COST | 50 |
| | E. SERVICE INTERRUPTION TIME ELEMENT | 52 |
| | ADDITIONAL TIME ELEMENT COVERAGE EXTENSIONS | 53 |
| | A. ATTRACTION PROPERTY | 53 |
| | B. CRISIS MANAGEMENT | 53 |
| | C. DELAY IN STARTUP | 54 |
| | D. EXTENDED PERIOD OF LIABILITY | 54 |
| | E. INTERRUPTION BY COMMUNICABLE DISEASE | 55 |
| | F. ON PREMISES SERVICES | 56 |
| | G. PROTECTION AND PRESERVATION OF PROPERTY TIME ELEMENT | 56 |
| | H. RELATED REPORTED VALUES | 56 |
| | I. RESEARCH AND DEVELOPMENT | 57 |
| | J. SOFT COSTS | 57 |

**LOSS ADJUSTMENT AND SETTLEMENT**

| | | |
|---|---|---|
| 1. | REQUIREMENTS IN CASE OF LOSS | 58 |
| 2. | CURRENCY FOR LOSS PAYMENT | 59 |



Account No.  1-53382
Policy No.  1048061

## TABLE OF CONTENTS
### (Order In Which They Appear)

Page No.

3.    PARTIAL PAYMENT OF LOSS SETTLEMENT ........................................................59
4.    COLLECTION FROM OTHERS ..............................................................................59
5.    SUBROGATION ......................................................................................................59
6.    COMPANY OPTION ...............................................................................................59
7.    ABANDONMENT ....................................................................................................59
8.    APPRAISAL ............................................................................................................60
9.    SUIT AGAINST THE COMPANY ............................................................................60
10.   SETTLEMENT OF CLAIMS ....................................................................................61

**GENERAL PROVISIONS**

1.    CANCELLATION/NON-RENEWAL .........................................................................62
2.    INSPECTIONS.........................................................................................................62
3.    PROVISIONS APPLICABLE TO SPECIFIC JURISDICTIONS ................................62
4.    LIBERALIZATION ...................................................................................................63
5.    MISREPRESENTATION AND FRAUD ....................................................................63
6.    LENDERS LOSS PAYEE AND MORTGAGEE INTERESTS AND OBLIGATIONS ...............63
7.    OTHER INSURANCE ..............................................................................................65
8.    POLICY MODIFICATION ........................................................................................65
9.    REDUCTION BY LOSS ...........................................................................................66
10.   SUSPENSION .........................................................................................................66
11.   TITLES....................................................................................................................66
12.   ASSIGNMENT ........................................................................................................66
13.   DEFINITIONS .........................................................................................................66
SCHEDULE OF LOCATIONS ........................................................................... APPENDIX A
SCHEDULE OF VEHICLES ...............................................................................APPENDIX B
SCHEDULE OF FINE ARTS ..............................................................................APPENDIX C
GREEN COVERAGE ENDORSEMENT, Form FMG7331
SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT, Form FMG7308



**Account No.  1-53382**
**Policy No.  1048061**

## DECLARATIONS

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

### 1.  NAMED INSURED AND MAILING ADDRESS

Indianapolis Airport Authority and any subsidiary, and Indianapolis Airport Authority's interest in any partnership or joint venture in which Indianapolis Airport Authority has management control or ownership as now constituted or hereafter is acquired, as the respective interest of each may appear; all hereafter referred to as the "Insured," including legal representatives.

7800 Col Weircook Dr #100
Indianapolis, IN 46241-8009

### 2.  POLICY DATES

TERM: One year

FROM: 30 November, 2018 at 12:01 a.m., Standard Time;
TO:     30 November, 2019 at 12:01 a.m., Standard Time,

at the **location** of property involved as provided in this Policy.

### 3.  INSURANCE PROVIDED

The coverage under this Policy applies to property described on the Schedule of Locations or covered under the terms and conditions of the AUTOMATIC COVERAGE, ERRORS AND OMISSIONS or MISCELLANEOUS PROPERTY provisions, unless otherwise provided.

Schedule of Locations are as listed on the Schedule of Locations attached to this Policy.

### 4.  PREMIUM

This Policy is issued in consideration of an initial premium.

### 5.  PREMIUM PAYABLE

USI Insurance Services National, Inc. pays the premium under this Policy, and any return of the paid premium accruing under this Policy will be paid to the account of USI Insurance Services National, Inc.

### 6.  LOSS ADJUSTMENT/PAYABLE

Loss, if any, will be adjusted with and payable to Indianapolis Airport Authority, or as may be directed by Indianapolis Airport Authority.



Account No.  1-53382
Policy No.  1048061

Additional insured interests will also be included in loss payment as their interests may appear when named as additional named insured, lender, mortgagee and/or loss payee either on a Certificate of Insurance or other evidence of insurance on file with the Company or named below.

When named on a Certificate of Insurance or other evidence of insurance, such additional interests are automatically added to this Policy as their interests may appear as of the effective date shown on the Certificate of Insurance or other evidence of insurance.  The Certificate of Insurance or other evidence of insurance will not amend, extend or alter the terms, conditions, provisions and limits of this Policy.

## 7.  TERRITORY

Coverage as provided under this Policy applies in Canada, the United States of America and the Commonwealth of Puerto Rico.

## 8.  JURISDICTION

This Policy will be governed by the laws of the United States of America.

Any disputes arising hereunder will be exclusively subject to United States of America jurisdiction.

## 9.  CURRENCY

All amounts, including deductibles, premiums and limits of liability, indicated in this Policy shall be in the currency represented by the three letter currency designation shown.  This three letter currency designator is defined in Table A.1-Currency and funds code list, International Organization for Standardization (ISO) 4217, edition in effect at the inception of this Policy.

## 10.  LIMITS OF LIABILITY

The Company's maximum limit of liability in an **occurrence**, including any insured TIME ELEMENT loss, will not exceed the Policy limit of liability of USD1,000,000,000 subject to the following provisions:

A.  Limits of liability and time limits stated below or elsewhere in this Policy are part of, and not in addition to, the Policy limit of liability.

B.  Limits of liability in an **occurrence** apply to the total loss or damage at all **locations** and for all coverages involved, including any insured TIME ELEMENT loss, subject to the following provisions:

1)  when a limit of liability applies in the **aggregate during any policy year**, the Company's maximum amount payable will not exceed such limit of liability during any policy year.

2)  when a limit of liability applies to a **location** or other specified property, such limit of liability will be the maximum amount payable for all loss or damage at all **locations** arising from physical loss or damage at such **location** or to such other specified property.



**Account No.  1-53382**
**Policy No.   1048061**

C.   Should an **occurrence** result in liability payable under more than one policy issued to the Named Insured by the Company, or its **representative companies**, the maximum amount payable in the aggregate under all such policies will be the applicable limit(s) of liability indicated in this Policy.

Applicable Limits of Liability/Time Limits:

| | |
|---|---|
| ATTRACTION PROPERTY | 30 consecutive days |
| AUTOMATIC COVERAGE | 90 day period but not to exceed a USD100,000,000 limit, per **location** |
| CIVIL OR MILITARY AUTHORITY | 60 consecutive days |
| CLAIMS PREPARATION COSTS | USD25,000 plus 50% of the amount recoverable under this coverage in excess of USD25,000 |
| COMMUNICABLE DISEASE RESPONSE | USD1,000,000 in the **aggregate during any policy year**<br><br>The Company's maximum limit of liability for INTERRUPTION BY COMMUNICABLE DISEASE and this coverage combined shall not exceed USD1,000,000 in the **aggregate during any policy year** regardless of the number of locations, coverages or **occurrences** involved. |
| COMPUTER SYSTEMS NON PHYSICAL DAMAGE and DATA, PROGRAMS OR SOFTWARE combined | USD1,000,000 in the **aggregate during any policy year** |
| CONTINGENT TIME ELEMENT EXTENDED | USD25,000,000 |
| CRISIS MANAGEMENT | 30 consecutive days |
| **earth movement** | USD250,000,000 in the **aggregate during any policy year** |
| ERRORS AND OMISSIONS | USD100,000,000 |
| EXPEDITING COSTS and EXTRA EXPENSE combined | USD100,000,000 |
| EXTENDED PERIOD OF LIABILITY | 180 day period |



| | |
|---|---|
| **fine arts** | USD100,000,000 but not to exceed a USD10,000 limit per item for **irreplaceable fine arts** not on a schedule on file with the Company |
| fines or penalties for breach of contract or for late or noncompletion of orders combined | USD100,000 |
| **flood** | USD250,000,000 but not to exceed a USD10,000,000 limit for INGRESS/EGRESS |
| GROSS PROFIT | 12 month period but not to exceed a 180 day period for Ordinary Payroll |
| INGRESS/EGRESS | 30 day period |
| INTERRUPTION BY COMMUNICABLE DISEASE | 12 month period but not to exceed a USD1,000,000 limit in the **aggregate during any policy year**<br><br>The Company's maximum limit of liability for COMMUNICABLE DISEASE RESPONSE and this coverage combined shall not exceed USD1,000,000 in the **aggregate during any policy year** regardless of the number of locations, coverages or **occurrences** involved. |
| LAND AND WATER CONTAMINANT CLEANUP, REMOVAL AND DISPOSAL | USD2,500,000 in the **aggregate during any policy year** |
| LOCKS AND KEYS | USD100,000 |
| LOGISTICS EXTRA COST | 180 day period but not to exceed 200% of the **normal cost** |
| MISCELLANEOUS PROPERTY | As respects property at a **location**:<br><br>a)      USD25,000,000 per **location**<br><br>As respects property not at a **location**:<br><br>a)      USD10,000,000 |
| OFF PREMISES DATA SERVICES PROPERTY DAMAGE and OFF PREMISES DATA SERVICES TIME ELEMENT combined | USD1,000,000 in the **aggregate during any policy year** |



| Ordinary Payroll | 180 day period |
|---|---|
| SERVICE INTERRUPTION PROPERTY DAMAGE and SERVICE INTERRUPTION TIME ELEMENT combined | USD25,000,000 |
| TERRORISM | USD5,000,000 in the **aggregate during any policy year** but not to exceed the following limits in the **aggregate during any policy year**:<br><br>a)   USD5,000,000 for AUTOMATIC COVERAGE, ERRORS AND OMISSIONS, MISCELLANEOUS PROPERTY and TEMPORARY REMOVAL OF PROPERTY combined<br><br>b)   USD5,000,000 for **flood** when caused by or resulting from **terrorism**<br><br>The limits for TERRORISM shall not include the **actual cash value** portion of fire damage caused by **terrorism**.<br><br>The limits for TERRORISM do not apply to the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S). |
| **valuable papers and records** | USD100,000,000 but not to exceed a USD10,000 limit per item for **irreplaceable valuable papers and records** not on a schedule on file with the Company |
| vehicles as described on the Schedule of Vehicles, Appendix B | USD10,000,000 |

## 11.   DEDUCTIBLES

Subject to the deductible general provisions stated below, in each case of loss covered by this Policy the following deductibles apply:

| LOGISTICS EXTRA COST | USD100,000 per **occurrence** |
|---|---|
| TRANSPORTATION | USD25,000 per **occurrence** |



Account No.  1-53382
Policy No.  1048061

| vehicles as described on the Schedule of Vehicles, Appendix B | USD10,000 per **occurrence** |
| All Other Loss | USD100,000 combined all coverages, per **occurrence** |

Deductible General Provisions:

In each case of loss covered by this Policy, the Company will be liable only if the Insured sustains a loss, including any insured TIME ELEMENT loss, in a single **occurrence** greater than the applicable deductible specified above, and only for its share of that greater amount.

A.   For SERVICE INTERRUPTION loss, when a deductible is not specifically stated as applying to SERVICE INTERRUPTION, the deductible applied to the SERVICE INTERRUPTION loss will be the deductible that would apply if the cause of the interruption happened at the insured **location** that sustains the interruption of the specified services.

B.   For CONTINGENT TIME ELEMENT EXTENDED loss, when a deductible is not specifically stated as applying to CONTINGENT TIME ELEMENT EXTENDED, the deductible for CONTINGENT TIME ELEMENT EXTENDED loss will be determined as though the **contingent time element location** was an insured **location** under this Policy.

C.   The stated earthquake deductible will be applied to earthquake loss.  The stated **flood** deductible will be applied to **flood** loss.  The stated **wind** deductible will be applied to **wind** loss.  The provisions of item E below will also be applied to each.

D.   When this Policy insures more than one **location**, the deductible will apply against the total loss covered by this Policy in an **occurrence** except that a deductible that applies on a per **location** basis, if specified, will apply separately to each **location** where the physical damage happened regardless of the number of **locations** involved in the **occurrence**.

E.   Unless stated otherwise, if two or more deductibles apply to an **occurrence**, the total to be deducted will not exceed the largest deductible applicable.  For the purposes of this provision, when a separate Property Damage and a separate Time Element deductible apply, the sum of the two deductibles will be considered a single deductible.  If two or more deductibles apply on a per **location** basis in an **occurrence**, the largest deductible applying to each **location** will be applied separately to each such **location**.

F.   When a % deductible is stated above, whether separately or combined, the deductible is calculated as follows:

Property Damage – % of the value, per the Valuation clause(s) of the PROPERTY DAMAGE section, of the property insured at the **location** where the physical damage happened.

Time Element – % of the full Time Element values that would have been earned in the 12 month period following the **occurrence** by use of the facilities at the **location** where the



physical damage happened, plus that proportion of the full Time Element values at all other **locations** where TIME ELEMENT loss ensues that was directly affected by use of such facilities and that would have been earned in the 12 month period following the **occurrence**.

G.   For insured physical loss or damage:

1)   to insured fire protection equipment; or

2)   from water or other substance discharged from fire protection equipment of the type insured,

the applicable deductible applying to items 1 or 2 above only will be reduced by fifty percent (50%), per **occurrence**.  However, this provision will not apply to loss or damage resulting from fire or **earth movement** regardless of whether claim is made for such fire or **earth movement**.

FM Global

**Account No.   1-53382**
**Policy No.   1048061**

# PROPERTY DAMAGE

## 1.   INSURED PROPERTY

This Policy insures the following property, unless otherwise excluded elsewhere in this Policy, as described in the INSURANCE PROVIDED provision or within 1,000 feet/300 metres thereof, to the extent of the interest of the Insured in such property:

A.   Real Property, including new buildings and additions under construction, in which the Insured has an insurable interest.

B.   Personal Property:

  1)   owned by the Insured.

  2)   consisting of the Insured's interest as a tenant in improvements and betterments.  In the event of physical loss or damage, the Company agrees to accept and consider the Insured as sole and unconditional owner of improvements and betterments, notwithstanding any contract or lease to the contrary.

  3)   of officers and employees of the Insured.

  4)   of others in the Insured's custody to the extent the Insured is under obligation to keep insured for physical loss or damage insured by this Policy.

  5)   of others in the Insured's custody to the extent of the Insured's legal liability for insured physical loss or damage to Personal Property.  The Company will defend that portion of any suit against the Insured that alleges such liability and seeks damages for such insured physical loss or damage.  The Company may, without prejudice, investigate, negotiate and settle any claim or suit as the Company deems expedient.

This Policy also insures the interest of contractors and subcontractors in insured property during construction at an insured **location** or within 1,000 feet/300 metres thereof, to the extent of the Insured's legal liability for insured physical loss or damage to such property.  Such interest of contractors and subcontractors is limited to the property for which they have been hired to perform work and such interest will not extend to any TIME ELEMENT coverage provided under this Policy.

## 2.   EXCLUDED PROPERTY

The following exclusions apply unless otherwise stated in this Policy:

This Policy excludes:

A.   currency, money, notes or securities.

B.   precious metal in bullion form.

C.   land and any substance in or on land.  However, this exclusion does not apply to:

FM Global

Account No.  1-53382
Policy No.  1048061

    1)  landscape gardening.

    2)  car parks, parking lots, pavement, roadways, railways, transformer enclosures or walkways.

    3)  fill beneath car parks, parking lots, pavement, roadways, railways, transformer enclosures, walkways, or buildings and structures.

D.    water.  However, this exclusion does not apply to:

    1)  water that is contained within any enclosed tank, piping system or any other processing equipment.

E.    animals, standing timber or growing crops.

F.    watercraft or aircraft, except when unfueled and manufactured by the Insured.

G.    vehicles of officers or employees of the Insured or vehicles otherwise insured for physical loss or damage.

H.    underground mines or mine shafts or any property within such mine or shaft.

I.    dams or dikes.

J.    property in transit, except as otherwise provided by this Policy.

K.    property sold by the Insured under conditional sale, trust agreement, installment plan or other deferred payment plan after delivery to customers, except as provided by the INSTALLMENT OR DEFERRED PAYMENTS coverage of this Policy.

L.    electronic data, programs or software, except when they are stock in process, finished goods manufactured by the Insured, raw materials, supplies or other merchandise not manufactured by the Insured, or as otherwise provided by the DATA, PROGRAMS OR SOFTWARE coverage of this Policy.

## 3.   EXCLUSIONS

In addition to the exclusions elsewhere in this Policy, the following exclusions apply unless otherwise stated:

A.    This Policy excludes:

    1)  indirect or remote loss or damage.

    2)  interruption of business, except to the extent provided by this Policy.

    3)  loss of market or loss of use.



Account No.   1-53382
Policy No.   1048061

4) loss or damage or deterioration arising from any delay.

5) mysterious disappearance, loss or shortage disclosed on taking inventory, or any unexplained loss.

6) loss from enforcement of any law or ordinance:

    a) regulating the construction, repair, replacement, use or removal, including debris removal, of any property; or

    b) requiring the demolition of any property, including the cost in removing its debris;

    except as provided by the DECONTAMINATION COSTS and LAW AND ORDINANCE coverages of this Policy.

7) loss resulting from the voluntary parting with title or possession of property if induced by any fraudulent act or by false pretense.

B. This Policy excludes loss or damage directly or indirectly caused by or resulting from any of the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

1) nuclear reaction or nuclear radiation or radioactive contamination. However:

    a) if physical damage by fire or sprinkler leakage results, then only that resulting damage is insured; but not including any loss or damage due to nuclear reaction, radiation or radioactive contamination.

    b) this Policy does insure physical damage directly caused by sudden and accidental radioactive contamination, including resultant radiation damage, from material used or stored or from processes conducted on the insured **location**, provided that on the date of loss, there is neither a nuclear reactor nor any new or used nuclear fuel on the insured **location**. This coverage does not apply to any act, loss or damage excluded in item B2f of this EXCLUSIONS clause.

    This exclusion B1 and the exceptions in B1a and B1b do not apply to any act, loss or damage which also comes within the terms of exclusion B2b of this EXCLUSIONS clause.

2) a) hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack by any:

    (i) government or sovereign power (de jure or de facto);

    (ii) military, naval or air force; or

    (iii) agent or authority of any party specified in i or ii above.



b) discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act.

c) insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an event.

d) seizure or destruction under quarantine or custom regulation, or confiscation by order of any governmental or public authority.

e) risks of contraband, or illegal transportation or trade.

f) **terrorism**, including action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**, except to the extent provided in the TERRORISM coverage of the Policy. However, if direct loss or damage by fire results from any of these acts (unless committed by or on behalf of the Insured), then this Policy covers only to the extent of the **actual cash value** of the resulting direct loss or damage by fire to property insured. This coverage exception for such resulting fire loss or damage does not apply to:

   (i) direct loss or damage by fire which results from any other applicable exclusion in the Policy, including the discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act.

   (ii) any coverage provided in the TIME ELEMENT section of this Policy or to any other coverages provided in this Policy.

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion, or any other risk of physical loss or damage covered elsewhere in this Policy.

If any act which satisfies the definition of **terrorism** also comes within the terms of item B2a of this EXCLUSIONS clause then item B2a applies in place of this item B2f exclusion.

If any act which satisfies the definition of **terrorism** also comes within the terms of item B2b of this EXCLUSIONS clause then item B2b applies in place of this item B2f exclusion.

If any act which satisfies the definition of **terrorism** also comes within the terms of item B2c of this EXCLUSIONS clause then item B2c applies in place of this item B2f exclusion.

If any act excluded herein involves nuclear reaction, nuclear radiation or radioactive contamination, this item B2f exclusion applies in place of item B1 of this EXCLUSIONS clause.



3) any dishonest act, including but not limited to theft, committed alone or in collusion with others, at any time:

    a) by an Insured or any proprietor, partner, director, trustee, officer, or employee of an Insured; or

    b) by any proprietor, partner, director, trustee, or officer of any business or entity (other than a common carrier) engaged by an Insured to do anything in connection with property insured under this Policy.

This Policy does insure acts of direct insured physical damage intentionally caused by an employee of an Insured or any individual specified in b above, and done without the knowledge of the Insured. This coverage does not apply to any act excluded in B2f of this EXCLUSIONS clause. In no event does this Policy cover loss by theft by any individual specified in a or b above.

4) lack of the following services:

    a) incoming electricity, fuel, water, gas, steam or refrigerant;

    b) outgoing sewerage;

    c) incoming or outgoing voice, data or video,

all when caused by an event off the insured **location**, except as provided in the SERVICE INTERRUPTION and OFF PREMISES DATA SERVICES coverages of this Policy. But, if the lack of such a service directly causes insured physical damage on the insured **location**, then only that resulting damage is insured.

C. This Policy excludes the following, but, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

1) faulty workmanship, material, construction or design from any cause.

2) loss or damage to stock or material attributable to manufacturing or processing operations while such stock or material is being processed, manufactured, tested, or otherwise worked on.

3) deterioration, depletion, rust, corrosion or erosion, wear and tear, inherent vice or latent defect.

4) settling, cracking, shrinking, bulging, or expansion of:

    a) foundations (including any pedestal, pad, platform or other property supporting machinery).

    b) floors.

    c) pavements.

FM Global

    d)  walls.

    e)  ceilings.

    f)  roofs.

  5)  a)  changes of temperature damage (except to machinery or equipment); or

      b)  changes in relative humidity damage,

      all whether atmospheric or not.

  6)  insect, animal or vermin damage.

  7)  loss or damage to the interior portion of buildings under construction from rain, sleet or snow, whether or not driven by wind, when the installation of the roof, walls or windows of such buildings has not been completed.

D.    This Policy excludes the following unless directly resulting from other physical damage not excluded by this Policy:

  1)  **contamination,** and any cost due to **contamination** including the inability to use or occupy property or any cost of making property safe or suitable for use or occupancy.  If **contamination** due only to the actual not suspected presence of **contaminant(s)** directly results from other physical damage not excluded by this Policy, then only physical damage caused by such **contamination** may be insured.  This exclusion D1 does not apply to radioactive contamination which is excluded elsewhere in this Policy.

  2)  shrinkage.

  3)  changes in color, flavor, texture or finish.

## 4.    APPLICATION OF POLICY TO DATE OR TIME RECOGNITION

With respect to situations caused by any **date or time recognition** problem by **electronic data processing equipment or media** (such as the so-called Year 2000 problem), this Policy applies as follows.

A.    This Policy does not pay for remediation, change, correction, repair or assessment of any **date or time recognition** problem, including the Year 2000 problem, in any **electronic data processing equipment or media,** whether preventative or remedial, and whether before or after a loss, including temporary protection and preservation of property.  This Policy does not pay for any TIME ELEMENT loss resulting from the foregoing remediation, change, correction, repair or assessment.

B.    Failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000, is not insured physical loss or damage.  This Policy



**Account No.   1-53382**
**Policy No.   1048061**

does not pay for any such incident or for any TIME ELEMENT loss resulting from any such incident.

Subject to all of its terms and conditions, this Policy does pay for physical loss or damage not excluded by this Policy that results from a failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000.  Such covered resulting physical loss or damage does not include any loss, cost or expense described in A or B above.  If such covered resulting physical loss or damage happens, and if this Policy provides TIME ELEMENT coverage, then, subject to all of its terms and conditions, this Policy also covers any insured Time Element loss directly resulting therefrom.

5.   **VALUATION**

Adjustment of the physical loss amount under this Policy will be computed as of the date of loss at the place of the loss, and for no more than the interest of the Insured.

Unless stated otherwise in an Additional Coverage, adjustment of physical loss to property will be subject to the following:

A.   On stock in process, the value of raw materials and labor expended plus the proper proportion of overhead charges.

B.   On finished goods manufactured by the Insured, the regular cash selling price, less all discounts and charges to which the finished goods would have been subject had no loss happened.

C.   On raw materials, supplies or other merchandise not manufactured by the Insured:

1)   if repaired or replaced, the actual expenditure incurred in repairing or replacing the damaged or destroyed property; or

2)   if not repaired or replaced, the **actual cash value**.

D.   On exposed films, records, manuscripts and drawings that are not **valuable papers and records**, the value blank plus the cost of copying information from back-up or from originals of a previous generation.  These costs will not include research, engineering or any costs of restoring or recreating lost information.

E.   On property that is damaged by fire and such fire is the result of **terrorism**, the **actual cash value** of the fire damage loss.  Any remaining fire damage loss shall be adjusted according to the terms and conditions of the Valuation clause(s) in this section of the Policy and shall be subject to the limit(s) of liability for TERRORISM, and if stated the limit of liability for SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S), as shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section.

F.   On vehicles, the lesser of the following:

   1)   the cost to repair.

   2)   the **actual cash value**.

G.   On all other property, the lesser of the following:

   1)   The cost to repair.

   2)   The cost to rebuild or replace on the same site with new materials of like size, kind and quality.

   3)   The cost in rebuilding, repairing or replacing on the same or another site, but not to exceed the size and operating capacity that existed on the date of loss.

   4)   The selling price of real property or machinery and equipment, other than stock, offered for sale on the date of loss.

   5)   The cost to replace unrepairable electrical or mechanical equipment, including computer equipment, with equipment that is the most functionally equivalent to that damaged or destroyed, even if such equipment has technological advantages and/or represents an improvement in function and/or forms part of a program of system enhancement.

   6)   The increased cost of demolition, if any, directly resulting from insured loss, if such property is scheduled for demolition.

   7)   The unamortized value of improvements and betterments, if such property is not repaired or replaced at the Insured's expense.

   8)   The **actual cash value** if such property is:

      a)   useless to the Insured; or

      b)   not repaired, replaced or rebuilt on the same or another site within two years from the date of loss, unless such time is extended by the Company.

The Insured may elect not to repair or replace the insured real or personal property lost, damaged or destroyed. Loss settlement may be elected on the lesser of repair or replacement cost basis if the proceeds of such loss settlement are expended on other capital expenditures related to the Insured's operations within two years from the date of loss. As a condition of collecting under this item, such expenditure must be unplanned as of the date of loss and be made at an insured **location** under this Policy. This item does not extend to LAW AND ORDINANCE.

## 6.   ADDITIONAL COVERAGES

This Policy includes the following Additional Coverages for insured physical loss or damage.

These Additional Coverages:



**Account No.  1-53382**
**Policy No.  1048061**

1)    are subject to the applicable limit of liability;

2)    will not increase the Policy limit of liability; and

3)    are subject to the Policy provisions, including applicable exclusions and deductibles,

all as shown in this section and elsewhere in this Policy.

## CYBER ADDITIONAL COVERAGES

### A.    DATA, PROGRAMS OR SOFTWARE

This Policy covers insured **physical loss or damage to electronic data, programs or software**, including physical loss or damage caused by the malicious introduction of a machine code or instruction.

For the purposes of this Additional Coverage, insured data, programs or software can be anywhere worldwide, including while in transit, except in Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine.

With respect to destruction, distortion or corruption caused by the malicious introduction of machine code or instruction, this Additional Coverage will apply when the Period of Liability is in excess of 48 hours.

This Additional Coverage also covers:

1)    the cost of the following reasonable and necessary actions taken by the Insured provided such actions are taken due to actual insured **physical loss or damage to electronic data, programs or software**:

   a)    actions to temporarily protect and preserve insured electronic data, programs or software.

   b)    actions taken for the temporary repair of insured **physical loss or damage to electronic data, programs or software**.

   c)    actions taken to expedite the permanent repair or replacement of such damaged property.

2)    the reasonable and necessary costs incurred by the Insured to temporarily protect or preserve insured electronic data, programs or software against immediately impending insured **physical loss or damage to electronic data, programs or software**.  In the event that there is no physical loss or damage, the costs covered under this item will be subject to the deductible that would have applied had there been such physical loss or damage.

Costs recoverable under this Additional Coverage are excluded from coverage elsewhere in this Policy.



This Additional Coverage excludes loss or damage to data, programs or software when they are stock in process, finished goods manufactured by the Insured, raw materials, supplies or other merchandise not manufactured by the Insured.

DATA, PROGRAMS OR SOFTWARE Exclusions: As respects DATA, PROGRAMS OR SOFTWARE, the following applies:

1)   the exclusions in the EXCLUSIONS clause of this section do not apply except for A1, A2, A6, B1, B2, B3a and B4.

2)   the following additional exclusions apply:

   This Policy excludes the following, but, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

   a)   errors or omissions in processing or copying.

   b)   loss or damage to data, programs or software from errors or omissions in programming or machine instructions.

   c)   deterioration, inherent vice, vermin or wear and tear.

DATA, PROGRAMS OR SOFTWARE Valuation: On property covered under this Additional Coverage the loss amount will not exceed:

1)   the cost to repair, replace or restore data, programs or software including the costs to recreate, research and engineer;

2)   if not repaired, replaced or restored within two years from the date of loss, the blank value of the media.

## B.   OFF PREMISES DATA SERVICES PROPERTY DAMAGE

This Policy covers insured physical loss or damage to insured property at an insured **location** when such physical loss or damage results from the interruption of **off-premises data processing or data transmission services** by reason of any accidental event at the facilities of the provider of such services that immediately prevents in whole or in part the delivery of such provided services.

For the purposes of this Additional Coverage:

1)   facilities of the provider of **off-premises data processing or data transmission services** can be located worldwide except in Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine, and

2)   an accidental event to satellites will be considered an accidental event at the facilities of the provider.



**Account No.   1-53382**
**Policy No.   1048061**

This Additional Coverage will apply when the period of interruption of **off-premises data processing or data transmission services** as described below is in excess of 24 hours.

The period of interruption of **off-premises data processing or data transmission services** is the period starting with the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored.

Additional General Provisions:

1)  The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

2)  The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

OFF PREMISES DATA SERVICES PROPERTY DAMAGE Exclusions: As respects OFF PREMISES DATA SERVICES PROPERTY DAMAGE, the following applies:

1)  Items B4 and C5 of the EXCLUSIONS clause in this section do not apply except for B4 with respect to:

    a)  incoming electricity, fuel, water, gas, steam or refrigerant; and

    b)  outgoing sewerage.

2)  The following additional exclusions apply:

    This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

    a)  **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

    b)  **terrorism**.

## OTHER ADDITIONAL COVERAGES

## A.   ACCIDENTAL INTERRUPTION OF SERVICES

This Policy covers physical damage resulting from changes in temperature or relative humidity to insured property at an insured **location** when such changes in temperature or relative humidity result from the interruption of services consisting of electricity, gas, fuel, steam, water or refrigeration by reason of any accidental event, other than insured physical loss or damage, at the insured **location**.

This Additional Coverage will apply when the period of service interruption as described below is in excess of 24 hours.



The period of service interruption is the period starting with the time when an interruption of specified services happens; and ending when with due diligence and dispatch the service could be wholly restored.

## B.    ACCOUNTS RECEIVABLE

This Policy covers the following directly resulting from insured physical loss or damage to accounts receivable records while anywhere within this Policy's TERRITORY, including while in transit:

1) any shortage in the collection of accounts receivable.

2) the interest charges on any loan to offset such impaired collection pending repayment of such uncollectible sum. Unearned interest and service charges on deferred payment accounts and normal credit losses on bad debts will be deducted in determining the amount recoverable.

3) the reasonable and necessary cost incurred for material and time required to re-establish or reconstruct accounts receivable records excluding any costs covered by any other insurance.

4) any other necessary and reasonable costs incurred to reduce the loss, to the extent the losses are reduced.

Accounts receivable records will include accounts receivable records stored as electronic data.

In the event of loss, the Insured will:

1) use all reasonable efforts, including legal action, if necessary, to effect collection of outstanding accounts receivable.

2) reduce loss by use of any suitable property or service:

   a) owned or controlled by the Insured; or

   b) obtainable from other sources.

3) reconstruct, if possible, accounts receivable records so that no shortage is sustained.

The settlement of loss will be made within 90 days from the date of physical loss or damage. All amounts recovered by the Insured on outstanding accounts receivable on the date of loss will belong and be paid to the Company up to the amount of loss paid by the Company. All recoveries exceeding the amount paid will belong to the Insured.

ACCOUNTS RECEIVABLE Exclusions: As respects ACCOUNTS RECEIVABLE, the following additional exclusions apply:



This Policy does not insure against shortage resulting from:

1) bookkeeping, accounting or billing errors or omissions; or

2) a) alteration, falsification, manipulation; or

   b) concealment, destruction or disposal,

   of accounts receivable records committed to conceal the wrongful giving, taking, obtaining or withholding of money, securities or other property; but only to the extent of such wrongful giving, taking, obtaining or withholding.

## C.   AUTOMATIC COVERAGE

This Policy covers insured physical loss or damage to insured property at any **location** purchased, leased or rented by the Insured after the inception date of this Policy.

This Additional Coverage applies:

1) from the date of purchase, lease or rental,

2) until the first of the following:

   a) the **location** is bound by the Company.

   b) agreement is reached that the **location** will not be insured under this Policy.

   c) the time limit shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section has been reached.  The time limit begins on the date of purchase, lease or rental.

## D.   BRANDS AND LABELS

If branded or labeled insured property is physically damaged and the Company elects to take all or any part of that property, the Insured may at the Company's expense:

1) stamp "salvage" on the property or its containers; or

2) remove or obliterate the brands or labels,

if doing so will not damage the property.

The Insured must relabel such property or its containers to be in compliance with any applicable law.

## E.   CLAIMS PREPARATION COSTS

This Policy covers the actual costs incurred by the Insured:



1)  of reasonable fees payable to the Insured's: accountants, architects, auditors, engineers, or other professionals; and

2)  the cost of using the Insured's employees,

for producing and certifying any particulars or details contained in the Insured's books or documents, or such other proofs, information or evidence required by the Company resulting from insured loss payable under this Policy for which the Company has accepted liability.

This Additional Coverage will not cover the fees and costs of:

1)  attorneys, public adjusters, and loss appraisers, all including any of their subsidiary, related or associated entities either partially or wholly owned by them or retained by them for the purpose of assisting them,

2)  loss consultants who provide consultation on coverage or negotiate claims.

This Additional Coverage is subject to the deductible that applies to the loss.

F.  **COMMUNICABLE DISEASE RESPONSE**

If a **location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **location** is limited, restricted or prohibited by:

1)  an order of an authorized governmental agency regulating the actual not suspected presence of **communicable disease**; or

2)  a decision of an Officer of the Insured as a result of the actual not suspected presence of **communicable disease**,

this Policy covers the reasonable and necessary costs incurred by the Insured at such **location** with the actual not suspected presence of **communicable disease** for the:

1)  cleanup, removal and disposal of the actual not suspected presence of **communicable diseases** from insured property; and

2)  actual costs of fees payable to public relations services or actual costs of using the Insured's employees for reputation management resulting from the actual not suspected presence of **communicable diseases** on insured property.

This Additional Coverage will apply when access to such **location** is limited, restricted or prohibited in excess of 48 hours.

This Additional Coverage does not cover any costs incurred due to any law or ordinance with which the Insured was legally obligated to comply prior to the actual not suspected presence of **communicable disease**.

COMMUNICABLE DISEASE RESPONSE Exclusions: As respects COMMUNICABLE DISEASE RESPONSE, the following additional exclusion applies:



Account No.   1-53382
Policy No.   1048061

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

1) **terrorism**.

## G.   CONSEQUENTIAL REDUCTION IN VALUE

This Policy covers the reduction in value of insured merchandise that is a part of pairs, sets, or components, directly resulting from insured physical loss or damage to other insured parts of pairs, sets or components of such merchandise.  If settlement is based on a constructive total loss, the Insured will surrender the undamaged parts of such merchandise to the Company.

## H.   CONTROL OF DAMAGED PROPERTY

This Policy gives control of physically damaged property consisting of finished goods manufactured by the Insured as follows:

1) the Insured will have full rights to the possession and control of damaged property in the event of insured physical damage to such property provided proper testing is done to show which property is physically damaged.

2) the Insured using reasonable judgment will decide if the physically damaged property can be reprocessed or sold.

3) property so judged by the Insured to be unfit for reprocessing or selling will not be sold or disposed of except by the Insured, or with the Insured's consent.

4) any salvage proceeds received will go to the:

   a) Company at the time of loss settlement; or

   b) Insured if received prior to loss settlement and such proceeds will reduce the amount of loss payable accordingly.

## I.   DEBRIS REMOVAL

This Policy covers the reasonable and necessary costs incurred to remove debris from an insured **location** that remains as a direct result of insured physical loss or damage.

This Additional Coverage does not cover the costs of removal of:

1) contaminated uninsured property; or

2) the **contaminant** in or on uninsured property,



whether or not the **contamination** results from insured physical loss or damage.  This Additional Coverage covers the costs of removal of contaminated insured property or the **contaminant** in or on insured property only if the **contamination**, due to the actual not suspected presence of **contaminant(s)**, of the debris resulted directly from other physical damage not excluded by the Policy.

## J.    DECONTAMINATION COSTS

If insured property is contaminated as a direct result of insured physical damage and there is in force at the time of the loss any law or ordinance regulating **contamination** due to the actual not suspected presence of **contaminant(s)**, then this Policy covers, as a direct result of enforcement of such law or ordinance, the increased cost of decontamination and/or removal of such contaminated insured property in a manner to satisfy such law or ordinance.  This Additional Coverage applies only to that part of insured property so contaminated due to the actual not suspected presence of **contaminant(s)** as a direct result of insured physical damage.

The Company is not liable for the costs required for removing contaminated uninsured property or the **contaminant** therein or thereon, whether or not the **contamination** results from an insured event.

## K.    ERRORS AND OMISSIONS

If physical loss or damage is not payable under this Policy solely due to an error or unintentional omission:

1)   in the description of where insured property is physically located;

2)   to include any **location**:

    a)   owned, leased or rented by the Insured on the effective date of this Policy; or

    b)   purchased, leased or rented by the Insured during the term of this Policy; or

3)   that results in cancellation of the property insured under this Policy;

this Policy covers such physical loss or damage, to the extent it would have provided coverage had such error or unintentional omission not been made.

It is a condition of this Additional Coverage that any error or unintentional omission be reported by the Insured to the Company when discovered and corrected.

## L.    EXPEDITING COSTS

This Policy covers the reasonable and necessary costs incurred:

1)   for the temporary repair of insured physical damage to insured property;



Account No.   1-53382
Policy No.   1048061

2) for the temporary replacement of insured equipment suffering insured physical damage; and

3) to expedite the permanent repair or replacement of such damaged property.

This Additional Coverage does not cover costs recoverable elsewhere in this Policy, including the cost of permanent repair or replacement of damaged property.

## M.    FINE ARTS AND VALUABLE PAPERS AND RECORDS

This Policy covers insured physical loss or damage to **fine arts** and **valuable papers and records** while anywhere within this Policy's TERRITORY, including while in transit.

FINE ARTS AND VALUABLE PAPERS AND RECORDS Exclusions: As respects FINE ARTS AND VALUABLE PAPERS AND RECORDS, the following applies:

1) the exclusions in the EXCLUSIONS clause of this section do not apply except for A1, A2, A6, A7, B1, B2, B3a and B4.

2) the following additional exclusions apply:

This Policy excludes:

a) currency, money, securities.

b) errors or omissions in processing or copying of **valuable papers and records**, but, if physical damage not excluded by this Policy results, then only that resulting damage is insured.

c) deterioration, inherent vice, or wear and tear, but, if physical damage not excluded by this Policy results, then only that resulting damage is insured.

d) fungus, mold or mildew unless directly resulting from other physical damage not excluded by this Policy.

e) loss or damage to **fine arts** from any repairing, restoration or retouching process.

FINE ARTS AND VALUABLE PAPERS AND RECORDS Valuation: On property covered under this Additional Coverage the loss amount will not exceed the lesser of the following:

1) the cost to repair or restore such property to the physical condition that existed on the date of loss.

2) the cost to replace.

3) the value, if any, designated for the item on the schedule on file with the Company.

If a **fine arts** article is part of a pair or set, and a physically damaged article cannot be replaced, or repaired or restored to the condition that existed immediately prior to the loss,



the Company will be liable for the lesser of the full value of such pair or set or the amount designated on the schedule.  The Insured agrees to surrender the pair or set to the Company.

## N.   INSTALLMENT OR DEFERRED PAYMENTS

This Policy covers insured physical loss or damage to personal property of the type insured sold by the Insured under a conditional sale or trust agreement or any installment or deferred payment plan and after such property has been delivered to the buyer.  Coverage is limited to the unpaid balance for such property.

In the event of loss to property sold under deferred payment plans, the Insured will use all reasonable efforts, including legal action, if necessary, to effect collection of outstanding amounts due or to regain possession of the property.

There is no liability under this Policy for loss:

1)   pertaining to products recalled including, but not limited to, the costs to recall, test or to advertise such recall by the Insured.

2)   from theft or conversion by the buyer of the property after the buyer has taken possession of such property.

3)   to the extent the buyer continues payments.

4)   not within the TERRITORY of this Policy.

INSTALLMENT OR DEFERRED PAYMENTS Valuation: On property covered under this Additional Coverage the loss amount will not exceed the lesser of the following:

1)   total amount of unpaid installments less finance charges.

2)   **actual cash value** of the property at the time of loss.

3)   cost to repair or replace with material of like size, kind and quality.

## O.   LAND AND WATER CONTAMINANT CLEANUP, REMOVAL AND DISPOSAL

This Policy covers the reasonable and necessary cost for the cleanup, removal and disposal of the actual not suspected presence of **contaminant(s)** from uninsured property consisting of land, water or any other substance in or on land at the insured **location** if the release, discharge or dispersal of such **contaminant(s)** is a direct result of insured physical loss or damage to insured property.

This Policy does not cover the cost to cleanup, remove and dispose of **contamination** from such property:

1)   at any **location** insured for Personal Property only.



2)   at any property insured under AUTOMATIC COVERAGE, ERRORS AND OMISSIONS or MISCELLANEOUS PROPERTY coverage provided by this Policy.

3)   when the Insured fails to give written notice of loss to the Company within 180 days after inception of the loss.

## P.   LAW AND ORDINANCE

This Policy covers the costs as described herein resulting from the Insured's obligation to comply with a law or ordinance, provided that:

1)   such law or ordinance is enforced as a direct result of insured physical loss or damage at an insured **location**;

2)   such law or ordinance is in force at the time of such loss or damage; and

3)   such **location** was not required to be in compliance with such law or ordinance prior to the happening of the insured physical loss or damage.

Coverage A:

The reasonable and necessary costs incurred by the Insured to comply with the enforcement of the minimum requirements of any law or ordinance that regulates the demolition, construction, repair, replacement or use of buildings, structures, machinery or equipment.

As respects insured property, this Coverage A covers the reasonable and necessary costs to:

1)   demolish any physically damaged and undamaged portions of the insured buildings, structures, machinery or equipment.

2)   repair or rebuild the physically damaged and undamaged portions, whether or not demolition is required, of such insured buildings, structures, machinery or equipment.

The Company's maximum liability for this Coverage A at each insured **location** in any **occurrence** will not exceed the actual costs incurred in demolishing the physically damaged and undamaged portions of the insured property plus the lesser of:

1)   the reasonable and necessary cost, excluding the cost of land, to rebuild on another site; or

2)   the cost to rebuild on the same site.

Coverage B:

The reasonable estimated cost to repair, replace or rebuild insured property consisting of buildings, structures, machinery or equipment that the Insured is legally prohibited from repairing, replacing or rebuilding to the same height, floor area, number of units, configuration, occupancy or operating capacity, because of the enforcement of any law or ordinance that



Account No.   1-53382
Policy No.   1048061

regulates the construction, repair, replacement or use of buildings, structures, machinery or equipment.

LAW AND ORDINANCE Coverage B Valuation: On property covered under this Coverage B that cannot legally be repaired or replaced, the loss amount will be the difference between:

1)  the **actual cash value**; and

2)  the cost that would have been incurred to repair, replace or rebuild such lost or damaged property had such law or ordinance not been enforced at the time of loss.

LAW AND ORDINANCE Exclusions: As respects LAW AND ORDINANCE, the following additional exclusions apply:

This Policy does not cover:

1)  any cost incurred as a direct or indirect result of enforcement of any law or ordinance regulating any form of **contamination**.

2)  any machinery or equipment manufactured by or for the Insured, unless used by the Insured in its operation at the **location** suffering the physical loss or damage.

## Q.   LOCKS AND KEYS

This Policy covers the reasonable and necessary cost incurred by the Insured to replace undamaged keys and to replace, adjust or reprogram undamaged locks to accept new keys or entry codes as a direct result of insured physical loss or damage.

## R.   LOSS PAYMENT INCREASED TAX LIABILITY

This Policy covers the increase in tax liability as described herein incurred by the Insured.

Coverage A:

The increase in tax liability from an insured loss at an insured **location** if the tax treatment of:

1)  the profit portion of a loss payment under this Policy involving finished stock manufactured by the Insured; and/or

2)  the profit portion of a TIME ELEMENT loss payment under this Policy;

is greater than the tax treatment of profits that would have been incurred had no loss happened.



**S.    MACHINERY OR EQUIPMENT STARTUP OPTION**

After insured machinery or equipment that has sustained insured physical loss or damage is repaired or replaced and such machinery or equipment is undergoing startup, the following applies:

If physical loss or damage of the type insured directly results to such machinery or equipment from such startup, the Insured shall have the option of claiming such resulting insured damage as part of the original event of physical loss or damage or as a separate **occurrence**.

This Additional Coverage applies only:

1)   to the first startup event after the original repair or replacement; and

2)   when the first startup event happens during the term of this Policy or its renewal issued by the Company.

For the purposes of this Additional Coverage, startup means:

1)   the introduction into machinery or equipment of feedstock or other materials for processing or handling;

2)   the commencement of fuel or energy supply to machinery or equipment.

**T.    MISCELLANEOUS PROPERTY**

This Policy covers insured physical loss or damage to:

1)   insured property;

2)   property of the type insured that is under contract to be used in a construction project at an insured **location**:

a)   from the time such property is delivered to the Insured or their contractor (with respect to the property under construction) by the manufacturer or supplier;

b)   while such property is located at a storage site; and

c)   while such property is in transit from a storage site to another storage site or to a construction project at an insured **location**,

that does not include any such property owned or rented by the contractor;

while anywhere within this Policy's TERRITORY, including while in transit.

This Additional Coverage excludes property covered elsewhere in this Policy.



MISCELLANEOUS PROPERTY Exclusions: As respects MISCELLANEOUS PROPERTY, the following additional exclusions apply:

1) This Policy excludes:

    a) **transmission and distribution systems** not at a **location**.

    b) property insured under import or export ocean marine insurance.

    c) property shipped between continents.

    d) airborne shipments unless by regularly scheduled passenger airlines or air freight carriers.

    e) property of others, including the Insured's legal liability for it, hauled on vehicles owned, leased or operated by the Insured when acting as a common or contract carrier.

2) This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

    a) **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

## U.    OPERATIONAL TESTING

This Policy covers insured physical loss or damage to insured property during the **period of operational testing**.

This Additional Coverage excludes property, including stock or material, manufactured or processed by the Insured.

## V.    PROTECTION AND PRESERVATION OF PROPERTY

This Policy covers:

1) reasonable and necessary costs incurred for actions to temporarily protect or preserve insured property; provided such actions are necessary due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property.

2) reasonable and necessary:

    a) fire department firefighting charges imposed as a result of responding to a fire in, on or exposing the insured property.

    b) costs incurred of restoring and recharging fire protection systems following an insured loss.



   c)   costs incurred for the water used for fighting a fire in, on or exposing the insured
        property.

This Additional Coverage does not cover costs incurred for actions to temporarily protect or
preserve insured property from actual, or to prevent immediately impending, physical loss or
damage covered by TERRORISM coverage as provided in this section of the Policy.

This Additional Coverage is subject to the deductible provisions that would have applied had
the physical loss or damage happened.

## W.   SERVICE INTERRUPTION PROPERTY DAMAGE

This Policy covers insured physical loss or damage to insured property at an insured
**location** when such physical loss or damage results from the interruption of incoming
services consisting of electricity, gas, fuel, steam, water, refrigeration or from the lack of
outgoing sewerage service by reason of any accidental event at the facilities of the supplier
of such service located within this Policy's TERRITORY, that immediately prevents in
whole or in part the delivery of such usable service.

This Additional Coverage will apply when the period of service interruption as described
below is in excess of 24 hours.

The period of service interruption is the period starting with the time when an interruption of
specified services happens; and ending when with due diligence and dispatch the service
could be wholly restored.

Additional General Provisions:

1)   The Insured will immediately notify the suppliers of services of any interruption of such
     services.

2)   The Company will not be liable if the interruption of such services is caused directly or
     indirectly by the failure of the Insured to comply with the terms and conditions of any
     contracts the Insured has for the supply of such specified services.

SERVICE INTERRUPTION PROPERTY DAMAGE Exclusions: As respects SERVICE
INTERRUPTION PROPERTY DAMAGE, the following applies:

1)   The exclusions in the EXCLUSIONS clause in this section do not apply except for:

     a)   A1, A2, A3, A6, B1, B2, and

     b)   B4 with respect to incoming or outgoing voice, data or video, and

     c)   D1 except with respect to fungus, mold or mildew.

2)   The following additional exclusions apply:



This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

a) **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

b) **terrorism**.

## X.   TEMPORARY REMOVAL OF PROPERTY

When insured property is removed from an insured **location** for the purpose of being repaired or serviced or in order to avoid threatened physical loss or damage of the type insured by this Policy, this Policy covers such property:

1) while at the premises to which such property has been moved; and

2) for physical loss or damage as provided at the insured **location** from which such property was removed.

This Additional Coverage does not apply to property:

1) insured, in whole or in part, elsewhere in this Policy.

2) insured, in whole or in part, by any other insurance policy.

3) removed for normal storage, processing or preparation for sale or delivery.

## Y.   TERRORISM

This Policy covers physical loss or damage to property as described in the INSURANCE PROVIDED provision caused by or resulting from **terrorism**.

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion, or any other risk of physical loss or damage covered elsewhere in this Policy.

Amounts recoverable under this Additional Coverage are excluded from coverage elsewhere in this Policy.

This Additional Coverage does not cover loss or damage which also comes within the terms of either item B2a or B2c of the EXCLUSIONS clause in this section of the Policy.

This Additional Coverage does not in any event cover loss or damage directly or indirectly caused by or resulting from any of the following, regardless of any other cause or event, whether or not insured under this Policy contributing concurrently or in any other sequence to the loss:



1) that involves the use, release or escape of nuclear materials, or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination or that involves the discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion, or radioactive force, whether in time of peace or war and regardless of who commits the act; or

2) that is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

3) in which pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials; or

4) that involves action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**.

## Z.   TRANSPORTATION

This Policy covers the following personal property, except as excluded by this Policy, while in transit within the TERRITORY of this Policy:

1) owned by the Insured.

2) shipped to customers under F.O.B., C & F or similar terms.  The Insured's contingent interest in such shipments is admitted.

3) of others in the actual or constructive custody of the Insured to the extent of the Insured's interest or legal liability.

4) of others sold by the Insured, that the Insured has agreed prior to the loss to insure during course of delivery including:

   a) when shipped by the Insured's direct contract service provider or by the Insured's direct contract manufacturer to the Insured or to the Insured's customer.

   b) when shipped by the Insured's customer to the Insured or to the Insured's contract service provider or to the Insured's contract manufacturer.

Coverage Attachment and Duration:

1) This Additional Coverage covers from the time the property leaves the original point of shipment for transit until the property arrives at the destination.

2) However, coverage on export shipments not insured under ocean cargo policies ends when the property is loaded on board overseas vessels or aircraft.  Coverage on import shipments not insured under ocean cargo policies begins after discharge from overseas vessels or aircraft.

This Additional Coverage:



Account No.   1-53382
Policy No.   1048061

1) covers general average and salvage charges on shipments covered while waterborne.

2) insures physical loss or damage caused by or resulting from:

    a) unintentional acceptance of fraudulent bills of lading, shipping or messenger receipts.

    b) improper parties having gained possession of property through fraud or deceit.

Additional General Provisions:

1) This Additional Coverage will not inure directly or indirectly to the benefit of any carrier or bailee.

2) The Insured has permission, without prejudicing this insurance, to accept:

    a) ordinary bills of lading used by carriers;

    b) released bills of lading;

    c) undervalued bills of lading; and

    d) shipping or messenger receipts.

3) The Insured may waive subrogation against railroads under side track agreements.

Except as otherwise stated, the Insured will not enter into any special agreement with carriers releasing them from their common law or statutory liability.

TRANSPORTATION Exclusions: As respects TRANSPORTATION, the following applies:

1) the exclusions in the EXCLUSIONS clause of this section do not apply except for A1 through A4, B1 through B4, C1, C3, C5, C6, D1 through D3.

2) the following additional exclusions apply:

This Policy excludes:

    a) samples in the custody of salespeople or selling agents.

    b) property insured under import or export ocean marine insurance.

    c) waterborne shipments, unless:

        (i) by inland water; or

        (ii) by coastal shipments.



d)  waterborne shipments via Panama Canal or to and from Alaska, the Commonwealth of Puerto Rico, and Hawaii.

e)  airborne shipments unless by regularly scheduled passenger airlines or air freight carriers.

f)  property of others, including the Insured's legal liability for it, hauled on vehicles owned, leased or operated by the Insured when acting as a common or contract carrier.

g)  any transporting vehicle.

TRANSPORTATION Valuation: On property covered under this Additional Coverage the loss amount will not exceed:

1)  Property shipped to or for the account of the Insured will be valued at actual invoice to the Insured. Included in the value are accrued costs and charges legally due. Charges may include the Insured's commission as selling agent.

2)  Property sold by the Insured and shipped to or for the purchaser's account will be valued at the Insured's selling invoice amount. Prepaid or advanced freight costs are included.

3)  Property not under invoice will be valued:

a)  for property of the Insured, at the valuation provisions of this Policy applying at the place from which the property is being transported; or

b)  for other property, at the actual cash market value at the destination point on the date of loss,

less any charges saved which would have become due and payable upon arrival at destination.



## TIME ELEMENT

TIME ELEMENT loss as provided in the TIME ELEMENT COVERAGES and TIME ELEMENT COVERAGE EXTENSIONS of this section of the Policy:

A.   is subject to the applicable limit of liability that applies to the insured physical loss or damage but in no event for more than any limit of liability that is stated as applying to the specific TIME ELEMENT COVERAGE and/or TIME ELEMENT COVERAGE EXTENSION; and

B.   will not increase the Policy limit of liability; and

C.   is subject to the Policy provisions, including applicable exclusions and deductibles,

all as shown in this section and elsewhere in this Policy.

## 1.   LOSS INSURED

A.   This Policy insures TIME ELEMENT loss, as provided in the TIME ELEMENT COVERAGES, directly resulting from physical loss or damage of the type insured:

   1)   to property described elsewhere in this Policy and not otherwise excluded by this Policy or otherwise limited in the TIME ELEMENT COVERAGES below;

   2)   used by the Insured, or for which the Insured has contracted use;

   3)   while located as described in the INSURANCE PROVIDED provision or within 1,000 feet/300 metres thereof, or as described in the TEMPORARY REMOVAL OF PROPERTY provision; or

   4)   while in transit as provided by this Policy, and

   5)   during the Periods of Liability described in this section,

   provided such loss or damage is not at a **contingent time element location**.

B.   This Policy insures TIME ELEMENT loss only to the extent it cannot be reduced through:

   1)   the use of any property or service owned or controlled by the Insured;

   2)   the use of any property or service obtainable from other sources;

   3)   working extra time or overtime; or

   4)   the use of inventory,

   all whether at an insured **location** or at any other premises. The Company reserves the right to take into consideration the combined operating results of all associated, affiliated or subsidiary companies of the Insured in determining the TIME ELEMENT loss.



C.   This Policy covers expenses reasonably and necessarily incurred by the Insured to reduce the loss otherwise payable under this section of this Policy.  The amount of such recoverable expenses will not exceed the amount by which the loss has been reduced.

D.   In determining the amount of loss payable, the Company will consider the experience of the business before and after and the probable experience during the PERIOD OF LIABILITY. The probable experience will consider any increase or decrease in demand for the Insured's goods or services during the PERIOD OF LIABILITY, even if such increase or decrease is from the same event that caused physical loss or damage starting the PERIOD OF LIABILITY.

## 2.   TIME ELEMENT COVERAGES

### A.   INSURED OPTION

The Insured has the option to make claim based on either

a)   GROSS EARNINGS and EXTENDED PERIOD OF LIABILITY; or

b)   GROSS PROFIT,

as described in the TIME ELEMENT section of this Policy and subject to the applicable terms and conditions as may be shown elsewhere.

Such option may be exercised at any time prior to the conditions set forth in the SETTLEMENT OF CLAIMS clause in the LOSS ADJUSTMENT AND SETTLEMENT section of this Policy.

If such claim involves more than one insured **location**, including interdependency at one or more insured **locations**, such claim will be adjusted by using the single coverage option chosen above.

### B.   GROSS EARNINGS

Measurement of Loss:

1)   The recoverable GROSS EARNINGS loss is the Actual Loss Sustained by the Insured of the following during the PERIOD OF LIABILITY:

a)   Gross Earnings;

b)   less all charges and expenses that do not necessarily continue during the interruption of production or suspension of business operations or services;

c)   less ordinary payroll; and

d)   plus all other earnings derived from the operation of the business.



Account No.   1-53382
Policy No.   1048061

e) Ordinary Payroll, including taxes and charges dependent on the payment of wages:

   (i)  for a period of time of not more than the number of consecutive days shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section immediately following the interruption of production or suspension of business operations or services, and

   (ii)  only to the extent such payroll continues following the loss and would have been earned had no such interruption happened.

However, if an Insured reduces the daily loss payable under Ordinary Payroll, either by:

   (i)  providing gainful employment for, or

   (ii)  paying less than the normal salary rate to,

all or part of its employees, then the number of consecutive days of Ordinary Payroll may be extended.  However, this provision will not increase the total liability of this Company beyond the amount it would have been liable for Ordinary Payroll costs without this provision. Ordinary Payroll does not cover any portion of salaries or wages included in Gross Earnings.

2) For the purposes of the Measurement of Loss, Gross Earnings is:

for manufacturing operations: the net sales value of production less the cost of all raw stock, materials and supplies used in such production; or

for mercantile or non-manufacturing operations: the total net sales less cost of merchandise sold, materials and supplies consumed in the operations or services rendered by the Insured.

Any amount recovered under property damage coverage at selling price will be considered to have been sold to the Insured's regular customers and will be credited against net sales.

3) In determining the indemnity payable as the Actual Loss Sustained, the Company will consider the continuation of only those normal charges and expenses that would have been earned had there been no interruption of production or suspension of business operations or services.

4) If the Insured would have operated at a deficit had no interruption of production or suspension of business operations or services happened, the following applies:

a) for Gross Earnings, the extent to which charges and expenses would have been earned will be determined by subtracting the operating deficits from the charges and expenses that necessarily continue.



    b)  for Ordinary Payroll, the extent payroll would have been earned will be determined by subtracting the excess, if any, of the operating deficit over the fixed charges that need to continue from such payroll.

5)  There is recovery hereunder to the extent that the Insured is:

    a)  wholly or partially prevented from producing goods or continuing business operations or services;

    b)  unable to make up lost production within a reasonable period of time, not limited to the period during which production is interrupted;

    c)  unable to continue such operations or services during the PERIOD OF LIABILITY; and

    d)  able to demonstrate a loss of sales for the operations, services or production prevented.

## C.   GROSS PROFIT

Measurement of Loss:

1)  The recoverable GROSS PROFIT loss is the Actual Loss Sustained by the Insured of the following due to the necessary interruption of business during the PERIOD OF LIABILITY: a) Reduction in Sales, b) Ordinary Payroll and c) Increase in Cost of Doing Business.  The amount payable as indemnity hereunder will be:

    a)  with respect to Reduction in Sales: The sum produced by applying the Rate of Gross Profit to the amount by which the sales during the PERIOD OF LIABILITY will fall short of the Standard Sales.  In determining the Reduction in Sales, any amount recovered under property damage coverage at selling price will be credited against lost sales.

    b)  Ordinary Payroll, including taxes and charges dependent on the payment of wages, during the PERIOD OF LIABILITY only to the extent such payroll would have been earned had such loss not happened.

    However, if an Insured reduces the daily loss payable under Ordinary Payroll, either by:

       (i)  providing gainful employment for, or

       (ii)  paying less than the normal salary rate to,

    all or part of its employees, the number of consecutive days of Ordinary Payroll may be extended. This provision will not increase the total liability of this Company beyond the amount it would have been liable for Ordinary Payroll costs without this provision.  Ordinary Payroll does not cover any portion of salaries or wages included in Net Profit or fixed charges.



c)  with respect to Increase in Cost of Doing Business:

(i)  the additional expenditure necessarily and reasonably incurred for the sole purpose of avoiding or diminishing the reduction in sales and a loss of Ordinary Payroll which, but for that expenditure, would have taken place during the PERIOD OF LIABILITY; but

(ii)  not exceeding the sum produced by applying the Rate of Gross Profit to the amount of the reduction thereby avoided,

all less any sum saved during the PERIOD OF LIABILITY with respect to such of the Insured Fixed Charges as may cease or be reduced because of such interruption of business.

2)  For the purposes of the Measurement of Loss:

Gross Profit is:

The amount produced by adding to the Net Profit the amount of the Insured Fixed Charges, or if there be no Net Profit the amount of the Insured Fixed Charges less that proportion of any loss from business operations as the amount of the Insured Fixed Charges bears to all fixed charges.

Net Profit is:

The net operating profit (exclusive of all capital receipts and accruals and all outlay properly chargeable to capital) resulting from the business of the Insured at the insured **locations** after due provision has been made for all fixed charges and other expenses including depreciation but before the deduction of any taxes on profits.

Insured Fixed Charges is:

All fixed charges unless specifically excluded herein.  Ordinary Payroll is not an Insured Fixed Charge.

Sales is:

The money paid or payable to the Insured for goods sold and delivered and for services rendered in the conduct of the business at an insured **location**.

Rate of Gross Profit is:

The rate of Gross Profit earned on the sales during the twelve full calendar months immediately before the date of the physical loss or damage to the described property.

Standard Sales is:



The sales during that period in the twelve months immediately before the date of the physical loss or damage to the described property which corresponds with the PERIOD OF LIABILITY.

3) In determining the indemnity payable as the Actual Loss Sustained:

    a) if any fixed charges of the business are not insured hereunder, then, in computing the amount recoverable hereunder as Increase in Cost of Doing Business, that proportion only of the additional expenditure will be recoverable hereunder which the sum of the Net Profit and the Insured Fixed Charges bears to the sum of the Net Profit and all the fixed charges excluding Ordinary Payroll.

    b) if during the PERIOD OF LIABILITY goods will be sold or services will be rendered elsewhere than at the insured **locations** for the benefit of the business, either by the Insured or by others on the Insured's behalf, the money paid or payable in respect of such sales or services will be included in arriving at the amount of sales during the PERIOD OF LIABILITY.

4) The Insured will act with due diligence and dispatch in repairing or replacing physically damaged buildings and equipment to the same or equivalent physical and operating conditions that existed prior to the damage; and take whatever actions are necessary and reasonable to minimize the loss payable hereunder.

GROSS PROFIT Exclusions: As respects GROSS PROFIT, the TIME ELEMENT EXCLUSIONS B and C of this section do not apply and the following applies instead:

This Policy does not insure against any increase in loss due to damages for breach of contract or for late or noncompletion of orders, or fines or penalties of any nature except fines or penalties for breach of contract or for late or noncompletion of orders.

Coverage under GROSS PROFIT for the reduction in sales due to contract cancellation will include only those sales that would have been earned under the contract during the PERIOD OF LIABILITY.

**B.     EXTRA EXPENSE**

Measurement of Loss:

The recoverable EXTRA EXPENSE loss will be the reasonable and necessary extra costs incurred by the Insured of the following during the PERIOD OF LIABILITY:

1) extra expenses to temporarily continue as nearly **normal** as practicable the conduct of the Insured's business;

2) extra costs of temporarily using property or facilities of the Insured or others; and



3)   costs to purchase finished goods from third parties to fulfill orders when such orders cannot be met due to physical loss or damage to the Insured's finished goods, less payment received for the sale of such finished goods.

less any value remaining at the end of the PERIOD OF LIABILITY for property obtained in connection with the above.

If the Insured makes claim in accordance with the terms and conditions of the INSURED OPTION clause, the PERIOD OF LIABILITY for EXTRA EXPENSE coverage will be the PERIOD OF LIABILITY applicable to the Time Element coverage option selected.

EXTRA EXPENSE Exclusions: As respects EXTRA EXPENSE, the following applies:

1)   TIME ELEMENT EXCLUSIONS C does not apply to item 3 above.

2)   The following additional exclusions apply:

This Policy does not insure:

a)   any loss of income.

b)   costs that usually would have been incurred in conducting the business during the same period had no physical loss or damage happened.

c)   costs of permanent repair or replacement of property that has been damaged or destroyed.  However, this exclusion does not apply to item 3 above.

d)   any expense recoverable elsewhere in this Policy.

## C.   LEASEHOLD INTEREST

Measurement of Loss:

The recoverable LEASEHOLD INTEREST incurred by the Insured of the following:

1)   If the lease agreement requires continuation of rent; and if the property is wholly untenantable or unusable, the actual rent payable for the unexpired term of the lease; or if the property is partially untenantable or unusable, the proportion of the rent payable for the unexpired term of the lease.

2)   If the lease is cancelled by the lessor pursuant to the lease agreement or by the operation of law; the Lease Interest for the first three months following the loss; and the Net Lease Interest for the remaining unexpired term of the lease.

3)   As used above, the following terms mean:

Net Lease Interest:
That sum which placed at 6% interest rate compounded annually would equal the Lease Interest (less any amounts otherwise payable hereunder).



Lease Interest:
The excess rent paid for the same or similar replacement property over actual rent payable plus cash bonuses or advance rent paid (including maintenance or operating charges) for each month during the unexpired term of the Insured's lease.

LEASEHOLD INTEREST Exclusions: As respects LEASEHOLD INTEREST, the following applies:

1)  This Policy does not insure loss directly resulting from physical loss or damage to Personal Property.

2)  TIME ELEMENT EXCLUSIONS A, B and C do not apply and the following applies instead:

This Policy does not insure any increase in loss resulting from the suspension, lapse or cancellation of any license, or from the Insured exercising an option to cancel the lease; or from any act or omission of the Insured that constitutes a default under the lease.

### D.    RENTAL INSURANCE

Measurement of Loss:

The recoverable RENTAL INSURANCE loss is the Actual Loss Sustained by the Insured of the following during the PERIOD OF LIABILITY:

1)  the fair rental value of any portion of the property occupied by the Insured;

2)  the income reasonably expected from rentals of unoccupied or unrented portions of such property; and

3)  the rental income from the rented portions of such property according to bona fide leases, contracts or agreements in force at the time of loss,

all not to include noncontinuing charges and expenses.

RENTAL INSURANCE Exclusions: As respects RENTAL INSURANCE, TIME ELEMENT EXCLUSIONS A does not apply and the following applies instead:

This Policy does not insure any loss of rental income during any period in which the insured property would not have been tenantable for any reason other than an insured loss.

### 3.    PERIOD OF LIABILITY

A.    The PERIOD OF LIABILITY applying to all TIME ELEMENT COVERAGES, except GROSS PROFIT and LEASEHOLD INTEREST and as shown below or if otherwise provided under any TIME ELEMENT COVERAGE EXTENSION, and subject to any Time Limit provided in the LIMITS OF LIABILITY clause in the DECLARATIONS section, is as follows:



1) For building and equipment, the period:

    a) starting from the time of physical loss or damage of the type insured; and

    b) ending when with due diligence and dispatch the building and equipment could be:

        (i)  repaired or replaced; and

        (ii) made ready for operations,

        under the same or equivalent physical and operating conditions that existed prior to the damage.

    c) not to be limited by the expiration of this Policy.

2) For building and equipment under construction:

    a) the equivalent of the above period of time will be applied to the level of business that would have been reasonably achieved after construction and startup would have been completed had no physical damage happened; and

    b) due consideration will be given to the actual experience of the business compiled after completion of the construction and startup.

3) For stock-in-process and mercantile stock, including finished goods not manufactured by the Insured, the time required with the exercise of due diligence and dispatch:

    a) to restore stock in process to the same state of manufacture in which it stood at the inception of the interruption of production or suspension of business operations or services; and

    b) to replace physically damaged mercantile stock.

    This item does not apply to RENTAL INSURANCE.

4) For raw materials and supplies, the period of time:

    a) of actual interruption of production or suspension of operations or services resulting from the inability to get suitable raw materials and supplies to replace similar ones damaged; but

    b) limited to that period for which the damaged raw materials and supplies would have supplied operating needs.

5) If water:

    a) used for any manufacturing purpose, including but not limited to as a raw material or for power;



   b)   stored behind dams or in reservoirs; and

   c)   on any insured **location,**

is released as the result of physical damage of the type insured to such dam, reservoir or connected equipment, the Company's liability for the actual interruption of production or suspension of operations or services due to inadequate water supply will not extend beyond 30 consecutive days after the damaged dam, reservoir or connected equipment has been repaired or replaced.

This item does not apply to RENTAL INSURANCE.

6)   For physically damaged exposed films, records, manuscripts and drawings, the time required to copy from backups or from originals of a previous generation. This time does not include research, engineering or any other time necessary to restore or recreate lost information.

This item does not apply to RENTAL INSURANCE.

7)   For physically damaged or destroyed property covered under DATA, PROGRAMS OR SOFTWARE, the time to recreate or restore including the time for researching or engineering lost information.

This item does not apply to RENTAL INSURANCE.

B.   The PERIOD OF LIABILITY applying to GROSS PROFIT is as follows:

1)   The period:

   a)   starting from the time of physical loss or damage of the type insured; and

   b)   ending not later than the period of time shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section,

during which period the results of the business shall be directly affected by such damage.

   c)   not to be limited by the expiration of this Policy.

2)   For property under construction, the period:

   a)   starting on the date that production, business operation or service would have commenced if physical damage of the type insured had not happened; and

   b)   ending not later than the period of time shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section,



during which period the results of the business shall be directly affected by such damage.

c)  not to be limited by the expiration of this Policy.

The Rate of Gross Profit and Standard Sales will be based on the experience of the business after construction is completed and the probable experience during the PERIOD OF LIABILITY.

C.  The PERIOD OF LIABILITY does not include any additional time due to the Insured's inability to resume operations for any reason, including but not limited to:

1)  making changes to the buildings, structures, machinery or equipment except as provided in the LAW AND ORDINANCE clause in the PROPERTY DAMAGE section.

2)  restaffing or retraining employees.  However, this item does not apply to additional time needed to train staff to use new machinery or equipment that replaces machinery or equipment that suffered insured physical loss or damage, provided such training is completed within 90 consecutive days after the new machinery or equipment has been installed.

If two or more Periods of Liability apply such periods will not be cumulative.

**4.  TIME ELEMENT EXCLUSIONS**

In addition to the exclusions elsewhere in this Policy, the following exclusions apply to TIME ELEMENT loss:

This Policy does not insure:

A.  Any loss during any idle period, including but not limited to when production, operation, service or delivery or receipt of goods would cease, or would not have taken place or would have been prevented due to:

1)  physical loss or damage not insured by this Policy on or off of the insured **location**.

2)  planned or rescheduled shutdown.

3)  strikes or other work stoppage.

4)  any other reason other than physical loss or damage insured under this Policy.

B.  Any increase in loss due to:

1)  suspension, cancellation or lapse of any lease, contract, license or orders.

2)  damages for breach of contract or for late or noncompletion of orders.



**Account No.  1-53382**
**Policy No.   1048061**

  3)  fines or penalties of any nature except fines or penalties for breach of contract or for late or noncompletion of orders.

  4)  any other consequential or remote loss.

C.  Any loss resulting from physical loss or damage to finished goods manufactured by the Insured, or the time required for their reproduction.

D.  Any loss resulting from the **actual cash value** portion of direct physical loss or damage by fire caused by or resulting from **terrorism**.

## 5.    TIME ELEMENT COVERAGE EXTENSIONS

This Policy also insures TIME ELEMENT loss, as provided by the TIME ELEMENT COVERAGES of this Policy, for the TIME ELEMENT COVERAGE EXTENSIONS described below.

### CYBER TIME ELEMENT COVERAGE EXTENSIONS

### A.    COMPUTER SYSTEMS NON PHYSICAL DAMAGE

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the period of interruption directly resulting from:

  1)  the failure of the Insured's **electronic data processing equipment or media** to operate, provided that such failure is the direct result of a malicious act directed at the NAMED INSURED; or

  2)  the Insured's reasonable action to temporarily protect the Insured's **electronic data processing equipment or media** against an actual or immediately impending malicious act directed at the NAMED INSURED, provided such action is necessary to prevent failure of the Insured's **electronic data processing equipment or media** to operate.

For the purposes of this Extension, the Insured's **electronic data processing equipment or media** can be located worldwide except in Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine.

As respects item 1 above, this Extension will apply when the period of interruption is in excess of 48 hours.

As used above, the period of interruption:

  1)  is the period starting when the Insured's **electronic data processing equipment or media** fails to operate and ending when with due diligence and dispatch, the Insured's **electronic data processing equipment or media** could be restored to the same or equivalent operating condition that existed prior to the failure.

  2)  does not include the additional time to make changes to the Insured's **electronic data processing equipment or media**.



Account No.  1-53382
Policy No.  1048061

### B.   OFF PREMISES DATA SERVICES TIME ELEMENT

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the period of interruption at an insured **location** of **off-premises data processing or data transmission services**, when the interruption is caused by any accidental event at the facilities of the provider of such services that immediately prevents in whole or in part the delivery of such provided services.

For the purposes of this Extension:

1)   facilities of the provider of **off-premises data processing or data transmission services** can be located worldwide except in Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine, and

2)   an accidental event to satellites will be considered an accidental event at the facilities of the provider.

This Extension will apply when the period of interruption of **off-premises data processing or data transmission services** is in excess of 24 hours.

Additional General Provisions:

1)   The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

2)   The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

Coverage provided in this Extension is excluded from coverage elsewhere in this Policy.

This Extension does not cover Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured covered by COMPUTER SYSTEMS NON PHYSICAL DAMAGE coverage as provided in this section of the Policy.

OFF PREMISES DATA SERVICES TIME ELEMENT Exclusions: As respects OFF PREMISES DATA SERVICES TIME ELEMENT, the following applies:

1)   Item B4 of the EXCLUSIONS clause in the PROPERTY DAMAGE section does not apply except for B4 with respect to:

a)   incoming electricity, fuel, water, gas, steam or refrigerant; and

b)   outgoing sewerage.

2)   The following additional exclusions apply:



This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

a) **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone.**

b) **terrorism.**

As used above, the period of interruption of **off-premises data processing or data transmission services:**

1) is the period starting with the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations following the restorations of service under the same or equivalent physical and operating conditions as provided by the PERIOD OF LIABILITY clause in this section.

2) is limited to only those hours during which the Insured would or could have used service(s) if it had been available.

3) does not extend to include the interruption of operations caused by any reason other than interruption of the provided service(s).

## SUPPLY CHAIN TIME ELEMENT COVERAGE EXTENSIONS

## A.  CIVIL OR MILITARY AUTHORITY

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY if an order of civil or military authority limits, restricts or prohibits partial or total access to an insured **location** provided such order is the direct result of physical damage of the type insured at the insured **location** or within five statute miles/eight kilometres of it.

This Extension does not apply to LEASEHOLD INTEREST.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1) starting at the time of such physical damage; but

2) not to exceed the time limit shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section,

this period of time is part of and not in addition to any PERIOD OF LIABILITY applying to any coverage provided in the TIME ELEMENT section.



**Account No.  1-53382**
**Policy No.  1048061**

**B.   CONTINGENT TIME ELEMENT EXTENDED**

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the
Insured during the PERIOD OF LIABILITY directly resulting from physical loss or damage
of the type insured to property of the type insured at **contingent time element locations**
located within the TERRITORY of this Policy.

As respects CONTINGENT TIME ELEMENT EXTENDED:

1)   Time Element loss recoverable under this Extension is extended to include the following
     TIME ELEMENT COVERAGE EXTENSIONS:

      CIVIL OR MILITARY AUTHORITY
      CONTINGENT TIME ELEMENT EXTENDED
      DELAY IN STARTUP
      EXTENDED PERIOD OF LIABILITY
      INGRESS/EGRESS
      OFF PREMISES DATA SERVICES TIME ELEMENT
      ON PREMISES SERVICES
      SERVICE INTERRUPTION TIME ELEMENT

2)   The Insured will influence and cooperate with the **contingent time element location** in
     every way and take any reasonable and necessary action to mitigate the loss payable
     hereunder.

3)   TIME ELEMENT EXCLUSIONS C does not apply.

CONTINGENT TIME ELEMENT EXTENDED Exclusions: As respects CONTINGENT
TIME ELEMENT EXTENDED, the following additional exclusions apply:

This Policy does not insure loss resulting from:

1)   lack of incoming or outgoing transmission of voice, data or video.

2)   **earth movement** as respects a direct or indirect customer, supplier, contract
     manufacturer or contract service provider located in California, in the **New Madrid
     Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

3)   physical loss or damage caused by or resulting from **terrorism**, regardless of any other
     cause or event, whether or not insured under this Policy, contributing concurrently or in
     any other sequence of loss.

**C.   INGRESS/EGRESS**

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the
Insured due to the necessary interruption of the Insured's business due to partial or total
physical prevention of ingress to or egress from an insured **location**, whether or not the
premises or property of the Insured is damaged, provided that such prevention is a direct
result of physical damage of the type insured to property of the type insured.



Account No. 1-53382
Policy No. 1048061

INGRESS/EGRESS Exclusions: As respects INGRESS/EGRESS, the following additional exclusions apply:

This Policy does not insure loss resulting from:

1) lack of incoming or outgoing service consisting of electric, fuel, gas, water, steam, refrigerant, sewerage and voice, data or video.

2) picketing or other action by strikers except for physical damage not excluded by this Policy.

3) physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

This Policy does not provide coverage under this Extension for more than the number of consecutive days shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section.

## D. LOGISTICS EXTRA COST

This Policy covers the extra cost incurred by the Insured during the PERIOD OF LIABILITY due to the disruption of the **normal** movement of goods or materials:

1) directly between insured **locations**; or

2) directly between an insured **location** and a **location** of a direct customer, supplier, contract manufacturer or contract service provider to the Insured,

provided that such disruption is a direct result of physical loss or damage of the type insured to property of the type insured located within the TERRITORY of this Policy.

Measurement of Loss:

The recoverable extra cost loss will be the reasonable and necessary extra costs incurred by the Insured of the following:

1) extra costs to temporarily continue as nearly **normal** as practicable the movement of goods or materials.

This Extension will apply when the PERIOD OF LIABILITY is in excess of 48 hours except 168 hours applies for **earth movement** and/or **flood** and/or **wind**.

LOGISTICS EXTRA COST Exclusions: As respects LOGISTICS EXTRA COST, the following additional exclusions apply:

This Policy does not insure:



1) any loss resulting from disruption in the movement of goods or materials between **contingent time element locations**.

2) any loss resulting from disruption of incoming or outgoing services consisting of electricity, gas, fuel, steam, water, refrigeration, sewerage and voice, data or video.

3) any loss of income.

4) costs that usually would have been incurred in conducting the business during the same period had there been no disruption of **normal** movement of goods or materials.

5) costs of permanent repair or replacement of property that has been damaged or destroyed.

6) any expense recoverable elsewhere in this Policy.

7) any loss resulting from disruption caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

8) any loss resulting from disruption caused by loss or damage from **earth movement** in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

9) any loss resulting from disruption caused by physical loss or damage to personal property of the Insured while in transit.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1) starting at the time of physical loss or damage causing the disruption of the **normal** movement of goods or materials directly between insured **locations**; or directly between the insured **location** and the **location** of the direct customer, supplier, contract manufacturer or contract service provider to the Insured, and

2) ending not later than:

a) when with due diligence and dispatch the **normal** movement of goods or materials directly between insured **locations**; or directly between the insured **location** and the **location** of the direct customer, supplier, contract manufacturer or contract service provider to the Insured could be resumed; or

b) the number of consecutive days shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section.



Account No.  1-53382
Policy No.  1048061

### E.    SERVICE INTERRUPTION TIME ELEMENT

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the period of service interruption at an insured **location** when the loss is caused by the interruption of incoming services consisting of electricity, gas, fuel, steam, water, refrigeration or from the lack of outgoing sewerage service by reason of any accidental event at the facilities of the supplier of such service located within this Policy's TERRITORY, that immediately prevents in whole or in part the delivery of such usable services.

This Extension will apply when the period of service interruption is in excess of 24 hours.

Additional General Provisions:

1) The Insured will immediately notify the suppliers of services of any interruption of such services.

2) The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has for the supply of such specified services.

SERVICE INTERRUPTION TIME ELEMENT Exclusions: As respects SERVICE INTERRUPTION TIME ELEMENT, the following applies:

1) The exclusions in the EXCLUSIONS clause in the PROPERTY DAMAGE section do not apply except for:

   a) A1, A2, A3, A6, B1, B2, and

   b) B4 with respect to incoming or outgoing voice, data or video, and

   c) D1 except with respect to fungus, mold or mildew.

2) The following additional exclusions apply:

   This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

   a) **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

   b) **terrorism**.

As used above, the period of service interruption:

1) is the period starting with the time when an interruption of specified services happens; and ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations



following the restorations of service under the same or equivalent physical and operating conditions as provided by the PERIOD OF LIABILITY clause in this section.

2) is limited to only those hours during which the Insured would or could have used service(s) if it had been available.

3) does not extend to include the interruption of operations caused by any reason other than interruption of the specified service(s).

## ADDITIONAL TIME ELEMENT COVERAGE EXTENSIONS

### A.   ATTRACTION PROPERTY

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY directly resulting from physical loss or damage of the type insured to property of the type insured that attracts business to an insured **location** and is within 1 statute mile/1.6 kilometres of the insured **location**.

ATTRACTION PROPERTY Exclusions: As respects ATTRACTION PROPERTY, the following additional exclusion applies:

This Policy does not insure loss resulting from:

1) physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1) starting at the time of such physical damage; but

2) not to exceed the time limit shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section.

### B.   CRISIS MANAGEMENT

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY if an order of civil or military authority limits, restricts or prohibits partial or total access to an insured **location**, provided such order is a direct result of:

1) a violent crime, suicide, attempted suicide, or armed robbery; or

2) a death or bodily injury caused by a workplace accident;

at such insured **location**.



For the purposes of this Extension only, a workplace accident shall be considered a sudden, fortuitous event that happens during working hours and arises out of work performed in the course and the scope of employment.

This Extension of coverage will apply when the PERIOD OF LIABILITY is in excess of 4 hours.

CRISIS MANAGEMENT Exclusions: As respects CRISIS MANAGEMENT, the following additional exclusion applies:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

1) **terrorism**.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1) starting with the time the civil or military authority prohibits access; but

2) not to exceed the time limit shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section.

## C.   DELAY IN STARTUP

GROSS EARNINGS or GROSS PROFIT and EXTRA EXPENSE are extended to cover the Actual Loss Sustained incurred by the Insured during the PERIOD OF LIABILITY due to the reasonable and necessary delay in startup of business operations directly resulting from physical loss or damage of the type insured to insured property under construction at an insured **location**.

## D.   EXTENDED PERIOD OF LIABILITY

The GROSS EARNINGS coverage is extended to cover the reduction in sales resulting from:

1) the interruption of business as covered by GROSS EARNINGS;

2) for such additional length of time as would be required with the exercise of due diligence and dispatch to restore the Insured's business to the condition that would have existed had no loss happened; and

3) commencing with the date on which the liability of the Company for loss resulting from interruption of business would terminate if this Extension had not been included in this Policy.



However, this Extension does not apply to GROSS EARNINGS loss resulting from physical loss or damage caused by or resulting from **terrorism**.

EXTENDED PERIOD OF LIABILITY Exclusions: As respects EXTENDED PERIOD OF LIABILITY, the TIME ELEMENT EXCLUSIONS B of this section does not apply and the following applies instead:

This Policy does not insure against any increase in loss due to damages for breach of contract or for late or noncompletion of orders, or fines or penalties of any nature except fines or penalties for breach of contract or for late or noncompletion of orders.

Coverage under this Extension for the reduction in sales due to contract cancellation will include only those sales that would have been earned under the contract during the extended period of liability.

Coverage under this Extension does not apply for more than the number of consecutive days shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section.

E.   **INTERRUPTION BY COMMUNICABLE DISEASE**

If a **location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **location** is limited, restricted or prohibited by:

1)   an order of an authorized governmental agency regulating the actual not suspected presence of **communicable disease**; or

2)   a decision of an Officer of the Insured as a result of the actual not suspected presence of **communicable disease**,

this Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY at such **location** with the actual not suspected presence of **communicable disease**.

This Extension will apply when access to such **location** is limited, restricted, or prohibited in excess of 48 hours.

INTERRUPTION BY COMMUNICABLE DISEASE Exclusions: As respects INTERRUPTION BY COMMUNICABLE DISEASE, the following additional exclusions apply:

This Policy does not insure loss resulting from:

1)   the enforcement of any law or ordinance with which the Insured was legally obligated to comply prior to the time of the actual spread of **communicable disease**.

2)   loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any sequence of loss.



The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1)   starting at the time of the order of the authorized governmental agency or the Officer of the Insured; but

2)   not to exceed the time limit shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section,

this period of time is part of and not in addition to any PERIOD OF LIABILITY applying to any coverage provided in the TIME ELEMENT section.

**F.   ON PREMISES SERVICES**

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY directly resulting from physical loss or damage of the type insured to the following property located within 1,000 feet/300 metres of the insured **location**:

1)   Electrical equipment and equipment used for the transmission of voice, data or video.

2)   Electrical, fuel, gas, water, steam, refrigeration, sewerage, voice, data or video transmission lines.

**G.   PROTECTION AND PRESERVATION OF PROPERTY TIME ELEMENT**

This Policy covers the Actual Loss Sustained by the Insured for a period of time not to exceed 48 hours prior to and 48 hours after the Insured first taking reasonable action for the temporary protection and preservation of property insured by this Policy provided such action is necessary to prevent immediately impending insured physical loss or damage to such insured property.

This Extension does not cover the Actual Loss Sustained by the Insured to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by TERRORISM coverage as provided in the PROPERTY DAMAGE section.

This Extension is subject to the deductible provisions that would have applied had the physical loss or damage happened.

**H.   RELATED REPORTED VALUES**

If reported TIME ELEMENT values include:

1)   **locations** used by the Insured (such as branch stores, sales outlets and other plants) but not listed on a schedule under this Policy; and



2)   a TIME ELEMENT loss would result at such **locations**,

3)   from insured physical loss or damage at an insured **location**,

then this Policy provides coverage for such resulting TIME ELEMENT loss in accordance with the coverage applicable at such insured **location**.

## I.   RESEARCH AND DEVELOPMENT

The GROSS EARNINGS and GROSS PROFIT coverages are extended to insure the Actual Loss Sustained by the Insured of continuing fixed charges and Ordinary Payroll directly attributable to the interruption of research and development activities that in themselves would not have produced income during the PERIOD OF LIABILITY.

The PERIOD OF LIABILITY for this Extension will be the period from the time of direct physical loss or damage of the type insured to the time when the property could be repaired or replaced and made ready for operations, but as respects GROSS PROFIT and Ordinary Payroll such period of time shall not exceed the period of time shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section.  Such period of time shall not be limited by the date of expiration of this Policy.

## J.   SOFT COSTS

This Policy covers the Actual Loss Sustained incurred by the Insured of **soft costs** during the PERIOD OF LIABILITY arising out of the delay of completion of buildings and additions under construction directly resulting from physical loss or damage of the type insured to insured property under construction at an insured **location**.



## LOSS ADJUSTMENT AND SETTLEMENT

1.   **REQUIREMENTS IN CASE OF LOSS**

The Insured will:

1)   give immediate written notice to the Company of any loss.

2)   protect the property from further loss or damage.

3)   promptly separate the damaged and undamaged property; put it in the best possible order; and furnish a complete inventory of the lost, destroyed, damaged and undamaged property showing in detail the quantities, costs, **actual cash value**, replacement value and amount of loss claimed.

4)   give a signed and sworn proof of loss to the Company within 90 days after the loss, unless that time is extended in writing by the Company.  The proof of loss must state the knowledge and belief of the Insured as to:

   a)   the time and origin of the loss.

   b)   the Insured's interest and that of all others in the property.

   c)   the **actual cash value** and replacement value of each item and the amount of loss to each item; all encumbrances; and all other contracts of insurance, whether valid or not, covering any of the property.

   d)   any changes in the title, use, occupation, location, possession or exposures of the property since the effective date of this Policy.

   e)   by whom and for what purpose any **location** insured by this Policy was occupied on the date of loss, and whether or not it then stood on leased ground.

5)   include a copy of all the descriptions and schedules in all policies and, if required, provide verified plans and specifications of any buildings, fixtures, machinery or equipment destroyed or damaged.

6)   further, the Insured, will as often as may be reasonably required:

   a)   exhibit to any person designated by the Company all that remains of any property;

   b)   submit to examination under oath by any person designated by the Company and sign the written records of examinations; and

   c)   produce for examination at the request of the Company:

      (i)   all books of accounts, business records, bills, invoices and other vouchers; or

      (ii)   certified copies if originals are lost,



at such reasonable times and places that may be designated by the Company or its representative and permit extracts and machine copies to be made.

## 2.    CURRENCY FOR LOSS PAYMENT

Losses will be adjusted and paid in the currency of the United States of America, except in Canada where losses will be paid in Canadian currency, unless directed otherwise by the Insured.

## 3.    PARTIAL PAYMENT OF LOSS SETTLEMENT

In the event of insured physical loss or damage determined by the Company's representatives to be in excess of the applicable Policy deductible, the Company will advance mutually agreed upon partial payment(s), subject to the Policy's provisions.  To obtain such partial payments, the Insured will submit a signed and sworn Proof of Loss as described in this Policy, with adequate supporting documentation.

## 4.    COLLECTION FROM OTHERS

The Company will not be liable for any loss to the extent that the Insured has collected for such loss from others.

## 5.    SUBROGATION

The Insured is required to cooperate in any subrogation proceedings.  The Company may require from the Insured an assignment or other transfer of all rights of recovery against any party for loss to the extent of the Company's payment.

The Company will not acquire any rights of recovery that the Insured has expressly waived prior to a loss, nor will such waiver affect the Insured's rights under this Policy.

Any recovery from subrogation proceedings, less costs incurred by the Company in such proceedings, will be payable to the Insured in the proportion that the amount of:

1)    any applicable deductible; and/or

2)    any provable uninsured loss,

bears to the entire provable loss amount.

## 6.    COMPANY OPTION

The Company has the option to take all or any part of damaged property at the agreed or appraised value.  The Company must give notice to the Insured of its intention to do so within 30 days after receipt of Proof of Loss.

## 7.    ABANDONMENT

There may be no abandonment of any property to the Company.



## 8.    APPRAISAL

If the Insured and the Company fail to agree on the amount of loss, each will, on the written demand of either, select a competent and disinterested appraiser after:

1) the Insured has fully complied with all provisions of this Policy, including REQUIREMENTS IN CASE OF LOSS; and

2) the Company has received a signed and sworn Proof of Loss from the Insured.

Each will notify the other of the appraiser selected within 20 days of such demand.

The appraisers will first select a competent and disinterested umpire.  If the appraisers fail to agree upon an umpire within 30 days then, on the request of the Insured or the Company, the umpire will be selected by a judge of a court of record in the jurisdiction in which the appraisal is pending.  The appraisers will then appraise the amount of loss, stating separately the **actual cash value** and replacement cost value as of the date of loss and the amount of loss, for each item of physical loss or damage or if, for TIME ELEMENT loss, the amount of loss for each TIME ELEMENT coverage of this Policy.

If the appraisers fail to agree, they will submit their differences to the umpire.  An award agreed to in writing by any two will determine the amount of loss.

The Insured and the Company will each:

1) pay its chosen appraiser; and

2) bear equally the other expenses of the appraisal and umpire.

A demand for APPRAISAL shall not relieve the Insured of its continuing obligation to comply with the terms and conditions of this Policy, including as provided under REQUIREMENTS IN CASE OF LOSS.

The Company will not be held to have waived any of its rights by any act relating to appraisal.

## 9.    SUIT AGAINST THE COMPANY

No suit, action or proceeding for the recovery of any claim will be sustained in any court of law or equity unless:

1) the Insured has fully complied with all the provisions of this Policy; and

2) legal action is started within twelve months after inception of the loss.

If under the insurance laws of the jurisdiction in which the property is located, such twelve months' limitation is invalid, then any such legal action must be started within the shortest limit of time permitted by such laws.



**Account No.  1-53382**
**Policy No.   1048061**

10. **SETTLEMENT OF CLAIMS**

The amount of loss for which the Company may be liable will be paid within 30 days after:

A.    proof of loss as described in this Policy is received by the Company; and

B.    when a resolution of the amount of loss is made either by:

    1)    written agreement between the Insured and the Company; or

    2)    the filing with the Company of an award as provided in the APPRAISAL clause of this
        section.



Account No.  1-53382
Policy No.   1048061

## GENERAL PROVISIONS

1.    **CANCELLATION/NON-RENEWAL**

This Policy may be:

A.    cancelled at any time at the request of the Insured by surrendering this Policy to the Company or by giving written notice to the Company stating when such cancellation will take effect; or

B.    cancelled by the Company by giving the Insured not less than:

1)   60 days' written notice of cancellation; or

2)   10 days' written notice of cancellation if the Insured fails to remit, when due, payment of premium for this Policy; or

C.    non-renewed by the Company by giving the Insured not less than 60 days' written notice of non-renewal.

Return of any unearned premium will be calculated on the customary short rate basis if the Insured cancels and on a pro-rata basis if the Company cancels this Policy.  Return of any unearned premium will be made by the Company as soon as practicable.

2.    **INSPECTIONS**

The Company, at all reasonable times, will be permitted, but will not have the duty, to inspect insured property.  The Company does not address life, safety or health issues.

The Company's:

A.    right to make inspections;

B.    making of inspections; or

C.    providing recommendations or other information in connection with any inspections,

will not constitute an undertaking, on behalf of or for the benefit of the Insured or others.  The Company will have no liability to the Insured or any other person because of any inspection or failure to inspect.

When the Company is not providing jurisdictional inspections, the Owner/Operator has the responsibility to assure that jurisdictional inspections are performed as required, and to assure that required jurisdictional Operating Certificates are current for their pressure equipment.

3.    **PROVISIONS APPLICABLE TO SPECIFIC JURISDICTIONS**

A.    If the provisions of this Policy conflict with the laws of any jurisdictions in which this Policy applies, and if certain provisions are required by law to be stated in this Policy, this Policy



Account No.   1-53382
Policy No.   1048061

will be read so as to eliminate such conflict or deemed to include such provisions for insured **locations** within such jurisdictions.

B.   The Company will provide to the Insured copies of endorsements mandated for use by the laws of provinces in Canada.  The endorsements modify this Policy with respect to any insured property located in the province in which the endorsement applies.

C.   The Company will provide to the Insured copies of endorsements mandated for use by the laws of states in the United States of America.  The endorsements modify this Policy with respect to any insured property located in the state in which the endorsement applies.

D.   As respects the United States, its territories and possessions and the Commonwealth of Puerto Rico, the definition of **terrorism** is declared null and void and it is agreed that an event defined as a Certified Act of Terrorism under the terms of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S) attached to this Policy shall be considered an act of **terrorism** within the terms of this Policy.  Coverage recoverable under the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S) is excluded from any other coverage under this Policy.  Any difference in limit between loss recoverable under the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S) and this Policy is not recoverable under this Policy.

## 4.   LIBERALIZATION

If during the period that insurance is in force under this Policy, any filed rules or regulations affecting the same are revised by statute so as to broaden the insurance without additional premium charge, such extended or broadened insurance will inure to the benefit of the Insured within such jurisdiction, effective the date of the change specified in such statute.

## 5.   MISREPRESENTATION AND FRAUD

This entire Policy will be void if, whether before or after a loss, an Insured has:

A.   willfully concealed or misrepresented any material fact or circumstance concerning this insurance, the subject thereof, any insurance claim, or the interest of an Insured.

B.   made any attempt to defraud the Company.

C.   made any false swearing.

## 6.   LENDERS LOSS PAYEE AND MORTGAGEE INTERESTS AND OBLIGATIONS

A.   The Company will pay for loss to specified property insured under this Policy to each specified Lender Loss Payee (hereinafter referred to as Lender) as its interest may appear, and to each specified Mortgagee as its interest may appear, under all present or future mortgages upon such property, in order of precedence of the mortgages.

B.   The interest of the Lender or Mortgagee (as the case may be) in property insured under this Policy will not be invalidated by:



Account No.  1-53382
Policy No.  1048061

    1)   any act or neglect of the debtor, mortgagor, or owner (as the case may be) of the property.

    2)   foreclosure, notice of sale, or similar proceedings with respect to the property.

    3)   change in the title or ownership of the property.

    4)   change to a more hazardous occupancy.

The Lender or Mortgagee will notify the Company of any known change in ownership, occupancy, or hazard and, within 10 days of written request by the Company, may pay the increased premium associated with such known change. If the Lender or Mortgagee fails to pay the increased premium, all coverage under this Policy will cease.

C.    If this Policy is cancelled at the request of the Insured or its agent, the coverage for the interest of the Lender or Mortgagee will terminate 10 days after the Company sends to the Lender or Mortgagee written notice of cancellation, unless:

    1)   sooner terminated by authorization, consent, approval, acceptance, or ratification of the Insured's action by the Lender or Mortgage, or its agent.

    2)   this Policy is replaced by the Insured, with a policy providing coverage for the interest of the Lender or Mortgagee, in which event coverage under this Policy with respect to such interest will terminate as of the effective date of the replacement policy, notwithstanding any other provision of this Policy.

D.    The Company may cancel this Policy and/or the interest of the Lender or Mortgagee under this Policy, by giving the Lender or Mortgagee written notice 60 days prior to the effective date of cancellation, if cancellation is for any reason other than non-payment. If the debtor, mortgagor, or owner has failed to pay any premium due under this Policy, the Company may cancel this Policy for such non-payment, but will give the Lender or Mortgagee written notice 10 days prior to the effective date of cancellation. If the Lender or Mortgagee fails to pay the premium due by the specified cancellation date, all coverage under this Policy will cease.

E.    The Company has the right to invoke this Policy's SUSPENSION clause. The suspension of insurance will apply to the interest of the Lender or Mortgagee in any machine, vessel, or part of any machine or vessel, subject to the suspension. The Company will provide the Lender or Mortgagee at the last known address a copy of the suspension notice.

F.    If the Company pays the Lender or Mortgagee for any loss, and denies payment to the debtor, mortgagor or owner, the Company will, to the extent of the payment made to the Lender or Mortgagee be subrogated to the rights of the Lender or Mortgagee under all securities held as collateral to the debt or mortgage. No subrogation will impair the right of the Lender or Mortgagee to sue or recover the full amount of its claim. At its option, the Company may pay to the Lender or Mortgagee the whole principal due on the debt or mortgage plus any accrued interest. In this event, all rights and securities will be assigned



and transferred from the Lender or Mortgagee to the Company, and the remaining debt or mortgage will be paid to the Company.

G.   If the Insured fails to render proof of loss, the Lender or Mortgagee, upon notice of the Insured's failure to do so, will render proof of loss within 60 days of notice and will be subject to the provisions of this Policy relating to APPRAISAL, SETTLEMENT OF CLAIMS, and SUIT AGAINST THE COMPANY.

H.   Other provisions relating to the interests and obligations of the Lender or Mortgagee may be added to this Policy by agreement in writing.

## 7.   OTHER INSURANCE

A.   If there is any other insurance that would apply in the absence of this Policy, this Policy will apply only after such insurance whether collectible or not.

B.   In no event will this Policy apply as contributing insurance.

C.   The Insured is permitted to have other insurance over any limits or sublimits of liability specified elsewhere in this Policy without prejudice to this Policy.  The existence of any such insurance will not reduce any limit or sublimit of liability in this Policy.  Any other insurance that would have provided primary coverage in the absence of this Policy will not be considered excess.

D.   The Insured is permitted to have other insurance for all, or any part, of any deductible in this Policy.  The existence of such other insurance will not prejudice recovery under this Policy.  If the limits of liability of such other insurance are greater than this Policy's applicable deductible, this Policy's insurance will apply only after such other insurance has been exhausted.

E.   If this Policy is deemed to contribute with other insurance, the limit of liability applicable at each **location**, for the purposes of such contribution with other insurers, will be the latest amount described in this Policy or the latest **location** value on file with the Company.

## 8.   POLICY MODIFICATION

This Policy contains all of the agreements between the Insured and the Company concerning this insurance.  The Insured and the Company may request changes to this Policy.  This Policy can be changed only by endorsements issued by the Company and made a part of this Policy.

Notice to any agent or knowledge possessed by any agent or by any other person will not:

A.   create a waiver, or change any part of this Policy; or

B.   prevent the Company from asserting any rights under the provisions of this Policy.



Account No.   1-53382
Policy No.   1048061

9. **REDUCTION BY LOSS**

Claims paid under this Policy will not reduce its limit of liability, except claims paid will reduce any **aggregate during any policy year** limit.

10. **SUSPENSION**

On discovery of a dangerous condition, the Company may immediately suspend this insurance on any machine, vessel or part thereof by giving written notice to the Insured. The suspended insurance may be reinstated by the Company. Any unearned premium resulting from such suspension will be returned by the Company.

11. **TITLES**

The titles in this Policy are only for reference. The titles do not in any way affect the provisions of this Policy.

12. **ASSIGNMENT**

Assignment of this Policy will not be valid except with the written consent of the Company.

13. **DEFINITIONS**

The following terms when appearing in **boldface** in this Policy mean:

**actual cash value:**
the amount it would cost to repair or replace insured property, on the date of loss, with material of like kind and quality, with proper deduction for obsolescence and physical depreciation.

**aggregate during any policy year:**
the Company's maximum amount payable during any policy year.

**communicable disease:**
disease which is:

A.   transmissible from human to human by direct or indirect contact with an affected individual or the individual's discharges, or

B.   Legionellosis.

**contaminant:**
anything that causes **contamination**.

**contamination:**
any condition of property due to the actual or suspected presence of any foreign substance, impurity, pollutant, hazardous material, poison, toxin, pathogen or pathogenic organism, bacteria, virus, disease causing or illness causing agent, fungus, mold or mildew.



Account No.  1-53382
Policy No.  1048061

**contingent time element location**:

A.   any **location**:

    1)   of a direct customer, supplier, contract manufacturer or contract service provider to the Insured;

    2)   of any company under a royalty, licensing fee or commission agreement with the Insured;

B.   any **location** of a company that is a direct or indirect customer, supplier, contract manufacturer or contract service provider to a **location** described in A1 above,

not including **locations** of any company directly or indirectly supplying to, or receiving from, the Insured, electricity, fuel, gas, water, steam, refrigeration, sewage, voice, data or video.

**date or time recognition**:
the recognition, interpretation, calculation, comparison, differentiation, sequencing, accessing or processing of data involving one or more dates or times, including the Year 2000.

**earth movement**:
any natural or man-made earth movement including, but not limited to earthquake or landslide, regardless of any other cause or event contributing concurrently or in any other sequence of loss. However, physical loss or damage by fire, explosion, sprinkler leakage, or **flood** resulting from **earth movement** will not be considered to be loss by **earth movement** within the terms and conditions of this Policy.

**electronic data processing equipment or media**:
any computer, computer system or component, hardware, network, microprocessor, microchip, integrated circuit or similar devices or components in computer or non-computer equipment, operating systems, data, programs or other software stored on electronic, electro-mechanical, electro-magnetic data processing or production equipment, whether the property of the Insured or not.

**fine arts**:
paintings; etchings; pictures; tapestries; rare or art glass; art glass windows; valuable rugs; statuary; sculptures; antique furniture; antique jewelry; bric-a-brac; porcelains; and similar property of rarity, historical value, or artistic merit excluding automobiles, coins, stamps, furs, jewelry, precious stones, precious metals, watercraft, aircraft, money, securities.

**flood**:
flood; surface waters; rising waters; storm surge, sea surge, wave wash; waves; tsunami; tide or tidal water; the release of water, the rising, overflowing or breaking of boundaries of natural or man-made bodies of water; or the spray therefrom; all whether driven by wind or not; or sewer back-up resulting from any of the foregoing; regardless of any other cause or event, whether natural or man-made, contributing concurrently or in any other sequence of loss. Physical loss or damage from **flood** associated with a storm or weather disturbance whether or not identified by name by any meteorological authority, is considered to be **flood** within the terms of this Policy. However, physical loss or damage by fire, explosion or sprinkler leakage resulting from **flood** is not considered to be loss by **flood** within the terms and conditions of this Policy.



Account No.   1-53382
Policy No.   1048061

**irreplaceable:**
an item which cannot be replaced with other of like kind and quality.

**location:**
A.      as specified in the Schedule of Locations, or

B.      if not so specified in the Schedule of Locations:

    1)      a building, yard, dock, wharf, pier or bulkhead (or any group of the foregoing),

        a)      bounded on all sides by public streets, clear land space or open waterways, each not less than 50 feet/15 metres wide.  Any bridge or tunnel crossing such street, space or waterway will render such separation inoperative for the purpose of this definition.

**New Madrid Seismic Zone:**
Arkansas, United States of America, counties of:
Arkansas, Clay, Craighead, Crittenden, Cross, Fulton, Greene, Independence, Izard, Jackson, Lawrence, Lee, Lonoke, Mississippi, Monroe, Phillips, Poinsett, Prairie, Randolph, Sharp, St. Francis, White, Woodruff

Illinois, United States of America, counties of:
Alexander, Bond, Clay, Clinton, Crawford, Edwards, Effingham, Fayette, Franklin, Gallatin, Hamilton, Hardin, Jackson, Jasper, Jefferson, Johnson, Lawrence, Madison, Marion, Massac, Monroe, Perry, Pope, Pulaski, Randolph, Richland, Saline, St. Clair, Union, Wabash, Washington, Wayne, White, Williamson

Indiana, United States of America, counties of:
Gibson, Knox, Pike, Posey, Spencer, Vanderburgh, Warrick

Kentucky, United States of America, counties of:
Ballard, Caldwell, Calloway, Carlisle, Christian, Crittenden, Daviess, Fulton, Graves, Henderson, Hickman, Hopkins, Livingston, Lyon, Marshall, McCracken, McLean, Muhlenberg, Todd, Trigg, Union, Webster

Mississippi, United States of America, counties of:
Alcorn, Benton, Coahoma, De Soto, Lafayette, Marshall, Panola, Quitman, Tate, Tippah, Tunica

Missouri, United States of America, counties of:
Bollinger, Butler, Cape Girardeau, Carter, Dunklin, Iron, Jefferson, Madison, Mississippi, New Madrid, Oregon, Pemiscot, Perry, Reynolds, Ripley, Scott, Shannon, St. Francois, St. Louis, City of St. Louis, Ste. Genevieve, Stoddard, Washington, Wayne

Tennessee, United States of America, counties of:
Benton, Carroll, Chester, Crockett, Decatur, Dyer, Fayette, Gibson, Hardeman, Hardin, Haywood, Henderson, Henry, Houston, Humphreys, Lake, Lauderdale, Madison, McNairy, Montgomery, Obion, Perry, Shelby, Stewart, Tipton, Weakley



**normal:**
the condition that would have existed had no physical loss or damage happened.

**normal cost:**
the cost associated with the movement of goods or materials suffering the disruption that the Insured would have incurred had no physical loss or damage causing disruption happened.

**occurrence:**
the sum total of all loss or damage of the type insured, including any insured TIME ELEMENT loss, arising out of or caused by one discrete event of physical loss or damage, except as respects the following:

A.   **terrorism: occurrence** shall mean the sum total of all loss or damage of the type insured, including any insured TIME ELEMENT loss, arising out of or caused by all acts of **terrorism** during a continuous period of seventy-two (72) hours.

B.   **earth movement: occurrence** shall mean the sum total of all loss or damage of the type insured, including any insured TIME ELEMENT loss, arising out of or caused by all **earth movement(s)** during a continuous period of seventy-two (72) hours.

**off-premises data processing or data transmission services:**
the storage or processing of data performed off-premises of the Insured's property, including the transmission of voice, data or video over a single, or combination of, computer or communication networks.

**Pacific Northwest Seismic Zone:**
Oregon, United States of America, counties of:
Benton, Clackamas, Clatsop, Columbia, Coos, Curry, Douglas, Hood River, Jackson, Josephine, Klamath, Lane, Lincoln, Linn, Marion, Multnomah, Polk, Tillamook, Washington, Yamhill

Washington, United States of America, counties of:
Chelan, Clallam, Clark, Cowlitz, Grays Harbor, Island, Jefferson, King, Kitsap, Kittitas, Lewis, Mason, Pacific, Pierce, San Juan, Skagit, Skamania, Snohomish, Thurston, Wahkiakum, Whatcom

British Columbia (includes Vancouver Island), Canada:
South of 50° N latitude and west of 120° W longitude

**period of operational testing:**
the period of time beginning 24 hours prior to the earlier of the following:

A.   introduction, into a system, of feedstock or other materials for processing or handling;

B.   commencement of fuel or energy supply to a system,

and ending with the earlier of the following:

A.   the expiration date or cancellation date of this Policy.



B.     if specified, the number of consecutive days shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section.

**physical loss or damage to electronic data, programs or software**:
the destruction, distortion or corruption of electronic data, programs or software.

**representative company(ies)**:
Factory Mutual Insurance Company, FM Insurance Company Limited or FM Insurance Europe S.A.; Affiliated FM Insurance Company; Appalachian Insurance Company or any other company issuing a local policy at the direction of the Company.

**soft costs**:
costs over and above those that are **normal** at an insured **location** undergoing renovation or in the course of construction, limited to the following:

A.     construction loan fees - the additional cost incurred to rearrange loans necessary for the completion of construction, repairs or reconstruction including; the cost to arrange refinancing, accounting work necessary to restructure financing, legal work necessary to prepare new documents, charges by the lenders for the extension or renewal of loans necessary.

B.     commitment fees, leasing and marketing expenses - the cost of returning any commitment fees received from prospective tenant(s) or purchaser(s), the cost of re-leasing and marketing due to loss of tenant(s) or purchaser(s).

C.     additional fees for architects, engineers, consultants, attorneys and accountants needed for the completion of construction, repairs or reconstruction.

D.     property taxes, building permits, additional interest on loans, realty taxes and insurance premiums.

**terrorism**:
any act, involving the use or threat of: force, violence, dangerous conduct, interference with the operations of any business, government or other organization or institution, or any similar act,

when the effect or apparent purpose is:

A.     to influence or instill fear in any government (de jure or de facto) or the public, or any segment of either; or

B.     to further or to express support for, or opposition to, any political, religious, social, ideological or similar type of objective or position.

**transmission and distribution systems**:
transmission and distribution systems including but not limited to electricity, gas, fuel, steam, water, refrigeration, sewerage, voice, data, and video.  Such systems shall include poles, towers and fixtures, overhead conductors and devices, underground and underwater conduit, underground and underwater conductors and devices, line transformers, service meters, street lighting and signal systems.



**valuable papers and records**:
written, printed or otherwise inscribed documents and records, including books, maps, films, drawings, abstracts, deeds, mortgages and manuscripts, all of which must be of value to the Insured.

**wind**:
direct action of wind including substance driven by wind.  **Wind** does not mean or include anything defined as **flood** in this Policy.



Account No. 1-53382
Policy No. 1048061

SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index/ Record No. | Name | Building No. | Street | City | State/ Prov | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 01 | 055589.90-56 | Indianapolis International Airport | Building #121 | 1850 S Sigsbee St | Indianapolis | 46241-3640 | Indiana | United States of America |
| | | | Building #124 | | | | | |
| | | | Building #124A | | | | | |
| | | | Building #125 | | | | | |
| | | | Building #126 | | | | | |
| | | | Building #127 | | | | | |
| | | | Building #15 | 1945 S Banner Avenue | | 46241-3633 | | |
| | | | Loading Bridges | | | | | |
| | | | Building #2 | 2000 S Banner Avenue | | 46241-3619 | | |
| | | | Building #5 | | | | | |
| | | | Building #6 | | | | | |
| | | | Building 4A | | | | | |
| | | | Building #112 | 2349 Aviation Drive | | 46241-3729 | | |
| | | | Building #53 | 2475 S Hoffman Rd | | 46241-3646 | | |
| | | | Storage/Vehicles | 2500 S High School Rd | | 46241-4902 | | |
| | | | Building #130 | 2621 S High School Rd | | 46241-4921 | | |
| | | | Building #24 | 2625 S High School Rd | | | | |
| | | | Building #116 | 2638 Cargo Drive | | 46241-4933 | | |
| | | | Building #122 | 2640 Cargo Drive | | | | |
| | | | Building #173 | 2640 S Hoffman Rd | | 46241 | | |
| | | | Building #25 | 2643 Cargo Drive | | 46241-4963 | | |
| | | | Building #146 | 2730 Cargo Drive | | 46241-4904 | | |
| | | | Building #190 | 3651 W Perimeter Rd | | 46241 | | |
| | | | Building #27 | 5452 Pierson Drive | | 46241-4217 | | |
| | | | Building #18 | 6050 W Raymond St | | 46241-4204 | | |
| | | | Building #117 | 6390 Turner Drive | | 46241-4966 | | |
| | | | Building #118 | | | | | |
| | | | Building #119 | | | | | |
| | | | Building #102 | 6427 Pierson Drive | | 46241-4218 | | |
| | | | Building #137 | 6435 Pierson Drive | | | | |
| | | | Building #28A | 6549 Pierson Drive | | 46241-4220 | | |
| | | | Building #28 | 6551 Pierson Drive | | | | |
| | | | Building #23 | 6620 Pierson Drive | | 46241-4221 | | |
| | | | Building #17 | 6700 Pierson Drive | | 46241-4223 | | |



Account No. 1-53382
Policy No. 1048061

### SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index/ Record No. | Name | Building No. | Street | City | State/ Prov | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| | | | Building #100 | 6701 Beechcraft Drive | | 46241-3659 | | |
| | | | Building #1 | 6801 Pierson Drive | | 46241-4226 | | |
| | | | Building #105 | 6821 Pierson Drive | | | | |
| | | | Building #205 | 6851 Pierson Drive | | | | |
| | | | Building #200 | 6871 Pierson Drive | | | | |
| | | | Building #270/271 | 6921 Pierson Drive | | 46241-4208 | | |
| | | | Building #3 | 7001 Pierson Drive | | 46241-4233 | | |
| | | | Building #147 | 7050 S Access Rd | | 46241-8206 | | |
| | | | Building #7 | 7051 Pierson Drive | | 46241-4233 | | |
| | | | Building #148 | 7100 S Access Rd | | 46241-8206 | | |
| | | | Building #11 RW Lighting Vault | 7149 N Perimeter Rd | | 46241 | | |
| | | | Building #10 | 7151 N Perimeter Rd | | 46241 | | |
| | | | Building #80 | 7739 Cross Wind Drive | | 46241-3703 | | |
| | | | Other Fencing | 7800 Col H Weir Cook Mem Drive | | 46241-8003 | | |
| | | | Runway Lighting | | | | | |
| | | | Signature Fuel Farm D | | | | | |
| | | | Yard Lighting | | | | | |
| | | | Girls Schl Rd. Fuel Farm A | | | | | |
| | | | H. B'craft IAB Fuel Farm C | | | | | |
| | | | Landscaping | | | | | |
| | | | Building #75 | 7815 Head Wind Drive | | 46241-3726 | | |
| | | | Building #622 | 7899 S Service Rd | | 46241-4211 | | |
| | | | Building #603 ARFF Station #1 | 8300 North Service Rd | | 46241-4210 | | |
| | | Indianapolis International Airport - Non-Terminal Property | | 2500 S High School Rd | | 46241-4902 | | |



Account No. 1-53382
Policy No. 1048061

SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index/ Record No. | Name | Building No. | Street | City | State/ Prov | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 02 | 055593.30-01 | Eagle Creek Aviation | East Side Hangar (3 metal hangar) | 4101 Dandy Trl | Indianapolis | 46254-9200 | Indiana | United States of America |
| | | | East Side Hangar/Offce | | | | | |
| | | | Electrical District Panel Building | | | | | |
| | | | IAA Mait. Bldg. 1977 #101 | | | | | |
| | | | IAA original Hangar/Terminal | | | | | |
| | | | Outdoor Fence and 4 Gates | | | | | |
| | | | Regulator Building | | | | | |
| | | | T-Hangar #1 | | | | | |
| | | | T-Hangar #2 | | | | | |
| | | | T-Hangar #207 | | | | | |
| | | | T-Hangar #208 | | | | | |
| | | | T-Hangar #209 | | | | | |
| | | | West Side (2 T-Hangars) | | | | | |
| | | | West Side Corp Hangar #1 | | | | | |
| | | | West Side Corp Hangar #2 | | | | | |
| | | | West Side Terminal /FBO Expansion | | | | | |
| 03 | 055589.90-58 | IAA Midfield Terminal | | N Access Rd | Indianapolis | 46241-8206 | Indiana | United States of America |
| | | | 7800 Airport Terminal Dr. | 7800 Col H Weir Cook Mem Drive | | 46241-8010 | | |
| | | | 7801 Airport Terminal Dr. Parking Facility | | | | | |
| | | | 8081 Airport Terminal Dr. | | | | | |
| | | | CEP - Utility Connector | | | | | |
| | | | De-Icing Facility | | | | | |
| | | | Fencing/Signage | | | | | |
| | | | IT & Security Equipment | | | | | |
| | | | Misc. Utilities | | | | | |



**Account No. 1-53382**
**Policy No. 1048061**

SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index/ Record No. | Name | Building No. | Street | City | State/ Prov | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| | | | North Access Rd. | 8187 N Access Rd | | | 46241-8206 | |
| | | | | 8081 Col H Weir Cook Mem Drive | | | 46241-8011 | |
| | | | Outdoor Lighting | 7800 Col H Weir Cook Mem Drive | | | 46241-8010 | |
| | | | Public Art Acquisitions | | | | | |
| 04 | 055942.28-01 | Indianapolis Metropolitan Airport | Corporate Hangar #303 | 9913 Willow View Rd | Fishers | | 46038-2151 | Indiana | United States of America |
| | | | Electrical Vault | | | | | |
| | | | Fuel Farm | | | | | |
| | | | Maintenance & Storage #101 | | | | | |
| | | | Outdoor Fencing | | | | | |
| | | | T-Hangars 304 & 305 | | | | | |
| | | | T-Hangars 404, 405 & 406 | | | | | |
| | | | T-Hangars 407 & 408 | | | | | |
| 05 | 055655.00-01 | Indianapolis Regional Airport | Indianapolis Regional Airport | 3867 N Aviation Way | Greenfield | | 46140-9640 | Indiana | United States of America |
| 06 | 055522.01-01 | Downtown Heliport | Building & Garage | 51 S New Jersey St | Indianapolis | | 46204-3721 | Indiana | United States of America |
| 07 | 055589.90-10 | Indianapolis International Airport - Terminal | Park Garage | 2500 S High School Rd | Indianapolis | | 46241-4902 | Indiana | United States of America |
| 08 | 055589.90-41 | Indianapolis International Airport - Indianapolis Maintenance Center | IMC- Building #170 | 2825 W Perimeter Rd | Indianapolis | | 46241-3612 | Indiana | United States of America |
| 09 | 001906.57-01 | Hendricks County Airport | T-Hangars | 2749 Gordan Graham Rd | Danville | | 46122-8493 | Indiana | United States of America |
| | | | Terminal Building | | | | | |
| | | | Lighting | | | | | |
| | | | Maintenance Building | | | | | |
| | | | Fuel System | | | | | |
| 10 | 003651.22-01 | | 8050 Midfield Service Rd. | Midfield Service Rd | Indianapolis | | 46241-3638 | Indiana | United States of America |
| 11 | 055589.90-57 | Midfield Terminals - Runways Only | Runways, taxiways, roadways, apron pavement | 7800 Col H Weir Cook Mem Drive | Indianapolis | | 46241-8010 | Indiana | United States of America |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF LOCATIONS, APPENDIX A

| Location No. | Index/ Record No. | Name | Building No. | Street | City | State/ Prov | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 12 | 000021.57-03 | | Building #63<br><br>Building #64 | 7337 W Washington St | Indianapolis | 46231-1328 | Indiana | United States of America |
| 13 | | | Building #180 Safety | 4249 Scott Rd | Indianapolis | 46241 | Indiana | United States of America |
| 14 | | | | 3799 Mid Lot Dr | Indianapolis | 46241 | Indiana | United States of America |
| 16 | | | Building #60 | 1910 S Girls School Rd | Indianapolis | 46241-3637 | Indiana | United States of America |



Account No. 1-53382
Policy No. 1048061

### SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| 1FADP5AU5FL109515 | | 2015;(0800);FORD;CMAX;HYBRID;5 DOOR 800 | TRUK | FORD | CMAX HYBRID |
| 1FD0X5GT3GEA83960 | | 2016;(0751);FORD;F-550;4X2;SUPER CHASSIS;6.7POWER STROKE;BUCKET TRUCK;TECH(0751) | TRUK | FORD | F-550 |
| 1FM5K8AR2HGA36203 | | 2017(0023)SUV;FORD;EXPLORER;POLICE INTERCEPTOR;AWD;4DR;BLACK;APD(0CAR-0023) | TRUK | FORD | EXPLORER |
| 1FM5K8AR2JGA20640 | 1FM5K8AR2JGA20640 | 2018(0027)SUV;FORD;EXPLORER;POLICE INTERCEPTOR;AWD;BLACK;APD(POLC-0027) | TRUK | FORD | EXPLORER |
| 1FM5K8AR7GGA19122 | | 2016(0022)SUV;FORD;EXPLORER;AWD;4DR; APD(SUVH-0022) | TRUK | FORD | EXPLORER (K8AT) |
| 1FM5K8AR8JGA32369 | 1FM5K8AR8JGA32369 | 2018(0028)SUV;FORD;EXPLORER;POLICE INTERCEPTOR;AWD;BLACK;APD(POLC-0028) | TRUK | FORD | EXPLORER |
| 1FM5K8AR9GGA19123 | | 2016(0021)SUV;FORD;EXPLORER;AWD;4DR; APD(SUVH-0021) | TRUK | FORD | EXPLORER |
| 1FM5K8ARXHGB54659 | | 2017(0025)SUV;FORD;EXPLORER;POLICE;A WD;4DR;BLACK;APD K-9(SUVH-0025) | TRUK | FORD | EXPLORER |
| 1FM5K8D86HGB54662 | | 2017(0008)SUV;FORD;EXPLORE;XLT;4WD;4D R;BLUE;APD;ASST CHIEF(SUVH-0008) | TRUK | FORD | EXPLORER XLT |
| 1FM5K8D88HGB61399 | | 2017(0837)SUV;FORD;EXPLORER XLT;4WD;4DR;GRAY;ENG(SUVH-0837) | TRUK | FORD | EXPLORER |
| 1FM5K8D8XHGA98306 | | 2017(1100)SUV;FORD;EXPLORER;AWD;4DR; WHITE;E&W(SUVH-1100) | TRUK | FORD | EXPLORER |
| 1FMJU2AT4GEF13015 | | 2016(0026)SUV;FORD;EXPEDITION;4WD;4DR; BLACK;APD(SUVH-0008) | TRUK | FORD | EXPEDITION |
| 1FMPU16L04LB70255 | | 2004(0904)FORD EXPEDITION XLT;4X4;W/PLOW;0904(NO PLOW?)AUCTION2017 OR DUPLICATE? | TRUK | FORD | EXPEDITION |
| 1FMPU16L24LB70256 | 1FMPU16L24LB70256 | 2004(0020)SUV;FORD;EXPEDITION XLT;4WD;4-DOOR;BLACK;APD(SUVH-0020) | TRUK | FORD | EXPEDITION |
| 1FMPU16L74LA17310 | | 2004(0632)SUV;FORD;EXPEDITION XLT;WHITE;GARAGE SERVICE TRUCK(SUVH-0632) AUD2016+ | TRUK | FORD | EXPEDITION |
| 1FMU16559EB03269 | | 2009;(0903);SUV;FORD;EXPEDITION XLT;4X4;(SUVH-0903) AUD2016+ | TRUK | FORD | EXPEDITION XLT |
| 1FTBF2B63HEE55136 | 1FTBF2B63HEE55136 | 2017(0601)FORD;F-250;SUPR DUTY XL;REG CAB;4X4;2DR;LIFT GATE;WHITE;AAM(PKUP-0601) | TRUK | FORD | F-250 SUPER DUTY XL |
| 1FTEW1E80GFB71332 | | 2016;(0680);FORD;F-150;4X4;SUPERCREW CAB;AIRFIELD MAINTENANCE;PKUP-0680 | TRUK | FORD | F-150 |
| 1FTEW1E82GFB71333 | | 2016;(0763);FORD F-150;4X4;SUPERCREW CAB;PKUP;SUPV;BLD ;-0763 | TRUK | FORD | F-150 |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| 1FTEW1E85FFB68442 | | 2015(0648)FORD;F-150;SUPERCREW;4X4;3.5 ENG;(PKUP-0648) AUD2016+ | TRUK | FORD | F-150- |
| 1FTEW1E89HFA65589 | | 2017(0801)TRUCK;FORD;F-150;SUPERCREW;4X4;4DR;WHITE;ENG(PKUP-0801) | TRUK | FORD | F-150 SUPERCREW |
| 1FTEW1E89HFA65592 | | 2017(1101)TRUCK;FORD;F-150;SUPERCREW;4X4;GRAY;E&W(PKUP-1101) | TRUK | FORD | F-150 SUPERCREW |
| 1FTEW1EF0GKF56315 | | 2016(0630)FORD;F-150;4X4;SUPERCREW CAB;GARAGE SUPV;(PKUP-0630) AUD2016+ | TRUK | FORD | F-150 W1E6 |
| 1FTEW1EF0HFC31867 | | 2017(0210)TRUCK;FORD;F-150;SUPERCREW;4X4;4DR;WHITE;OPS(PKUP-0210) AUD2016- | TRUK | FORD | F-150 SUPERCREW |
| 1FTEW1E2GKF56316 | | 2016;(0765);FORD;F-150;4X4;SUPERCREW CAB;SUPV;TECH;0765 | TRUK | FORD | F-150 W1E6 |
| 1FTEW1EF4GKF56317 | | 2016;(0212);TRUCK;FORD;F-150;4X4;SUPERCREW CAB;GREY;OPS(0212) | TRUK | FORD | F-150 W1E6 |
| 1FTEX1E81FKE69620 | | 2015;(0208);TRUCK;FORD;F-150;4X4;SUPERCAB;SUPERINTENDENT(0208) | TRUK | FORD | F-150 |
| 1FTEX1EM5CFA75300 | | 2012;(0738);TRUCK;FORD;F-150;4X4;SUPER CAB;TECH SHOP(0738) | TRUK | FORD | F-150 |
| 1FTFW1EF1CFA75299 | | 2012(0833)TRUCK;FORD;F-150;4X4;CREW CAB;ENG(0833) | TRUK | FORD | F-150 |
| 1FTFW1EFXDKD93849 | | 2013(0626)TRUCK;FORD;F-150;4X4;CREW CAB;AAM(0626) AUD2016+ | TRUK | FORD | F-150 |
| 1FTRW14W54KB58967 | | 2004(0802);TRUCK;FORD;F-150;4X4;CREW CAB;WHITE;ENG(0802) | TRUK | FORD | F-150 |
| 1FTSX21Y48EB67285 | | 2008(0696)FORD;F-250;4X4;SUPER CAB GARAGE(PKUP-0696); AUD2016- | TRUK | FORD | F-250 |
| 1GB4KYCG8JF165980 | 1GB4KYCG8JF165980 | 2018(1607)CHEVY;SILVERADO 3500;CREW CAB;4X4;4DR;WHITE;GGF(DUMP-1607) | TRUK | CHEVROLET | SILVERADO 1500 |
| 1GC1KUEG2JF262242 | 1GC1KUEG2JF262242 | 2018(0401)CHEVY;SILVERADO 2500;CREW CAB;4X4;4DR;WHITE;AOC(PKUP-0401) | TRUK | CHEVROLET | SILVERADO 1500 |
| 1GC4KYCG1HF219626 | | 2017(1609)TRUCK;CHEVY;3500HD;CREW CAB;4X4;4DR;WHITE;REL9(PKUP-1609) | TRUK | CHEVROLET | 3500HD |
| 1GCDT138568279262 | | 2006;(0948);CHEVROLET;COLORADO;PICK UP;4X4;CREW CAB;PRK(PKUP-0948) AUD2016- | TRUK | CHEVROLET | COLORADO |
| 1GCRKSE75DZ251875 | | 2013;(0668);TRUCK;CHEVROLET;SILVERADO LT;4WD;AAM;(0668) AUD2016- | TRUK | CHEVROLET | SILVERADO LT |
| 1GCUKNEC0JF169963 | 1GCUKNEC0JF169963 | 2018(0805)CHEVY;SILVERADO 1500;CREW CAB;4X4;4DR;WHITE;ENG(PKUP-0805) | TRUK | CHEVROLET | SILVERADO 1500 |



Account No. I-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| 1GCUKNEC9JF137741 | 1GCUKNEC9JF137741 | 2018(0217)CHEVY;SILVERADO 1500;CREW CAB;4X4;4DR;WHITE;OPS(PKUP-0217) | TRUK | CHEVROLET | SILVERADO 1500 |
| 1GCVKNECXJZ200848 | 1GCVKNECXJZ200848 | 2018(0948)CHEVY;SILVERADO;1500;DOUBLE CAB;4X4;4DR;LIFT GATE;WHITE;AAM(PKUP-0948) | TRUK | CHEVROLET | SILVERADO 1500 |
| 1GNSKAE09BR336401 | | 2011(0905)SUV;CHEVY TAHOE;4X4;SCOTT D;(SUVH-0905) AUD2016+ | TRUK | CHEVROLET | TAHOE |
| 1GNSKBE01BR302068 | 1GNSKBE01BR302068 | 2011(0904)SUV;CHEVY;TAHOE SSV;4X4;WHITE;FIRE INSPECTOR PT(FIRE-0904) | TRUK | CHEVROLET | TAHOE LT |
| 1GNSKFKC5JR324238 | 1GNSKFKC5JR324238 | 2018(0902)SUV;CHEVY;TAHOE;4X4;WHITE;DEPUTY CHIEF(FIRE-0902) | TRUK | CHEVROLET | TAHOE SSV |
| 3C6TR5J26FG630875 | | 2015;(1102)DODGE RAM;CREWCAB;4X4;DUAL FUEL;GAS AND NATUREL GAS (1102) | TRUK | DODGE | 2500 |
| 3GCUKREC9GG275245 | | 2016(BC9);CHEVY;SILVERADO;4WD;CREW CAB B09 | TRUK | CHEVROLET | SILVERADO |
| 3GCUKREC9JG462959 | 3GCUKREC9JG462959 | 2018(0905)CHEVY;SILVERADO 1500;CREW CAB;4X4;4DR;WHITE;AFD(PKUP-0905) | TRUK | CHEVROLET | SILVERADO 1500 |
| 9A194340 | | 2015?;(0637)LIFT;TRUCK;FORKS 60 INCHES;PROPANE;AAM;(0637) | TRUK | CROWN | C51050-50 |
| GR01.0VAN.SERV.A624 | | 2014;FORD;CUTAWAY;E-350;SUPER DUTY;GARAGE | TRUK | FORD | FORD CUTAWAY E-350 |
| GR01.SUVH.ADMN.0104 | | 2010;SUV;FORD;EDGE;4DR;AWD;LIMITED;ADMN | TRUK | FORD | FORD |
| GR01.TRUK.BUCK.0634 | | 2008(0634)TRUCK;FORD;F-350;DURALIFT;BUCKET TRUCK;ATS(BUCK-0634) AUD2016+ | TRUK | FORD | F-350 |
| GR01.TRUK.BUCK.0750 | | 2009;FORD;F-550;4X2;SUPERCAB;BUCKET TRUCK;6.4 DIESEL;TECH SHOP | TRUK | FORD | F-550 DIESEL |
| GR01.TRUK.BUCK.0752 | | 2002;FREIGHTLINER;LIFT ALL;BUCKET TRUCK;DIESEL;TECH SHOP | TRUK | FREIGHTLINER | FL80 LAN/HD-75-2E |
| GR01.TRUK.BUCK.0758 | | 2009;FORD;F-350;4X4;SUPERCAB;BUCKET TRUCK;6.4 DIESEL;TECH SHOP | TRUK | FORD | F-350 DIESEL |
| GR01.TRUK.DUMP.0604 | | 2003;STERLING;LT 9500;TANDEM;DUMP SPREADER;DIESEL;AFM | TRUK | STERLING | LT 9500 |
| GR01.TRUK.DUMP.0605 | | 2003;STERLING;LT 9500;TANDEM;DUMP SPREADER;DIESEL;AFM | TRUK | STERLING | LT 9500 |
| GR01.TRUK.DUMP.0607 | | 2005;VOLVO;TANDEM;RADIAL DUMP SPREADER;AFM | TRUK | VOLVO | VHD64B |
| GR01.TRUK.DUMP.0608 | | 2011;INTERNATIONAL;TANDEM;RDS;DUMP; 4X2;DIESEL:AAM | TRUK | INTERNATIONA | 7600 |



Account No. 1-53382
Policy No. 1048061

**SCHEDULE OF VEHICLES, APPENDIX B**

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.TRUK.DUMP.0610 | | 1999;STERLING;TANDEM;DUMP;DIESEL;SALT;APM | TRUK | STERLING | LT 9501-S |
| GR01.TRUK.DUMP.0611 | | 2011;INTERNATIONAL;SINGLE;RDS;DUMP;4X2;DIESEL;AAM | TRUK | INTERNATIONA | 7500 |
| GR01.TRUK.DUMP.0614 | | 2011;INTERNATIONAL;TANDEM;RDS;DUMP;4X2;DIESEL;AAM | TRUK | INTERNATIONA | 7600 |
| GR01.TRUK.DUMP.0616 | | 2008;INTERNATIONAL;TANDEM;RADIAL DUMP;DIESEL;AFM | TRUK | INTERNATIONA | 7600 SBA 6X4 |
| GR01.TRUK.DUMP.0641 | | 2008;FORD;L-750 XL; SUPER DUTY;DIESEL;SALT;AFM | TRUK | FORD | F-750 4X2 |
| GR01.TRUK.DUMP.0643 | | 2009;FORD;L-750; XL;SUPER DUTY(CAT ENGINE);DIESEL;SALT;AFM | TRUK | FORD | F-750 4X2 |
| GR01.TRUK.DUMP.0646 | | 2012;FORD;F-550;XL;SUPER DUTY;TURBO;DIESEL;AFM | TRUK | FORD | F-550 |
| GR01.TRUK.DUMP.0688 | | 2015;FORD;F-350 CREW CAB DUMP BED;AFM;DIESEL-(688) | TRUK | FORD | F-350 |
| GR01.TRUK.DUMP.1605 | | 2008;FORD;F-350;SUPER DUTY;4X4;DUMP;EAGLE CREEK | TRUK | FORD | F-350 SUPER DUTY |
| GR01.TRUK.DUMP.1606 | | 2008;FORD;F-350;SUPER DUTY;4X4;DUMP;METROPOLITAN | TRUK | FORD | F-350 SUPER DUTY |
| GR01.TRUK.DUMP.1608 | | 2004;FORD;F-350;SUPER DUTY;4X4;DUMP;INDY REGIONAL | TRUK | FORD | F-350//X376 |
| GR01.TRUK.DUMP.1610 | | 2004;VOLVO;TANDEM;DUMP;METROPOLITAN;DIESEL | TRUK | VOLVO | VHD64B |
| GR01.TRUK.DUMP.1611 | | 2004;VOLVO;TANDEM;DUMP;DIESEL;INDY REGIONAL | TRUK | VOLVO | VHD64B |
| GR01.TRUK.DUMP.1612 | | 2004;VOLVO;TANDEM;DUMP;EAGLE CREEK;DIESEL | TRUK | VOLVO | VHD64B |
| GR01.TRUK.DUMP.5001 | | 2002;FORD;F-350;DUMP;GORDON GRAHAM;DIESEL HENDRICKS CO | TRUK | FORD | F-350 |
| GR01.TRUK.DUMP.5002 | | 2003;STERLING;L 750;SINGLE;DUMP;GORDON;DIESEL,HENDRICKS CO | TRUK | STERLING | L 750 |
| GR01.TRUK.FTBD.0753 | | 2008;FORD;F-350;4X4;SUPER DUTY;LIFT GATE;BUILDING MAINTENANCE | TRUK | FORD | F-350 |
| GR01.TRUK.FTBD.0954 | | 2008;FORD;F-350;SUPER DUTY;4X4;FTBD;PARK;DIESEL | TRUK | FORD | F-350 SUPER DUTY |
| GR01.TRUK.LIFT.0645 | | 2015;FORD;F-550;SUPER CREW;LIFT GATE;DIESEL;AFM | TRUK | FORD | F-550 |



Account No. 1-53382
Policy No. 1048061

SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.TRUK.PANT.0162 | J8BE5B16767300762 | 2006;CHEVROLET;TILTMASTER;JCL;PAINT;AFM | TRUK | CHEVROLET | 5500 W55042-Hd |
| GR01.TRUK.PKUP.0098 | | 2005;CHEVY;TRUCK;4X4;SUPER CAB;AOC | TRUK | CHEVROLET | SIERRA 1500 |
| GR01.TRUK.PKUP.0213 | | 2005;TRUCK;FORD;F-150;4X4;CREW CAB;OPS | TRUK | FORD | F-150 |
| GR01.TRUK.PKUP.0214 | | 2011;TRUCK;FORD;F-150;4X4;CREW CAB;TECH;NOW GR01.TRUK.PKUP.0609 | TRUK | FORD | F-150 |
| GR01.TRUK.PKUP.0215 | | 2014;FORD;F-150;4X4;SUPERCREW CAB;KEITHS TRUCK | TRUK | FORD | F-150 XL |
| GR01.TRUK.PKUP.0603 | | 2004;TRUCK;FORD;F-150;4X4;CREW CAB;AAM | TRUK | FORD | F-150 |
| GR01.TRUK.PKUP.0609 | | 2011;TRUCK;FORD;F-150;4X4;CREWCAB;AAM | TRUK | FORD | F-150 |
| GR01.TRUK.PKUP.0617 | | 2007;FORD;F-250;4X4;EXT CAB;APM | TRUK | FORD | F-250 |
| GR01.TRUK.PKUP.0629 | | 2002;FORD;F-350;4X4;CREW CAB;DIESEL;APM | TRUK | FORD | F-350 |
| GR01.TRUK.PKUP.0648 | | 2004(0648)FORD RANGER;4X4;BLACK;AFM;201709AUCTION AUD2016+(-OTHER RANGER) | TRUK | FORD | RANGER |
| GR01.TRUK.PKUP.0673 | | 2013;FORD;F-150;4X4;SUPERCREW CAB;STOCKROOM | TRUK | FORD | F-150 |
| GR01.TRUK.PKUP.0674 | | 2013;FORD;F-150;4X4;CREW;CAB;TECH SHOP | TRUK | FORD | F-150 |
| GR01.TRUK.PKUP.0699 | | 2013(0699)FORD;F-150;4X4;CREW;CAB;AAM(PKUP-0699) AUD2016+ | TRUK | FORD | F-150 |
| GR01.TRUK.PKUP.0749 | | 2008;TRUCK;FORD;F-150;4X4;CREW CAB;BUILDING MAINTENANCE; SOLDAUCTION20161006 | TRUK | FORD | F-150 |
| GR01.TRUK.PKUP.0755 | | 2012;TRUCK;FORD;F-150;4X4SUPER CAB;BUILDING MAINTENANCE | TRUK | FORD | F-150 |
| GR01.TRUK.PKUP.0760 | | 2008;FORD;F-250;4X4;CREW CAB;BUILDING MAINTENANCE | TRUK | FORD | F-250 |
| GR01.TRUK.PKUP.0761 | | 2014;FORD;F-150;4X2;EXT CAB;TECH SHOP | TRUK | FORD | F-150 |
| GR01.TRUK.PKUP.0762 | | 2008;TRUCK;FORD;F-150;4X4;CREW CAB;BUILDING MAINTENANCE MARK MAKENZIE; AUD2016+ | TRUK | FORD | F-150 |
| GR01.TRUK.PKUP.0789 | | 2008;TRUCK;FORD;F-150;4X4;CREW CAB;BUILDING MAINTAINCE ADMIN | TRUK | FORD | F-150 |



Account No. 1-53382
Policy No. 1048061

SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.TRUK.PKUP.0835 | | 2004;TRUCK;FORD;F-150;4X4;CREW CAB;ENGINEERING | TRUK | FORD | F-150 |
| GR01.TRUK.PKUP.0839 | | 2008;TRUCK;FORD;F-150;4X4;CREW CAB;ENGINEERING | TRUK | FORD | F-150 |
| GR01.TRUK.PKUP.0847 | | 2014;FORD;F-150;4X4;CREW CAB ENGINEERING | TRUK | FORD | F-150 |
| GR01.TRUK.PKUP.0951 | | 2012;SD;F-250;4X4;REG CAB;PARKING | TRUK | FORD | F-250 |
| GR01.TRUK.PKUP.0953 | | 2012;SD;F-250;SUPER DUTY XL;4X4;REG CAB;PARKING | TRUK | FORD | F-250 SUPER DUTY XL |
| GR01.TRUK.PKUP.0960 | | 2015;FORD;F-250;4X2;REG CAB PICK UP | TRUK | FORD | F-250 |
| GR01.TRUK.PKUP.0963 | | 2015;FORD;F-150;REG CAB;4X2 PICK UP | TRUK | FORD | F-150 |
| GR01.TRUK.PKUP.1103 | | 2011;FORD;F-250;4X4;CREW CAB SS SRW;WETLANDS | TRUK | FORD | F-250 |
| GR01.TRUK.PKUP.1609 | | 2004;FORD;F-250 XL;4X4;HELIPORT | TRUK | FORD | F-250 XL |
| GR01.TRUK.SEMI.0665 | | 2011;INTERNATIONAL;7600;TANDEM;SEMI; DIESEL;AAM | TRUK | INTERNATIONA | 7600 |
| GR01.TRUK.SUVH.0002 | | 2012;SUV;FORD;EXPLORER;XLT;SECURITIZE | TRUK | FORD | EXPLORER |
| GR01.TRUK.SUVH.0004 | | 2015(0004)SUV;FORD;EXPLORER;LIMITED;4 DR;FTZ(SUVH-0004) | TRUK | FORD | EXPLORER LIMITED MAGNETIC M |
| GR01.TRUK.SUVH.0005 | | 2001;SUV;FORD;EXPEDITION;AIRPORT SECURITY | TRUK | FORD | EXPEDITION |
| GR01.TRUK.SUVH.0011 | | 2014(0011)SUV;FORD;EXPLORER;4X4;POLIC E;CHIEF(SUVH-0011) AUD2016+ | TRUK | FORD | EXPLORER |
| GR01.TRUK.SUVH.0012 | | 2012;SUV;FORD;ESCAPE;4X4;4 DOOR;POLICE;K9 RODNEY | TRUK | FORD | FORD ESCAPE 2012 |
| GR01.TRUK.SUVH.0017 | | 2015(0017)SUV;FORD;EXPLORER;AWD;4DR; APD(SUVH-0017) | TRUK | FORD | EXPLORER |
| GR01.TRUK.SUVH.0600 | | 2015(0600)SUV;FORD;EXPLORER;AWD;WHIT E;AIRFIELD 1(SUVH-0600) AUD2016+ | TRUK | FORD | EXPLORER |
| GR01.TRUK.SUVH.0900 | | 2012(0900)SUV;CHEVY;TAHOE;SPECIAL SERVICE;4X4;PRK(SUVH-0900) AUD2016+ | TRUK | CHEVROLET | TAHOE 2012 |
| GR01.TRUK.SUVH.0902 | | 2011;SUV;CHEVY;TAHOE LT;4X4;DEPUTY;CHIEF | TRUK | CHEVROLET | TAHOE LT |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.TRUK.TRAN.0014 | | 2010;FORD;TRANSIT CONNECT;CARGO VAN;IT | TRUK | FORD | TRANSIT CONNECT |
| GR01.TRUK.UTIL.0635 | | 2008;FREIGHTLINER;MORGAN OLSON;VAN;DIESEL;TECH SHOP | TRUK | FREIGHTLINER | 10240629-MT-45 |
| GR01.TRUK.UTIL.0658 | | 2008(0658)FORD;F-350;SUPER DUTY;CRANE;WELDER;GARAGE(UTIL-0658) AUD2016+ | TRUK | FORD | F-350 |
| GR01.TRUK.WRKR.0695 | | 2013;INTERNATIONAL;7600;WRECKER;DIESEL;GARAGE | TRUK | INTERNATIONA | 7600 |
| GR01-0NEW-PKUP-0214 | | 2013(0214)TRUCK;FORD;F-150;SUPERCREW;4X4;4DR;YELLOW;OPS(PKUP-0214) | TRUK | FORD | F-150 |
| 28789-10 | 28789-10 | 2013(179)SIGN;TRAILER MOUNTED;WAUSAU;RUNWAY CLOSURE;LIGHTED;AAM(SIGN-TLMT-179) | TRLR | WAUSAU-EVEREST | X BOX ASSEMBLY |
| 28789-7 | 28789-7 | 2013(180)SIGN;TRAILER MOUNTED;WAUSAU;RUNWAY CLOSURE;LIGHTED;AAM(SIGN-TLMT-180) | TRLR | WAUSAU-EVEREST | X BOX ASSEMBLY |
| 3CVC52028G2543512 | | 2016;(0152);PJ TRAILER ;CARHAULER | TRLR | | PJ TRAILER C8223 |
| 4P5C82231G3017753 | | 2016;(0151);PJ TRAILER;CARHAULER | TRLR | | PJ TRAILER - C8223 |
| 4YMUL0818EG033460 | | 2014;(0150);CARRY-ON TRAILER UTILITY LANSCAPE | TRLR | | 5X8SP |
| 541FD1828GM000531 | | 2016(0140)TRAILER;APPALACHIAN;DUAL AXLE;WOOD DECK;RAMPED;?? | TRLR | | |
| 5F11S101XH1006874 | 5F11S101XH1006874 | 2017(1100)SIGN;TRAILER MOUNTED;WANCO;ARROW BOARD;LIGHTED;AAM(SIGN-TMAB-1100) | TRLR | | WTSP-LSA |
| 7FNUG2026J1007929 | 7FNUG2026J1007929 | 2018(1111)TRAILER;UTILITY;AMERICAN MANUFACTURING;UG202;HYDRAULIC;AAM (TRLR-1111) | TRLR | AMERICAN MANUFAC. OPERA. | UG202 |
| GR01.TRLR.FTBD.1202 | | GAR TRAILMOBILE TRAILER | TRLR | | |
| GR01.TRLR.LOBY.0665 | | 2011 GAR LOWBOY TRAILER | TRLR | | |
| GR01.TRLR.LOBY.1140 | | GAR;LOWBOY;TRAILER;AAM | TRLR | | |
| GR01.TRLR.NACC.3001 | | R@W GAR UTILITY TRAILER{NACC WAGON} | TRLR | | |
| GR01.TRLR.SARS.0001 | | 2007;SARSYS TRAILER FRICTION TESTER | TRLR | | |
| GR01.TRLR.TANK.0687 | | GAR TRAILMOBILE TANK TRAILER | TRLR | | |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|-------|---------------|-------------|-------|--------------|-------|
| GR01.TRLR.UTIL.0012 | | TRAILER;2003;POLICE BOMB SQUAD;POLICE | TRLR | | VN 7 |
| GR01.TRLR.UTIL.0020 | | POLICE RADAR TRAILER PORTABLE | TRLR | | |
| GR01.TRLR.UTIL.0029 | | 2009 NOMANCO TRAILER WITH COLD WATER PRESSURE WASHER 8FT BY 5FT | TRLR | | |
| GR01.TRLR.UTIL.0030 | | NOMANCO  TRAILER | TRLR | | |
| GR01.TRLR.UTIL.0105 | | HAZ-MAT DECON TRAILER SPECIAL OPS ERT TRAILER | TRLR | | |
| GR01.TRLR.UTIL.0113 | | NOMANCO UTILITY TRAILER | TRLR | | |
| GR01.TRLR.UTIL.0116 | | GAR TRAIL KING TRAILER | TRLR | | |
| GR01.TRLR.UTIL.0122 | | GAR DOLITTLE TRAILER | TRLR | | |
| GR01.TRLR.UTIL.0164 | | NOMANCO TRI-AXLE TRAILER | TRLR | | |
| GR01.TRLR.UTIL.0193 | | GAR BOAT TRAILER | TRLR | | |
| GR01.TRLR.UTIL.0645 | | GAR PAINT CART TRAILER | TRLR | | |
| GR01.TRLR.UTIL.0681 | | GAR CIRCUS WAGON | TRLR | | |
| GR01.TRLR.UTIL.0684 | | GAR VERMEER TRAILER | TRLR | ROADRUNNER | |
| GR01.TRLR.UTIL.0701 | | NORMANCO UTILITY TRAILER WITH HOTSEY AND TANK | TRLR | PJ TRAILER | W510 |
| GR01.TRLR.UTIL.0758 | | EZ TRAIL TRAILER | TRLR | | |
| GR01.TRLR.UTIL.1118 | | GAR BLUEGRASS TRAILER WETLANDS | TRLR | | |
| GR01.TRLR.UTIL.1119 | | GAR 2001 ROADRUNNER TRAILER WETLANDS | TRLR | | 29GN2015 |
| GR01.TRLR.UTIL.1141 | | GAR 2012 PJ TRAILER 83" CHANNEL UTILITY[WETLANDS] | TRLR | | 83" CHANNL UTILITY |
| GR01.TRLR.UTIL.2087 | | 2001;WATER TANK TRAILER | TRLR | | TRAILER |



Account No. I-53382
Policy No. 1048061

SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.TRLR.UTIL.3002 | | NUWAY TRAILER | TRLR | | |
| GR01.TRLR.UTIL.3003 | | 1995;TRAILER;3003;FUEL RECOVERY;INDY REGIONAL | TRLR | | |
| GR01.TRLR.UTIL.6001 | | 2009;NOMANCO TRAILER:20FT,16,000 GVW | TRLR | | WT10224 |
| GR01.TRLR.UTIL.6002 | | 2009;NOMANCO INCLOSED TRAILER 14,000 GVW | TRLR | | WUAC8020 |
| GR01.TRLR.UTIL.6003 | | 2009;NOMANCO;TRAILER WITH COLD WATER PRESSURE WASHER 8X5FT | TRLR | | NOMANCO |
| GR01.TRLR.WAGN.6004 | | 2009;30 TON MULTI PURPOSE WAGON;NAAC | TRLR | | 1074 |
| SPH-30-106 | | 4 TON ASPHALT HOT BOX TRAILER (0647) | TRLR | | HOT BOX |
| 1GNSK2E00DR372213 | | 2013(0906)SUV;CHEVY;TAHOE;4X4;FIRE INSPECTOR(SUVH-0906) | TRUK | CHEVROLET | TAHOE LS |
| 3GCUKREC3GG275306 | | 2016(0901)CHEVROLET;PICKUP;SILVERADO; 4WD;CREW CAB;FIREHOUSE 1(PKUP-0901)AUD2016+ | TRUK | CHEVROLET | SILVERADO 1500 |
| GR01.FIRE.TRUK.0995 | | 2010;PIERCE;PUMPER;FIRE;DIESEL ST-2 | TRUK | PIERCE | SABER CHASSIS,PUC |
| GR01.TRUK.FIRE.0980 | | 2005;TRUCK;FORD;F-150 STX;4X4;EXT CAB;FIRE | TRUK | FORD | F-150 STX |
| GR01.TRUK.FIRE.0991 | | 2007;OSHKOSH;SNOZZLE;STRIKER 3000S;FIRE;DIESEL | TRUK | OSHKOSH | STA3000S |
| GR01.TRUK.FIRE.0992 | | 2003;OSHKOSH;STRIKER 1500S;FIRE;DIESEL | TRUK | OSHKOSH | STA1500 |
| GR01.TRUK.FIRE.0993 | | 2006;OSHKOSH;STRIKER 1500S;FIRE;DIESEL | TRUK | OSHKOSH | STA-1500 |
| GR01.TRUK.FIRE.0994 | | 2007;;PIERCE;ARIAL;FIRE;DIESEL | TRUK | PIERCE | PLATFORM - ALUM |
| GR01.TRUK.FIRE.0997 | | 2005;STERLING;HAZMAT;FIRE;CITY OF INDIANA;DIESEL | TRUK | | |
| GR01.TRUK.FIRE.0998 | | 2005;FORD;F-550 XLT;4X4;BRUSH-FIRE;FIRE;DIESEL | TRUK | FORD | F550 XLT DRW |
| GR01.TRUK.FIRE.0999 | | 2010;OSKOSH;4500;STRIKER STI-4500;DIESEL  FIRE ST-2 | TRUK | OSHKOSH | STI-4500 |
| GR01.TRUK.FIRE.1990 | | 2015;(AC990);OSKOSH;SNOZZLE;STRIKER 3000;6X6;FIRE;(AC990);ST-1 | TRUK | OSHKOSH. | GLOBAL STRIKER 3000 |



### SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|-------|---------------|-------------|-------|--------------|-------|
| GR01.TRUK.FTBD.0996 | | 1999;FORD;F-550;FOAM SUPPORT;FIRE;DIESEL | TRUK | FORD | F-550 DIESEL |
| 15GGB1811X1070308 | 15GGB1811X1070308 | 2017(0925)BUS;GILLIG;EBUS;ELECTRIC CONVERSION(SHUT-0925)PARKING | 0BUS | GILLIG | G18B102N4 |
| 15GGB1811X1070311 | 15GGB1811X1070311 | 2017(929)BUS;GILLIG;EBUS;ELECTRIC CONVERSION(SHUT-0929)PARKING | 0BUS | GILLIG | G18B102N4 |
| 15GGB1813X1070309 | 15GGB1813X1070309 | 2017(927)BUS;GILLIG;EBUS;ELECTRIC CONVERSION(SHUT-0927)PARKING | 0BUS | GILLIG | G18B102N4 |
| 15GGB1814X1070299 | 15GGB1814X1070299 | 2017(0926)BUS;GILLIG;EBUS;ELECTRIC CONVERSION(SHUT-0926)PARKING | 0BUS | GILLIG | G18B102N4 |
| 15GGB1819X1070301 | 15GGB1819X1070301 | 2017(0924)BUS;GILLIG;EBUS;ELECTRIC CONVERSION(SHUT-0924)PARKING | 0BUS | GILLIG | G18B102N4 |
| 15GGB181XX1070307 | 15GGB181XX1070307 | 2017(0928)BUS;GILLIG;EBUS;ELECTRIC CONVERSION(SHUT-0928) | 0BUS | GILLIG | G18B102N4 |
| 1GB6G5BG5E1107466 | | 2014;(0916);CHEVROLET;ARBOC 13+3 RENTAL SHUTTLE BUS 916 | 0BUS | CHEVROLET | ARBOC |
| 1N9MNAC67GC084057 | | 2016;(0922);ELDORADO;SHUTTLE; BUS EZRM;220WB;ISB 6.7L 922 | 0BUS | ELDORADO | (EZ RIDER 2)(ISB 6.7L) |
| 1N9MNAC67GC084058 | | 2016;(0923);ELDORADO;SHUTTLE; BUS EZRM(220WB)ISB 6.7L 923 | 0BUS | ELDORADO | EZ RIDER 2 ISB6.7L;35FOOT |
| 1N9MNAC67GC084059 | | 2016;(0921);ELDORADO;SHUTTLE BUS EZRM;220WB;ISB 6.7L 921 | 0BUS | ELDORADO | EZ RIDER 2; 35FOOT |
| GR01.0BUS.SHUT.0001 | | 1994;BLUEBIRD;SCHOOL BUS;DIESEL;PARKING AUD2016+ | 0BUS | BLUE BIRD | TCFE |
| GR01.0BUS.SHUT.0002 | | 1994;BLUEBIRD;SCHOOL BUS;DIESEL;PARKING | 0BUS | BLUE BIRD | SCHOOL BUS TCFE |
| GR01.0BUS.SHUT.0003 | | 1994;BLUEBIRD;SCHOOL BUS;DIESEL;PARKING | 0BUS | BLUE BIRD | SCHOOL BUS TCFE |
| GR01.0BUS.SHUT.0919 | | 2005;ELDORADO;EZ RIDER II;SHUTTLE;NATURAL GAS;PARKING | 0BUS | ELDORADO | EZ RIDER II BODY# |
| GR01.0BUS.SHUT.0920 | | 2005;ELDORADO;EZ RIDER II;SHUTTLE;BODY# 950398;NATURAL GAS;PARKING | 0BUS | ELDORADO | EZ RIDER II BODY# 950398 |
| GR01.0BUS.SHUT.0932 | | 2008;ELDORADO/THOR;EZ RIDER II MAX;LOW FLOOR;SHUTTLE;BODY# 28061;PARKING;DIESEL | 0BUS | ELDORADO | EZ RIDER II MAX BODY# 28061 |
| GR01.0BUS.SHUT.0933 | | 2009;ELDORADO/THOR;EZ RIDER II MAX;LOW FLOOR;SHUTTLE;BODY# 28062;PARKING;DIESEL | 0BUS | ELDORADO | EZ RIDER II MAX BODY# 28062 |
| GR01.0BUS.SHUT.0934 | | 2009;ELDORADO/THOR;EZ RIDER II MAX;LOW FLOOR;SHUTTLE;BODY# 28063;PARKING;DIESEL | 0BUS | ELDORADO | EZ RIDER II MAX BODY# 28063 |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|-------|---------------|-------------|-------|--------------|-------|
| GR01.0BUS.SHUT.0935 | | 2010;ELDORADO/THOR;EZ RIDER II MAX;LOW FLOOR;SHUTTLE;PARKING;DIESEL | 0BUS | ELDORADO | EZ RIDER II MAX LOW FLOOR |
| GR01.0BUS.SHUT.0936 | | 2010;ELDORADO/THOR;EZ RIDER II MAX;LOW FLOOR;SHUTTLE;PARKING;DIESEL | 0BUS | ELDORADO | EZ RIDER II MAX LOW FLOOR |
| GR01.0BUS.SHUT.0937 | | 2014;ELDORADO/THOR;E-Z RIDER II MAX;LOW FLOOR;SHUTTLE;PARKING/DIESEL | 0BUS | ELDORADO | E-Z RIDER II MAX LOW FLOOR |
| GR01.0BUS.SHUT.0938 | | 2014;ELDORADO/THOR;E-Z RIDER II MAX;LOW FLOOR;SHUTTLE.PARKING/DIESEL | 0BUS | ELDORADO | EZ RIDER II MAX LOW FLOOR |
| GR01.RENT.0BUS.0913 | | 2010;FORD;E-450;STARCRAFT;BUS;PARKING;RENTAL | 0BUS | FORD | E-450 SUPER DUTY |
| GR01.RENT-0BUS.0914 | | 2013;FORD;E-350;SUPER DUTY;BUS;PARKING;RENTAL | 0BUS | FORD | E-350 SUPER DUTY |
| 1FBAX2CM7HKA15013 | | 2017(0759)VAN;FORD;TRANSIT WAGON;WHITE;ATS(UTIL-0759) | 0VAN | FORD | TRANSIT WAGON |
| 1FBZX2YM7HKA59766 | | 2017(0957)VAN;FORD;TRANSIT WAGON;WHITE;PRK(UTIL-0957) | 0VAN | FORD | TRANSIT WAGON |
| 1FBZX2ZM0HKB27341 | | 2017(0952)VAN;FORD;TRANSIT WAGON;WHITE;PRK(UTIL-0952) | 0VAN | FORD | TRANSIT WAGON |
| 1FTYR2ZM6JKA29809 | 1FTYR2ZM6JKA29809 | 2018(0030)VAN;FORD;TRANSIT WAGON;WHITE;APD(POLC-0030) | 0VAN | FORD | FORD TRANSIT |
| 1GAWGFFG4G1330525 | | 2016;(0907);CHEVROLET;VAN;EXPRESS;2500;AFD;0907 | 0VAN | CHEVROLET | 2500 |
| 1GAZGYFG0B1111787 | | 2011(0831)VAN;CHEVROLET;EXPRESS;3500;ENG(UTIL-0831) | 0VAN | CHEVROLET | EXPRESS 3500 |
| 2C4RDGBG2GR397175 | | 2016;(0910);DODGE;GRAND CARAVAN;4DR WAGON SE;PARKING;0910 | 0VAN | DODGE | GRAND CARAVAN SE |
| 2C4RDGBG4GR390678 | | 2016;(0917);DODGE;GRAND CARAVAN;4DR WAGON SE;PARKING;0917 | 0VAN | DODGE | GRAND CARAVAN SE RTKH53 |
| GR01.0VAN. UTIL.0940 | | 2011;CHEVROLET;EXPRESS LT;G3500;PASS VAN;PARKING | 0VAN | CHEVROLET | EXPRESS LT G3500 |
| GR01.0VAN.UTIL.0014 | | 2010;FORD;TRANS CONNECT;UTILITY;VAN;IT | 0VAN | FORD | TRANS CONNECT |
| GR01.0VAN.UTIL.0759 | | 2007;FORD;ECONOLINE 150;TERMINAL SERVICES; SOLDAUCTION20161006 | 0VAN | FORD | E-150 VAN |
| GR01.0VAN.UTIL.0902 | | 2011;CHEVROLET;EXPRESS LT;G2500;PARKING | 0VAN | CHEVROLET | EXPRESS LT 2500 |
| GR01.0VAN.UTIL.0952 | | 2008;FORD;ECONOLINE E-350 CLUB WAGON;PARKING;GREY | 0VAN | FORD | E-350 ECONOLINE CLUB WAGON |



Account No. 1-53382
Policy No. 1048061

SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.0VAN.UTIL.0957 | | 2006;FORD;ECONOLINE;350 CLUB WAGON;PARKING;WHITE | 0VAN | FORD | E-350 ECONOLINE CLUB WAGON |
| NMOLS6ANOAT010707 | | 2010(0014)VAN;FORD;TRANSIT CONNECT;SILVER;IT(UTIL-0014) | 0VAN | FORD | TRANSIT CONNECT |
| NMOLS6ANOAT010707 | NM0LS6AN0AT010707 7 | 2010(0014)VAN;FORD;TRANSIT CONNECT;SILVER;IT(UTIL-0014) | 0VAN | FORD | TRANSIT CONNECT |
| 1G1RA6E44FU105055 | | 2015;(0101);CHEVY;VOLT;ELEC/GAS;HBRD;ADMINISTRATION HYBRD 101 | 0CAR | CHEVROLET | 1RC68 |
| GR01.0CAR.0FTZ.0010 | | 2005;FORD;FIVE HUNDRED;FTZ | 0CAR | FORD | FIVE HUNDRED |
| GR01.0CAR.ADMN.0101 | | 2006;FORD;TAURUS SE;ADM PARKING | 0CAR | FORD | TAURUS |
| GR01.0CAR.HBRD.0102 | | 2015;FORD;FUSION;HBRD;ADMINISTRATION | 0CAR | FORD | FUSION |
| GR01.0CAR.POLC.0014 | | 2014;FORD;CAR;TAURUS;APD | 0CAR | FORD | TAURUS |
| GR01.0CAR.POLC.0029 | | 2009;CAR;FORD;CROWN VICTORIA;POLICE;K9-3 AUD2016+ | 0CAR | FORD | CROWN VICTORIA 2009 |
| GR01.0CAR.POLC.0032 | | 2011;CAR;FORD;CROWN VICTORIA;POLICE | 0CAR | FORD | CROWN VICTORIA 2012 |
| GR01.0CAR.POLC.0034 | | 2008;CAR;FORD;TAURUS;POLICE | 0CAR | FORD | FORD TAURUS AWD 2008 |
| GR01.0CAR.POLC.0035 | | 2009;CAR;FORD;CROWN VICTORIA;POLICE; SOLDAUCTION20161006 | 0CAR | FORD | CROWN VICTORIA 2009 |
| GR01.0CAR.POLC.0037 | | 2009;CAR;;FORD;CROWN VICTORIA;POLICE | 0CAR | FORD | CROWN VICTORIA 2009 |
| GR01.0CAR.POLC.0038 | | 2011;CAR;FORD;CROWN VICTORIA;POLICE | 0CAR | FORD | CROWN VICTORIA 2011/P7B |
| GR01.0CAR.WRCK.0033 | | 2007;CAR;FORD;CROWN VICTORIA;POLICE | 0CAR | FORD | CROWN VICTORIA 2007 |
| GR01-0CAR-POLC-0015 | | 2014;FORD;CAR;TAURUS;APD AUD2016+ | 0CAR | FORD | FORD TAURUS |
| GR01.BLWR.SNOW.0619 | | 1993;ROLBA;SNOW BLOWER;TRUCK;APM;DIESEL | BLWR | S AND S | |
| GR01.BLWR.SNOW.0678 | | 1992;ROLBA;SNOW BLOWER;TRUCK;APM;DIESEL | BLWR | S AND S | |
| GR01.BLWR.SNOW.3004 | | 2001;OLATHE;SNOW BLOWER;TORO MOUNTED;METRO | BLWR | | |



Account No. 1-53382
Policy No. 1048061

### SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.BROM.TCMT.1609 | | 2004;SWEEPSTER;BROOM;8 FT;TRUCK MOUNTED;HELIPORT | BROM | SWEEPSTER | |
| GR01.BROM.TCMT.1610 | | 2004;M-B;BROOM;14 FT;TRUCK MOUNTED;METROPOLITAN | BROM | M-B | |
| GR01.BROM.TCMT.1612 | | 2004;M-B;BROOM;14 FT;TRUCK MOUNTED;EAGLE CREEK | BROM | M - B | |
| GR01.BLWR.SNOW.0682 | | 2004;OSHKOSH;SNOW BLOWER;TRUCK;APM;DIESEL | BLWR | OSHKOSH | OSHKOSH |
| GR01.BLWR.SNOW.0112 | | 2004;TROY BILT;SNOW BLOWER;PUSH;METRO | BLWR | TROY BILT | 31AS6BN2711 |
| GR01.BLWR.SNOW.2071 | | GAR RYAN PUSH SNOW BLOWER;EAGLE CREEK | BLWR | RYAN | |
| GR01.BLWR.SNOW.2072 | | GAR RYAN PUSH SNOW BLOWER;EAGLE CREEK | BLWR | | |
| GR01.TRUK.BROM.0623 | | 2006;OSHKOSH;M-B;BROOM TRUCK;APM;DIESEL | BROM | OSHKOSH | HB2718 |
| GR01.TRUK.BROM.0632 | | 2007;OSHKOSH;M-B;BROOM TRUCK;APM;DIESEL | BROM | OSHKOSH | HB2718 |
| GR01.TRUK.BROM.0621 | | 2009;INTERNATIONAL;SWEEPSTER;BROOM TRUCK;APM;DIESE | BROM | INTERNATIONA | 5600I 4X4 |
| GR01.BLWR.SNOW.0679 | | 2009;KODIAK;SNOW BLOWER;TRUCK;DIESEL;APM | BLWR | KODIAK | CR 700D |
| GR01.BLWR.SNOW.0697 | | 2009;KODIAK;SNOW BLOWER;TRUCK;DIESEL;INDY REGIONAL | BLWR | KODIAK | CR 700D |
| GR01.TRUK.BROM.0639 | | 2010;WAUSAU;BROOM TRUCK;DIESEL;APM | BROM | WAUSAU | SD3131 |
| GR01.MULT.SNOW.0651 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;DIESEL;AFM | MTSR | M - B | MB5 |
| GR01.MULT.SNOW.0652 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;DIESEL;AFM | MTSR | M - B | MB5 |
| GR01.MULT.SNOW.0653 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;DIESEL;AFM | MTSR | M - B | MB5 |
| GR01.MULT.SNOW.0654 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;DIESEL;APM | MTSR | M-B | MB5 |
| GR01.MULT.SNOW.0655 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;DIESEL;AFM | MTSR | M - B | MB5 |
| GR01.MULT.SNOW.0656 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;;DIESELAFM | MTSR | M - B | MB5 |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.MULT.SNOW.0657 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;DIESEL;AFM | MTSR | M - B | MB5 |
| GR01.MULT.SNOW.0658 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;DIESEL;AFM | MTSR | M - B | MB5 |
| GR01.MULT.SNOW.0659 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;DIESEL;APM | MTSR | M-B | MB5 |
| GR01.BLAD.SNOW.5001 | | GAR WOODS SNOW GRADER BLADE REAR 10 FT RB1010 | BLAD | WOODS | 9674 |
| GR01.BLWR.SNOW.0109 | | GAR ARIENS SNOW BLOWER PUSH | BLWR | ARIENS | |
| GR01.BLWR.SNOW.0110 | | GAR JOHN DEERE BLOWER PUSH | BLWR | JOHN DEERE | JOHN DEERE |
| GR01.BLWR.SNOW.0111 | | 2004;TROY BILT;SNOW BLOWER;PUSH;MT COMFORT | BLWR | TROY BILT | 31AS6BN2711 |
| GR01.BLWR.SNOW.0700 | | GAR CUB CADET SNOW BLOWER | BLWR | CUB CADET | CC521 |
| GR01.BLWR.SNOW.0966 | | GAR TORO;PUSH SNOW BLOWER;PARKING | BLWR | TORO | 38630/ POWER MAX 828LXE |
| GR01.BLWR.SNOW.2084 | | GAR SNOW BLOWER PUSH | BLWR | | |
| GR01.BLWR.SNOW.2088 | | GAR RYAOL SNOW BLOWER PUSH | BLWR | | |
| GR01.BLWR.SNOW.2097 | | GAR CUB CADET SNOW BLOWER | BLWR | CUB | |
| GR01.BLWR.SNOW.5001 | | GAR BLOWER PULL TYPE TRACTOR MOUNTED 92 IN;HENDRIX | BLWR | | SA-92 |
| GR01.BROM.TCMT.0197 | | SWEEPSTER BROOM FOR MOWER 131 | BROM | SWEEPSTER | M2405A |
| GR01.BROM.TCMT.0621 | | GAR 2009;SWEEPSTER;20 FT;BROOM FOR INTL TRUCK 621 | BROM | SWEEPSTER | S3120CCB1ND05 |
| GR01.BROM.TCMT.0681 | | GAR 2000 SWEEPSTER 12 FT BROOM FOR TRACTOR 681 | BROM | SWEEPSTER | D32P12 |
| GR01.BROM.TCMT.0682 | | GAR 2001 SWEEPSTER 12 FT BROOM TRACTOR 0682 | BROM | SWEEPSTER | D32C12 |
| GR01.BROM.TCMT.0684 | | GAR 2006 SWEEPSTER 16 FT BROOM TRAC MOUNTED 0684 | BROM | SWEEPSTER | TR1216CNNIND |
| GR01.BROM.TCMT.0686 | | GAR;2006;SWEEPSTER;16 FT BROOM TRAC MOUNTED 0686 | BROM | SWEEPSTER | TR1216CNNIND |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.BROM.TCMT.0952 | | GAR 2006 BCS PROFESSIONAL BROOM | BROM | | 732 |
| GR01.BROM.TCMT.1106 | | GAR 2001 SWEEPSTER 12 FT BROOM TRACTOR 1106 | BROM | SWEEPSTER | D32C12 |
| GR01.BROM.TCMT.1611 | | 2004;M-B;BROOM;14 FT;TRUCK MOUNTED;MOUNT COMFORT | BROM | M-B | |
| GR01.BROM.TCMT.5001 | | GAR 2002 SWEEPSTER 12 FT BROOM TRACTOR;HENDRICKS | BROM | SWEEPSTER | D32M12STND |
| GR01.BLWR.SNOW.0661 | | 2014;M-B;MB4;HIGH SPEED SNOW BLOWER;TRUCK;DIESEL;AFM | BLWR | M-B | MB4 |
| GR01.BLWR.SNOW.0662 | | 2014;M-B;MB4;HIGH SPEED SNOW BLOWER;TRUCK;DIESEL;AFM | BLWR | M-B | MB4 |
| 08-0265 | | 2017(0650)M-B;MULTI-TASKING;BROOM/PLOW/SPREADER;DIESEL;AAM(SNOW-0650) | MTSR | M-B | MB5 |
| 08-0266 | | 2017(0660)M-B;MULTI-TASKING;BROOM/PLOW/SPREADER;DIESEL;AAM(SNOW-0660) | MTSR | M-B | MB5 |
| 1K147B10121 | | TROY BILT;WALK BEHIND;SNOW BLOWER(0918) | SNOW | | 31AH5SQ5711269588 |
| 1100291 | 1100291 | (2017)LAND;PRIDE;FINISH MOWER (692) | MOWR | LAND PRIDE | |
| 201804060077 | 201804060077 | 2018(0110)AIR COMPRESSOR;SULLAIR;TRAILER MOUNTED;GREEN;AAM(AIRC-0110) | AIRC | SULLAIR | 185D DPQ KU4F |
| 170600000164316 | 170600000164316 | (2017)CHALLENGER;LIFTS;13,500 LBS;COLUMN (3) | LIFT | | CLHM-135 |
| 170600000164318 | 170600000164318 | (2017)CHALLENGER;LIFTS;13,500 LBS;COLUMN (4) | LIFT | | CLHM-135 |
| 1706000000164220 | 1706000000164220 | (2017)CHALLENGER;LIFTS;13,500 LBS;COLUMN (1) | LIFT | | CHALLENGER |
| 1706000000164230 | 1706000000164230 | (2017)CHALLENGER;LIFTS;13,500 LBS;COLUMN (2) | LIFT | | CLHN-135 |
| 042079 | | (722)ARIENS 36 INCH POWER BROOM HYDRO, (NEW) WALK BEHIND SNOW BROOM | BROM | ARIENS | ARIENS 926515 (722) |
| 08010920268944485 | | 1605 MVP PLUS 8.5 V PLOW | PLOW | WESTERN | 8.5 MVP PLUS |
| 11090480-162050 | | 601 HOTSY PRESSURE WASHER 2000 PSI | WASH | HOTSY | 980SS |
| 11090890-100126 | | (0602)LANDA PRESSURE WASHER 3000 PSI MAX TEMP 225 | PRESSURE | | PHW4-3000G |



Account No. 1-53382
Policy No. 1048061

SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| 160930A5418W | 160930A5418W | 2017(0601)CONVEYOR;DOYLE;MATERIAL;ST AINLESS;AAM(CONV-0601) | CONV | | |
| 161970 | | 722 HOTSY PRESSURE WASHER 3500PSI | WASH | | 1280SSG |
| 1647300035 | | LAZER LINE STRIPER (3012) | PANT | | TITAN POWER - LINER4955PL |
| IA051K80025 | | TROY BILT ROTOR TILLER (0002) | TILR | TROY BILT | 21A-682P766 |
| 1C9SY1010H1418378 | | 2017(0160)CRACK SEALER;CRAFCO;TRAILER MOUNTED;AAM(CKSL-0160) | CKSL | CRAFCO | SS125D |
| 1L06120MVGH856029 | | 2017(0699)TRACTOR;JOHN DEERE;6120M;GREEN;DIESEL;AAM(FARM-0699) | TRAC | JOHN DEERE | 6120M |
| 1L06130RHGK860798 | | 2016;(0615);TRACTOR;JOHN DEERE;6130R;DIESEL;EAGLE CREEK;(0615) | TRAC | JOHN DEERE | 6130R |
| 1L06130RJFK829512 | | 2015(0698)TRACTOR;JOHN DEERE;6130R;DIESEL;METRO;(FARM-0698) | TRAC | JOHN DEERE | 6130R |
| 1P0CX2FCDP016131 | | 2016(0698)MOWER;DECK;JOHN DEERE;CX20;MOWER;METRO(DECK-0698) | MOWR | JOHN DEERE | CX20 |
| IPOCX20FLHP025042 | | 2017(615)MOWER;DECK;JOHN DEERE;CX20;EC(DECK-0615) | MOWR | JOHN DEERE | CX20 |
| 1T0710LXJGF301508 | | 2016;(0672);JOHN DEERE;LOADER;BACK-HOE;710L;DIESEL;AAM;(0672) | LDER | JOHN DEERE | 710L |
| 1TC1550DEGS020040 | | 2015(0615)MOWER;RIDING;JOHN DEERE;1550;72-IN;GGA(RDNG-0615)HENDRICKS CO | MOWR | JOHN DEERE | 1550 |
| 1TC1550DVFS010763 | | 2015(0685)MOWER;RIDING;JOHN DEERE;1550;FINISH;DIESEL;GREEN;EC(RDN G-0685) | MOWR | JOHN DEERE | 1550 |
| 2014-0023 | 2014-023 | (2014)(175C)SIGN;TRAILER MOUNTED;WAUSAU;RUNWAYCLOUSURELI GHTED;AM;SIGN(TLMT-175C) | SIGN | WAUSAU | RCM ASSEMBLY |
| 2014-022 | | (2014)SIGN;WAUSAU;EVEREST;TRAILER MOUNTED;RUNWAY CLOSURE;AAM(SIGN.TLMT.175B) | SIGN | WAUSAU | RCM ASSEMBLY |
| 2016648363 | | 2015(0644)MOWER;FERRIS;IS5100Z;RIDING;7 2-IN;RED?;AAM(0644) | MOWR | FERRIS | IS 5100Z |
| 290792621 | | 2014(SMTL- 6001)STIHL CHAINSAW 20INCH (WETLANDS) | SMTL | STIHL | MS290 |
| 304681 | | 2016;(1401); TANK ;DELTA CONSOLIDATED;PORTABLE;100 GALLON; DIESEL ;TERM MAINT. | TANK | DELTA CONSOLID. INDUST. | 484000 |
| 4500Y-AJ03910 | | 2015(0633)MOWER;RIDING;VENTRAC;4500Y; 72-IN;AAM(RDNG-0633) | MOWR | VENTRAC | 4500Y |



Account No. 1-53382
Policy No. 1048061

### SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|-------|---------------|-------------|-------|--------------|-------|
| 4500Y-AJ04942 | | 2016(0631)MOWER;RIDING;VENTRAC;4500Y; 72-IN;AAM(RDNG-0631) | MOWR | VENTRAC | 4500Y |
| 5AJLS1012GB321803 | | 2016;(0173);LIGHT;GENERAC MLT6SMD;PORTABLE;TRAILER;AAM;(0173) | LITE | GENERAC | MLT6SMD |
| 5AJLS1014GB321804 | | 2016;(0174);LIGHT;GENERAC MLT6SMD;PORTABLE;TRAILER;AAM;(0174) | LITE | GENERAC | MLT6SMD |
| 6917-5 | | (2007)SIGN;BATTS;TRAILER MOUNTED;RUNWAY CLOSURE;AAM(SIGN-TLMT.175A) | SIGN | | LIGHTED X |
| 7A288273 | | 2015;(4001);JACK;PALLET;WALKIE;ELECTRI C;4,500 LBS MAX CAPACITY;STOCKROOM;(4001) | LIFT | CROWN | WP3045-45 |
| 7A288274 | | 2015;(4002);JACK;PALLET;WALKIE;ELECTRI C;4,500 LBS MAX CAPACITY;STOCKROOM;(4002) | LIFT | CROWN | WP3045-45 |
| 8929GM | | (0140) 2016 OMME 2750 RXBDL9TRACKED AERIAL 90 FOOT LIFT) | LIFT | | 2750 RXBDJ |
| A5KC2GDBCHG036907 | A5KC2GDBCHG03690 7 | 2017(0779)ATV;KUBOTA;RTV-X1100CW-H;36907;DEISEL;ORANGE;ABM(KUBO-0779) | 0ATV | RTV-X1100CW-H / 36907 | NO |
| A5KC2GDBLGG030650 | | 2017(0755)ATV;KUBOTA;RTV-X1100C;DEISEL;ORANGE;APM(KUBO-0755) | 0ATV | KUBOTA | RTV-X1100C |
| B820A09B03 | | ELECTRIC UTILITY CART 36 VOLTS;0006 | CART | | |
| B820A09B04 | | ELECTRIC UTILITY CART 36 VOLTS;0005 | CART | | B820A |
| B820A09B07 | | ELECTRIC UTILITY CART 36 VOLTS;0004 | CART | | B820A |
| C50211714407 | | 2015;SCHULTE;26FTMOWER DECK (681)IND;REGIONAL | MOWR | SCHULTE | 5026 |
| CP2733-2-03986 | | 2016(0642)MOWER;RIDING;FERRIS;IS5100Z;7 2-IN;RED;AAM(RDNG-0642) | MOWR | FERRIS | IS5100Z / ?? |
| EACT-1665441 | EACT-1665441 | (2017)EU:2000I:HONDA;PORTABLE 120V GEN(924) | | HONDA | NO |
| FE1093 | | CLARKE BOOST SCRUBBER 0001;MODEL28 ;24V | SCRB | | BOOST 28 |
| GR01.0ATV.AUCT.0754 | | 2002;JOHN DEERE;GATOR;APM | 0ATV | | |
| GR01.0ATV.GATR.0026 | | 2000;JOHN DEERE;GATOR;APM | 0ATV | JOHN DEERE | GATOR 4X2 |
| GR01.0ATV.GATR.0754 | | 2013(0754)ATV;JOHN DEERE;GATOR;DEISEL;GREEN;ABM(KUBO-0754) | 0ATV | JOHN DEERE | GATOR 4X2 |



Account No. 1-53382
Policy No. 1048061

**SCHEDULE OF VEHICLES, APPENDIX B**

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.0ATV.GATR.1109 | | 2003;JOHN DEERE;GATOR;6X4;HELIPORT | 0ATV | JOHN DEERE | GATOR |
| GR01.0ATV.GATR.1115 | | 2006;JOHN DEERE;GATOR;APM | 0ATV | JOHN DEERE | GATOR 6X4 |
| GR01.0ATV.GATR.1116 | | 1994;JOHN DEERE;GATOR;APM | 0ATV | JOHN DEERE | GATOR 6X4 |
| GR01.0ATV.GATR.1117 | | 2006;JOHN DEERE;GATOR;4X2;INDY REGIONAL | 0ATV | JOHN DEERE | GATOR 4X2 |
| GR01.0ATV.GATR.1118 | | 2004;JOHN DEERE;GATOR;WETLANDS | 0ATV | JOHN DEERE | GATOR HPX OPS |
| GR01.0ATV.GATR.1119 | | 2006;JOHN DEERE;GATOR;EAGLE CREEK | 0ATV | JOHN DEERE | GATOR 4X2 |
| GR01.0ATV.GATR.1610 | | 2008;JOHN DEERE;GATOR TS;4X2;METRO | 0ATV | JOHN DEERE | GATOR TS |
| GR01.0ATV.GATR.5004 | | 2013(5004)ATV;JOHN DEERE;GATOR;DEISEL;GREEN;GGA(KUBO-5004) HENDRICKS COUNTY | 0ATV | JOHN DEERE | GATOR TS |
| GR01.0ATV.KUBO.0037 | | 2009;KUBOTA;RTV 1100;POLICE;DIESEL | 0ATV | KUBOTA | RTV 1100 |
| GR01.0ATV.KUBO.0778 | | 2009;KUBOTA;RTV 1100;DIESEL;BUILDING MAINTENANCE | 0ATV | KUBOTA | RTV1100 |
| GR01.0ATV.KUBO.0949 | | 2013(0949)ATV;KUBOTA;RTV-1100;DEISEL;ORANGE;PRK(KUBO-0949) | 0ATV | KUBOTA | RTV 1100 |
| GR01.0ATV.KUBO.1105 | | 2012(1105)ATV;KUBOTA;RTV-1100;DEISEL;ORANGE?;E&W(KUBO-1105) | 0ATV | KUBOTA | RTV 1100 |
| GR01.0ATV.KUBO.1130 | | 2009;KUBOTA;RTV 1100;APM;DIESEL | 0ATV | KUBOTA | RTV 1100 |
| GR01.0ATV.KUBO.1131 | | 2009;KUBOTA;RTV 1100;DIESEL;AFM | 0ATV | KUBOTA | RTV 1100 |
| GR01.0ATV.KUBO.1132 | | 2009;KUBOTA;RTV 1100;DIESEL;APM | 0ATV | KUBOTA | RTV 1100 |
| GR01.0ATV.KUBO.1133 | | 2009;KUBOTA;RTV 1100;DIESEL;APM | 0ATV | KUBOTA | RTV 1100 |
| GR01.0ATV.POLR.1117 | | 2001;POLARIS;RANGER;AFM | 0ATV | POLARIS | RANGER-A99RF50AA |
| GR01.0ATV.TRAC.0965 | | 2009;TORO;POLAR TRAC;ATV;DIESEL;TS GROUNDS | 0ATV | TORO | POLAR TRAC 30371 |
| GR01.0ATV.TRAC.6007 | | 2009;TORO POLAR;TRAC/MOWER;ATV;DIESEL;AFM | 0ATV | TORO | POLAR TRAC 30363 |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|-------|---------------|-------------|-------|--------------|-------|
| GR01.0ATV.TRAC.6008 | | 2009;POLAR ;TRAC /MOWER;ATV;DIESEL;AFM | 0ATV | TORO | POLAR TRAC 30363 |
| GR01.0GEN.WELD.0001 | | MILLER;BOBCAT;GENERATOR/WELDER | GENR | BOBCAT | P2166-110770 |
| GR01.0HAY.BALR.0163 | | GAR JOHN DEERE ROUND BALER | 0HAY | JOHN DEERE | |
| GR01.0HAY.BALR.0195 | | JOHN DEERE SQUARE BALER | 0HAY | JOHN DEERE | |
| GR01.0HAY.COND.1125 | | J.D. HAY CONDITIONER | 0HAY | JOHN DEERE | 926 MO-CO |
| GR01.0HAY.DISC.0183 | | KRAUSE DISC | 0HAY | KRAUSE | |
| GR01.0HAY.DISC.1126 | | OLD RED DISC | 0HAY | | |
| GR01.0HAY.DRIL.0185 | | GAR VAN BRUNT DRILL | 0HAY | VAN BRUNT | |
| GR01.0HAY.ELEV.0186 | | HAY ELEVATOR | 0HAY | | |
| GR01.0HAY.FORK.2081 | | HAY FORK FOR FRONT LOADER | 0HAY | JOHN DEERE | |
| GR01.0HAY.RAKE.0184 | | HAY RAKE LIFT HARROW | 0HAY | | |
| GR01.0HAY.RAKE.1123 | | J.D. HAY RAKE 74 | 0HAY | JOHN DEERE | |
| GR01.0HAY.RAKE.1124 | | GAR J.D. HAY RAKE 74 | 0HAY | JOHN DEERE | |
| GR01.0HAY.RAKE.1127 | | J.D. GRASS TRACKER | 0HAY | JOHN DEERE | |
| GR01.0HAY.SEED.1117 | | 1996  BRILLION SEEDER | 0HAY | BRILLION | S512 |
| GR01.0HAY.STACK.1116 | | NEW HOLLAND HAY STACKER | 0HAY | | |
| GR01.0HAY.TETR.1121 | | ENOAGRICOLA ROSSI TETHER | 0HAY | ENOAGRICOLA | G4 UJ |
| GR01.0HAY.TETR.1122 | | J.D. TETTER 752 | 0HAY | JOHN DEERE | |
| GR01.0HAY.TILR.1124 | | HUSKY TILLER PRO 6.5 | TILR | HUSKEE | 21A-4565131 |



Account No. 1-53382
Policy No. 1048061

SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.0HAY.WAGN.0190 | | KORY FARM HAY WAGON | 0HAY | KORY FARM | |
| GR01.0HAY.WAGN.0191 | | KORY FARM HAY WAGON | 0HAY | KORY FARM | |
| GR01.0HAY.WAGN.0192 | | KORY FARM HAY WAGON | 0HAY | KORY FARM | |
| GR01.0HAY.WAGN.1114 | | JOHN DEERE HAY WAGON | 0HAY | JOHN DEERE | |
| GR01.0HAY.WAGN.1115 | | JOHN DEERE HAY WAGON | 0HAY | JOHN DEERE | |
| GR01.AIRC.COMP.0001 | | 0001 INGERSOLL RAND AIR COMPRESSOR 120 GAL BLD 2 BOILER ROOM | AIRC | INGERSOL | 7100E15-P |
| GR01.AIRC.COMP.0002 | | 0002 INDGELSOLL RAND  AIR COMPRESSOR 120 GAL GARAGE NEAR BOLT BIN | AIRC | INGERSOL | 7100E15-P |
| GR01.AIRC.PORT.0150 | | GAR CHAMPION AIR COMPRESSOR | AIRC | CHAMPION | |
| GR01.AIRC.PORT.0902 | | GAR;AIR;BOSS;26;GAL;PORTABLE;COMPRESSOR | AIRC | AIR BOSS | 82425PAT/8090252753 |
| GR01.AIRC.TLMT.0110 | | GAR SULLAIR AIR COMPRESSOR | AIRC | SULLAIR | |
| GR01.AUGR.FARM.0107 | | GAR FARM KING AUGER | AUGR | FARM KING | |
| GR01.BLWR.LEAF.0902 | | GAR;TROY BILT;LEAF BLOWER | BLWR | TROY BILT | TB4SC |
| GR01.BLWR.LEAF.2026 | | JACOBSON LEAF BLOWER | BLWR | JACOBSON | |
| GR01.BLWR.LEAF.2047 | | GAR ECHO PB-1000 LEAF BLOWER | BLWR | ECHO | |
| GR01.BLWR.LEAF.2048 | | HOMELITE BACKER BLOWER | BLWR | | HOMELITE |
| GR01.BLWR.TCMT.0951 | | GAR 2006 TROY BILT WALK BEHIND BLOWER | BLWR | | 9617731AS6BN2711 |
| GR01.BOAT.0000.0194 | | GAR POND BOAT | BOAT | | |
| GR01.BROM.TCMT.0197 | | SWEEPSTER BROOM FOR MOWER 131 | BROM | SWEEPSTER | M2405A |
| GR01.BUCK.TCMT.0136 | | GAR FARM HAND LOADER;EAGLE CREEK | BUCK | | |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|-------|---------------|-------------|-------|--------------|-------|
| GR01.CHIP.0000.0111 | | GAR VERMEER CHIPPER | CHIP | | |
| GR01.CHIP.0000.0112 | | 2015;WOODS;CHIPPER;8100;WETLANDS | CHIP | WOODS | 8100 |
| GR01.CMNT.PORT.0001 | | PORTABLE CEMENT MORTOR MIXER | CEMT | STOW MFG | 20H |
| GR01.COMP.NTGA.5001 | | COMPRESSOR | COMP | | |
| GR01.CRAN.LIFT.0001 | | 5 TON COFFIN OVERHEAD CRANE | LIFT | COFFIN | |
| GR01.CRAN.LIFT.0002 | | HURRICANE 10 TON OVERHEAD CRANE | LIFT | HURRICANE | BRE-707 |
| GR01.DISP.APMF.5001 | | UNLEADED DISPENSER | DISP | | |
| GR01.DISP.APMF.5002 | | DIESEL DISPENSER  #2 | DISP | | |
| GR01.DISP.APMF.5003 | | DIESEL DISPENSER #3 | DISP | | |
| GR01.DISP.NTGA.5001 | | DISPENSER | DISP | | |
| GR01.DISP.SAFA.5001 | | DISPENSER | DISP | | |
| GR01.ELEC.UTIL.0001 | | 2010 ELECTRIC UTILITY CART/3783J | CART | COLUMBIA PAR | EX21-T-24 |
| GR01.ELEC.UTIL.0002 | | 2010 ELECTRIC UTILITY CART | CART | COLUMBIA PAR | |
| GR01.FLCT.APMF.5001 | | FUEL CONTROL SYSTEM FL500 | FLCT | | |
| GR01.GENR.BKUP.0170 | | GAR GENERAC GENERATOR IMC | EGEN | GENERAC | 6974020200 |
| GR01.GENR.BKUP.1007 | | AF LIGHTING MF VAULT EMERG BACKUP GENERATOR | EGEN | | 573F82526AF |
| GR01.GENR.BKUP.1008 | | FIREHOUSE STATION #2 EMERG BACKUP GENERATOR | EGEN | | |
| GR01.GENR.BKUP.1010 | | AF LIGHTING NORTH VAULT EMERG BACKUP GENERATOR | EGEN | | KTTA19G2 |
| GR01.GENR.BKUP.1011 | | BLDG 2 AFM EMERG BACKUP GENERATOR | EGEN | GENERAC | 20A  02060 S |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|-------|---------------|-------------|-------|--------------|-------|
| GR01.GENR.BKUP.1012 | | GAR CATERPILLAR GENERATOR | EGEN | | D30P3 |
| GR01.GENR.BKUP.1013 | | GAR CATERPILLAR GENERATOR | EGEN | CATERPILLAR | D150P1 |
| GR01.GENR.BKUP.1014 | | GAR CATERPILLAR GENERATOR | EGEN | | D30P3 |
| GR01.GENR.BKUP.1015 | | GAR CATERPILLAR GENERATOR B802 Old STT | EGEN | | D30P3 |
| GR01.GENR.BKUP.1016 | | GAR CATERPILLAR GENERATOR | EGEN | | D20P1 |
| GR01.GENR.BKUP.1017 | | FIREHOUSE STATION #1 EMERG BACKUP GENERATOR | EGEN | CAT | LC6 |
| GR01.GENR.BKUP.1018 | | AOC/EOC EMERG BACKUP GENERATOR | EGEN | KOHLER | 900REOZDB |
| GR01.GENR.BKUP.1019 | | MAIN TERMINAL SOUTH EMERG BACKUP GENERATOR | EGEN | CUMMINS | DQGAB-5768637 |
| GR01.GENR.BKUP.1020 | | MAIN TERMINAL NORTH EMERG BACKUP GENERATOR | EGEN | CUMMINS | DQGAB-5768637 |
| GR01.GENR.BKUP.1021 | | PARKING  GARAGE EMERG BACKUP GENERATOR | EGEN | KOHLER | 1000RE0ZDB |
| GR01.GENR.BKUP.1022 | | PARCS BLDG EMERG BACKUP GENERATOR | EGEN | KOHLER | 80REOZD |
| GR01.GENR.BKUP.1023 | | AOA FIRE HYDRANT TANK AND PUMP HOUSE CUMMINS 450KW(2013) | EGEN | CUMMINS | 450-0DFEJ |
| GR01.GENR.BKUP.1025 | | BLD 60 GENERATOR,OLD ATA BLD | EGEN | | |
| GR01.GENR.BKUP.1027 | | BLDG 3 EMERG BACKUP GENERATOR | EGEN | OLYMPIAN | D30P3_1 |
| GR01.GENR.BKUP.1028 | | BLDG 810 DEICING WEST CONTROL VAULT | EGEN | KOHLER | |
| GR01.GENR.PORT.0117 | | GENERAC 3500 WATT PORTABLE GENERATOR | GENR | GENERAC | 01313-0 |
| GR01.GENR.PORT.0118 | | KUBOTA GENERATOR | GENR | | |
| GR01.GENR.PORT.0119 | | KUBOTA GENERATOR | GENR | | |
| GR01.GENR.PORT.0120 | | GAR POWER BOSS 5500 GENERAC AFM | GENR | GENERAC | 01642-1 |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.GENR.PORT.0121 | | GAR POWER BOSS 5500 GENERAC AFM | GENR | GENERAC | 01642-1 |
| GR01.GENR.PORT.0122 | | GAR POWER BOSS 5500 GENERAC HELIPORT | GENR | GENERAC | 01642-1 |
| GR01.GENR.PORT.0140 | | ONAN PORTABLE GENERATOR | GENR | | |
| GR01.GENR.PORT.0177 | | GOODALL CAR START | GENR | | |
| GR01.GENR.PORT.0197 | | GAR PORTABLE GENERATOR | GENR | | |
| GR01.GENR.PORT.1012 | | GAR PORTABLE GENERATOR | GENR | | |
| GR01.GENR.PORT.1021 | | JD GAR PORTABLE GENERATOR | GENR | JOHN DEERE | GEN-3000-1JH0 |
| GR01.GENR.PORT.1141 | | GAR PORTABLE GENERATOR;WETLANDS | GENR | GENERAC | 006110 |
| GR01.GENR.PORT.1142 | | GAR PORTABLE GENERATOR;WETLANDS | GENR | GENERAC | 0061102 |
| GR01.GENR.PORT.2011 | | GAR ROBIN R600 GENERATOR | GENR | | |
| GR01.GENR.PORT.2012 | | GOODALL GENERATOR | GENR | | |
| GR01.GENR.PORT.2053 | | GAR HONDA GENERATOR MOUNT COMFORT | GENR | | ES6500 |
| GR01.GENR.PORT.2065 | | HONDA GENERATOR;EAGLE CREEK | GENR | | |
| GR01.GENR.PORT.2066 | | E.S 6500 HONDA GEN;MOUNT COMFORT | GENR | | ES-6500 |
| GR01.GENR.PORT.2074 | | GAR PORTABLE GENERATOR | GENR | | |
| GR01.GENR.PORT.2076 | | GAR GIANT GENERATOR | GENR | | |
| GR01.GENR.PORT.2089 | | HONDA EB2200 GENERATOR | GENR | | |
| GR01.GENR.PORT.2090 | | HONDA EB2200 GENERATOR | GENR | | |
| GR01.GENR.PORT.2091 | | DEWALT DG6000B GENERATOR | GENR | DEWALT | |



Account No. 1-53382
Policy No. 1048061

### SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.GENR.TKMT.0992 | | GENERAL PPM ON PORTABLE GENERATOR | GENR | | P220GI/10832C |
| GR01.GNDR.PAVE.0127 | | GAR ALITEC GRINDER FOR SKID ST | GNDR | | |
| GR01.GNDR.PAVE.0632 | | GAR BARTELL PAVEMENT GRINDER | GNDR | | |
| GR01.GOLF.CART.0001 | | 2013;CLUB;CAR;GOLF CART;PROPERTIES | CART | | CLUB CAR |
| GR01.GOLF.CART.0002 | | 2006 CLUB CAR GOLF CART | CART | | CLUB CAR |
| GR01.GOLF.CART.0003 | | 2005 EVI ELECTRIC CART/YELLOW CONCOURSE STORAGR RO | CART | | |
| GR01.GRDR.ROAD.0671 | | 1972;CATERPILLAR;GRADER;APM;DIESEL | GRDR | | |
| GR01.GRDR.TCMT.2061 | | GAR FORD GRADER BLADE | GRDR | | |
| GR01.GRDR.TCMT.2062 | | LAND PRIDE DIRT BOX | GRDR | | |
| GR01.LDER.BUCK.0179 | | GAR SKID STEER BUCKET | LDER | | |
| GR01.LDER.BUCK.0180 | | GAR SKID STEER BUCKET | LDER | | |
| GR01.LDER.BUCK.0181 | | GAR FRONT LOADER BUCKET | LDER | | |
| GR01.LDER.FRNT.0620 | | 1992;JOHN DEERE;LOADER;DIESEL;APM | LDER | | RSB20 |
| GR01.LDER.FRNT.0640 | | 2008;NEW HOLLAND;LOADER;DIESEL;AFM | LDER | | |
| GR01.LDER.SKST.0659 | | 1989;GEHL;SKID STEER;DIESEL;APM | LDER | | # 4615 |
| GR01.LDER.SKST.0660 | | 2008;GEHL;SKID STEER;DIESEL;APM | LDER | GEHL | GEHL |
| GR01.LDER.SKST.0670 | | 1994;GEHL;SKID STEER;DIESEL;HELIPORT | LDER | GEHL | |
| GR01.LDER.SKST.0958 | | 1995;GEHL;SKID STEER;APM;DIESEL | LDER | | 4615 |
| GR01.LDER.SKST.1120 | | 2003(1120)BOBCAT;SKID STEER;DIESEL;E&W | LDER | BOBCAT | 753 |



Account No. 1-53382
Policy No. 1048061

### SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.LDER.TCMT.0001 | | GAR 2000 JOHN DEERE 541 LOADER | LDER | JOHN DEERE | 541 |
| GR01.LDER.TCMT.0681 | | GAR 2000 FRONT LOADER FOR TRACTOR 681 | LDER | JOHN DEERE | |
| GR01.LDER.TCMT.2086 | | GAR WOODS DUAL LOADER BUCKET | LDER | | |
| GR01.LIFT.1MAN.6001 | | 20 FOOT JLG 20MVL | LIFT | JLG | 20MVL |
| GR01.LIFT.1MAN.6002 | | 20 FOOT | LIFT | JLG | 20MVL |
| GR01.LIFT.1MAN.6003 | | 20 FOOT | LIFT | JLG | 20MVL |
| GR01.LIFT.AUTO.0303 | | MOHAWK LIFT SMALL 2 POST SURFACE LIFT | LIFT | MOHAWK | SYSTEM 1 |
| GR01.LIFT.AUTO.0304 | | MOHAWK LIFT LARGE 2 POST SURFACE LIFT | LIFT | MOHAWK | TP 26 |
| GR01.LIFT.AUTO.0317 | | ROTARY LIFT 4 POST SURFACE | LIFT | | SM300-200 |
| GR01.LIFT.AUTO.0318 | | GAR WEAVER TWIN POST LIFT SM | LIFT | | |
| GR01.LIFT.AUTO.0333 | | GAR ROTARY LIFT | LIFT | | |
| GR01.LIFT.AUTO.0334 | | GAR ROTARY LIFT 2 POST 12,000 LBS | LIFT | ROTARY | SPO12N310 |
| GR01.LIFT.AUTO.0335 | | 10,000 LB ROTARY 2 POST LIFT | LIFT | ROTARY | SPO10N500 |
| GR01.LIFT.AUTO.0336 | | 72000 LB PORTABLE LIFTS 4 POST | LIFT | MOHAWK | RP18006 |
| GR01.LIFT.BUCK.6001 | | 91 FOOT | LIFT | DENKA | DKNSMK28 |
| GR01.LIFT.BUCK.6002 | | 45 FOOT 2 MAN BUCKET | LIFT | JLG | 450A SERIES 2 |
| GR01.LIFT.BUCK.6003 | | 46 FOOT | LIFT | JLG | E400AJPN |
| GR01.LIFT.BUCK.6004 | | 38 FOOT | LIFT | SNORKEL | AB 38 NARROW |
| GR01.LIFT.BUCK.6005 | | 6005;E300AJP; PORTABLE LIFT; 44FT REACH | BUCK | JLG | BOOM LIFT |



Account No. 1-53382
Policy No. 1048061

### SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.LIFT.DNKA.6001 | | DYNKA ELECTRIC POWERED LIFT | LIFT | | DL28N |
| GR01.LIFT.FORK.0106 | | GAR CROWN ELECTRIC FORK LIFT | LIFT | | |
| GR01.LIFT.FORK.0114 | | HYSTER FORK LIFT | LIFT | | |
| GR01.LIFT.FORK.0182 | | GAR TRACTOR MOUNTED FORK | LIFT | | |
| GR01.LIFT.FORK.0686 | | GAR CATERPILLAR FORK LIFT | LIFT | | T-50 -D |
| GR01.LIFT.FORK.0786 | | GAR DATSUN FORK LIFT(786) | LIFT | | |
| GR01.LIFT.FORK.2082 | | FORK ATTCH. FOR FRONT LOAD | LIFT | | |
| GR01.LIFT.FORK.6001 | | FORK LIFT | LIFT | YALE | GLCO5OVXNVRV085 |
| GR01.LIFT.FORK.6002 | | YALE FORKLIFT 2013 | LIFT | YALE | GLCO5OVXNVRV085 |
| GR01.LIFT.PORT.0172 | | GAR PORTABLE SCAFFOLD | LIFT | | |
| GR01.LIFT.PORT.0176 | | SKY JACK LIFT SLJB 12/32 | BUCK | | SLJB 12 /32 |
| GR01.LIFT.SCIS.6001 | | 26 FOOT | LIFT | JLG | 2630ES |
| GR01.LIFT.SCIS.6002 | | 26 FOOT | LIFT | JLG | 2630ES |
| GR01.LIFT.SCIS.6003 | | 32 FOOT | LIFT | SNORKEL | S3246 |
| GR01.LIFT.SCIS.6004 | | 19 FOOT | LIFT | SNORKEL | S1930 |
| GR01.LIFT.TCMT.2057 | | GAR FORK ATTCH. FOR SKID STEER | LIFT | | |
| GR01.LIFT.WLCH.0108 | | GAR BROWNIE WHEELCHAIR LIFT #4 | LIFT | BROWNIE | SERIES ONE |
| GR01.LIFT.WLCH.0177 | | GAR PORTABLE WHEELCHAIR LIFT WHITE CANOPY | LIFT | | |
| GR01.LIFT.WLCH.1000 | | GAR MOBILIFT AXR-WHEELCHAIR LIFT | LIFT | AEI | |



Account No. 1-53382
Policy No. 1048061

SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.LINE.REMV.0677 | | TRAILER MOUNTED PAINTED LINE REMOVAL(NLB) | REMV | NLB | 40201DBA-660 |
| GR01.LITE.PORT.0630 | | 7000 SERIES TEREX AMIDA PORTABLE LIGHT | LITE | TEREX | LT7080D-6HPS |
| GR01.MONT.APMF.5001 | | FUEL TANK MONITOR | MONT | | |
| GR01.MONT.SAFA.5001 | | MONITOR | MONT | | |
| GR01.MOWR.DECK.1113 | | GAR.J.D MOWER DECK 15 FT.CONSERVATION | MOWR | JOHN DEERE | JDHX15 |
| GR01.MOWR.DECK.0000 | | GAR 2005 J.D.MOWER DECK 20 FT | MOWR | JOHN DEERE | CX 20 |
| GR01.MOWR.DECK.0001 | | GAR 2006 TIGER SLOPE MOWER DECK | MOWR | TIGER | FLAIL |
| GR01.MOWR.DECK.0101 | | GAR J.D. MOWER DECK;AFM 101 | MOWR | JOHN DEERE | 1518  15 FT DECK |
| GR01.MOWR.DECK.0125 | | 1994;JOHN DEERE;MOWER;DECK;15 FT;METRO | MOWR | JOHN DEERE | |
| GR01.MOWR.DECK.0126 | | GAR J.D. MOWER DECK 15 FT. | MOWR | | |
| GR01.MOWR.DECK.0138 | | GAR J.D. MOWER DECK 15 FT.MT COMFORT | MOWR | | |
| GR01.MOWR.DECK.0139 | | GAR JD. MOWER DECK 15 FOOT; SOLDAUCTION20161006 | MOWR | JOHN DEERE | 1518 |
| GR01.MOWR.DECK.0153 | | GAR J.D. MOWER DECK 15 FT. | MOWR | | |
| GR01.MOWR.DECK.0158 | | 15' MOWER DECK WOODS | MOWR | | |
| GR01.MOWR.DECK.0168 | | 72";SIDE;DISCHARGE;JOHN DEERE DECK ON MOWER 168; | MOWR | JOHN DEERE | |
| GR01.MOWR.DECK.0335 | | LEASED 20 FT JD MOWER DECK | MOWR | JOHN DEERE | |
| GR01.MOWR.DECK.0631 | | 2012;STEINER;AFM;72 IN DECK;SPARE | MOWR | -STEINER | MD472/75-70865A |
| GR01.MOWR.DECK.0644 | | 2009(0644)MOWER;DECK;VENTRAC;HQ680 TOUGH CUT;72-IN;AAM(DECK-0644)~GONE PER KU~ | MOWR | VENTRAC | HQ-680 |
| GR01.MOWR.DECK.0652 | | GAR WOODS MOWER DECK;EAGLE CREEK | MOWR | | |



Account No. 1-53382
Policy No. 1048061

**SCHEDULE OF VEHICLES, APPENDIX B**

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.MOWR.DECK.066 1 | | 2009(0661)MOWER;DECK;VENTRAC;ORIGINAL DECK??;72-IN;AAM(DECK-0661)~~GONE PER KU~~ | MOWR | VENTRAC | |
| GR01.MOWR.DECK.068 2 | | GAR 2003 J.D.MOWER DECK 20 FT | MOWR | JOHN DEERE | |
| GR01.MOWR.DECK.068 3 | | GAR 2000 SCHULTE MOWER DECK 26 FT | MOWR | SCHULTE | 5026 |
| GR01.MOWR.DECK.068 4 | | GAR 2006 J.D. 20 FT MOWER DECK(METRO) | MOWR | JOHN DEERE | CX 20 |
| GR01.MOWR.DECK.068 5 | | GAR 2006;SCHUTLE;MOWER DECK 26 FT | MOWR | SCHULTE | 5026 |
| GR01.MOWR.DECK.068 6 | | GAR 2007;SHULTZ 26 FT MOWER DECK | MOWR | SCHULTZ | 5026 |
| GR01.MOWR.DECK.068 7 | | GAR 2006;J.D.MOWER DECK 20 FT | MOWR | JOHN DEERE | CX-20 |
| GR01.MOWR.DECK.069 1 | | 2006;JOHN DEERE;MOWER;DECK;15 FT;METRO | MOWR | JOHN DEERE | CX-15 |
| GR01.MOWR.DECK.110 6 | | GAR 2001 WOODS BATWING ROTARY CUTTER | MOWR | WOODS | 3180Q-3 |
| GR01.MOWR.DECK.110 7 | | GAR JOHN DEERE BUSH HOG | MOWR | | |
| GR01.MOWR.DECK.110 8 | | GAR JD MOWER DECK | MOWR | WOODS | BB 7200 |
| GR01.MOWR.DECK.111 0 | | GAR J.D. MOWER DECK 15 FT. | MOWR | | |
| GR01.MOWR.DECK.112 0 | | GAR JOHN DEERE BUSH HOG 516 | MOWR | | |
| GR01.MOWR.DECK.112 1 | | GAR WOODS BUSH HOG 6 FT | MOWR | WOODS | BB 72 |
| GR01.MOWR.DECK.112 2 | | GAR WOODS HD MOWER DECK 6 FT 72" | MOWR | JOHN DEERE | WOODS HD 7200 |
| GR01.MOWR.DECK.112 3 | | GAR J.D;15 FOOT MOWER DECK WETLANDS | MOWR | JOHN DEERE | 15 FT |
| GR01.MOWR.DECK.205 8 | | TORO MOWER DECK | MOWR | | |
| GR01.MOWR.DECK.206 0 | | JOHN DEERE BUSH HOG | MOWR | | |
| GR01.MOWR.DECK.500 1 | | GAR 2005 JD MOWER DECK 20 FT HENDRICKS CO | MOWR | JOHN DEERE | CX-20 |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|-------|---------------|-------------|-------|--------------|-------|
| GR01.MOWR.DEMO.001 1 | | BUSH HOG ZERO TURN | MOWR | | |
| GR01.MOWR.PUSH.003 5 | | HONDA PUSH MOWER | MOWR | | |
| GR01.MOWR.PUSH.003 6 | | TORO PUSH MOWER | MOWR | | |
| GR01.MOWR.PUSH.003 8 | | GAR LESCO PUSH MOWER 48 ";HELIPORT | MOWR | | 707554 |
| GR01.MOWR.PUSH.202 4 | | GAR RANSOMES PUSH MOWER | MOWR | | |
| GR01.MOWR.PUSH.203 5 | | GAR JOHN DEERE PUSH MOWER | MOWR | | |
| GR01.MOWR.PUSH.207 7 | | MTD;MOWER;PUSH;METRO | MOWR | | |
| GR01.MOWR.PUSH.207 8 | | 21 " LAWN BOY PUSH MOWER | MOWR | | |
| GR01.MOWR.PUSH.600 5 | | GAR TORO 48" SELF PROPELLED WALK BEHIND MOWER | MOWR | TORO | 30496 |
| GR01.MOWR.PUSH.600 6 | | GAR TORO 48" SELF PROPELLED WALK BEHIND MOWER | MOWR | TORO | 30496 |
| GR01.MOWR.RDNG.003 7 | | 1999 TORO 455D RIDING MOWER 4X4;DIESEL MNT COMFORT | MOWR | | 30455 |
| GR01.MOWR.RDNG.012 0 | | GAR TORO RIDING MOWER;DIESEL | MOWR | | |
| GR01.MOWR.RDNG.012 1 | | 1995;TORO;MOWER;RIDING;DIESEL;HELIPO RT | MOWR | TORO | |
| GR01.MOWR.RDNG.013 0 | | 2005;TORO;MOWER;RIDING;DIESEL;METRO | MOWR | TORO | |
| GR01.MOWR.RDNG.013 1 | | GAR RANSOMES RIDING MOWER;DIESEL | MOWR | | JAGUAR |
| GR01.MOWR.RDNG.013 7 | | GAR SCAG SABRE TOOTH TIGER;MT COMFORT;INDY REGIONAL;DIESEL | MOWR | SCAG | STT-28 CAT-SS |
| GR01.MOWR.RDNG.014 3 | | GAR TORO RIDING MOWER | MOWR | | |
| GR01.MOWR.RDNG.015 1 | | GAR TORO RIDING MOWER | MOWR | | |
| GR01.MOWR.RDNG.015 2 | | J.D. RIDING MOWER F.D. | MOWR | | |



Account No. 1-53382
Policy No. 1048061

SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.MOWR.RDNG.0156 | | J.D. RIDING MOWER F.D. | MOWR | | |
| GR01.MOWR.RDNG.0168 | | J.D.;RIDING;MOWER;DIESEL;1445;SERIES2 | MOWR | JOHN DEERE | 1445 |
| GR01.MOWR.RDNG.0199 | | GAR TORO RIDING MOWER;MT COMFORT | MOWR | | |
| GR01.MOWR.RDNG.0627 | | 2013(0627)MOWER;JOHN DEERE;RIDING;72IN;AAM(RDNG-0627) | MOWR | JOHN DEERE | 997 * 3TNV82A-BKJMZT |
| GR01.MOWR.RDNG.0629 | | 2014(0629)MOWER;FERRIS;IS5100Z;RIDING;72-IN;RED?;AAM(0629) | MOWR | FERRIS | CP2733-2-03112 |
| GR01.MOWR.RDNG.0631 | | 2012;STEINER;RIDING MOWER;AFM;72 IN DECK | MOWR | -STEINER | MD472/75-70865A |
| GR01.MOWR.RDNG.0639 | | 2013;JOHN;DEERE;1445;RIDING;MOWER(METRO) | MOWR | JOHN DEERE | 1445 |
| GR01.MOWR.RDNG.0649 | | 2009(0649)MOWER;RIDING;VENTRAC;SLOPE,4200;72-IN;AAM;DIESEL(RDNG-0649) | MOWR | VENTRAC | 4200 |
| GR01.MOWR.RDNG.0651 | | DIXIE CHOPPER RIDING MOWER 0651 DIESEL XD 5000 | MOWR | | XXWD5000 |
| GR01.MOWR.RDNG.0652 | | 2002;DIXIE CHOPPER;MOWER;RIDING;GAS POWERED;HELIPORT | MOWR | DIXIE CHOP | XXW2600 |
| GR01.MOWR.RDNG.0653 | | 2007(0653)MOWER;RIDING;JOHN DEERE;997 Z TRAK;DIESEL;AAM?(RDNG-0653)AUD2016+ | MOWR | JOHN DEERE | 997 Z TRAK |
| GR01.MOWR.RDNG.0654 | | 2002;KUBOTA;MOWER;RIDING;DIESEL;METRO | MOWR | KUBOTA | RCK72P-28Z |
| GR01.MOWR.RDNG.0655 | | GAR HUSTLER EXCEL 4400;DIESEL | MOWR | | |
| GR01.MOWR.RDNG.0656 | | DIXIE CHOPPER RIDING MOWER 0656 DIESEL XD 5000 | MOWR | DIXIE CHOP | XXWD5000-72 |
| GR01.MOWR.RDNG.0657 | | GAR JOHN DEERE RIDING MOWER DIESEL 1445;4X4 | MOWR | JOHN DEERE | 1445 |
| GR01.MOWR.RDNG.0658 | | 2008(0658)MOWER;RIDING;SCAG 1445;SABRE TOOTH TIGER;DIESEL;AAM(RDNG-0658)AUD2016+ | MOWR | SCAG | 1445 |
| GR01.MOWR.RDNG.0659 | | GAR SCAG SABRE TOOTH TIGER DIESEL 2008 | MOWR | SCAG | STT-28-CAT-SS |
| GR01.MOWR.RDNG.0661 | | 2009(0661)MOWER;RIDING;VENTRAC;SLOPE,4200;72-IN;AAM;DIESEL(RDNG-0661) | MOWR | VENTRAC | 4200 |
| GR01.MOWR.RDNG.0662 | | GAR SCAG; SABRE TOOTH TIGER DIESEL 2008 APM;DIESEL | MOWR | SCAG | STT-28 CATSS |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.MOWR.RDNG.0676 | | GAR HUSTLER EXCEL 4400;DIESEL | MOWR | | |
| GR01.MOWR.RDNG.0677 | | GAR KABOTA RIDING MOWER DIESEL 2004;DIESEL | MOWR | KABOTA | RCK72P//ZD-28 |
| GR01.MOWR.RDNG.0679 | | J.D RIDING MOWER (1435)(2012) | MOWR | | DM24042 |
| GR01.MOWR.RDNG.0685 | | 2008;JOHN DEERE;1445;MOWER;RIDING;DIESEL;EAGLE CREEK | MOWR | JOHN DEERE | 1445 |
| GR01.MOWR.RDNG.0689 | | GAR TORO 4100 D RIDING MOWER 4X4 2009 APM;DIESEL INDY REGIONAL | MOWR | TORO | 4100 D |
| GR01.MOWR.RDNG.0692 | | GAR TORO RIDING MOWER;DIESEL;AFM | MOWR | | |
| GR01.MOWR.RDNG.1115 | | 2013;JOHN DEERE;TRON;PRO;60;MOWER;RIDING | MOWR | JOHN DEERE | Z960R |
| GR01.MOWR.RDNG.1118 | | J.D. RIDING MOWER 1600  WETLANDS | MOWR | JOHN DEERE | TL 1600 |
| GR01.MOWR.RDNG.1119 | | GAR;SCAG;SABRE;TOOTH;TIGER;WETLANDS;DIESEL | MOWR | SCAG | STT61V-28CAT-SS |
| GR01.MOWR.RDNG.1128 | | GAR SCAG SABRE TOOTH TIGER WETLANDS;DIESEL | MOWR | SCAG | STT61-31-BSD |
| GR01.MOWR.RDNG.1129 | | 3333(1129)MOWER;RIDING;JOHN DEERE;997 Z TRAK;DIESEL;E&W(RDNG-1129) | MOWR | | 997 Z TRAC |
| GR01.MOWR.RDNG.1160 | | 2015(1160) MOWER;RIDING;SCAG;61-IN;E&W(RDNG-1160) | MOWR | SCAG | STT61V-25KBD |
| GR01.MOWR.RDNG.5001 | | 2002;JOHN DEERE;1435;FINISH MOWER;FRONT MOUNT;RIDING;HENDRICKS;DIESEL | MOWR | JOHN DEERE | 1435 FINISH MOWER |
| GR01.MVAC.AUTO.0001 | | ROBINAIR DUAL A/C UNIT R-12 @ R-134 MACHINE PORTAB | H/AC | ROBINAIR | 34300-2K |
| GR01.MVAC.AUTO.0002 | | ROBINAIR R-12 A/C MACHINE PORTABLE | H/AC | ROBINAIR | |
| GR01.MVAC.AUTO.0003 | | ROBINAIR R-134  A/C MACHINE PORTABLE | H/AC | ROBINAIR | 3400Z |
| GR01.MVAC.AUTO.0004 | | ROBINAIR R-134 A/C MACHINE PORTABLE | H/AC | ROBINAIR | 34700Z |
| GR01.PHDG.TCMT.0100 | | LOWE POST HOLE DIGGER | PHDG | | |
| GR01.PRWR.PORT.0171 | | GAR AQUA BLAST POWER WASHER | PRWR | | |



Account No. 1-53382
Policy No. 1048061

SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.PRWR.PORT.0901 | | GAR JOHN DEERE PORTABLE POWER WASHER | PRWR | JOHN DEERE | 020298 |
| GR01.PRWR.PORT.1210 | | HOTSY POWER WASHER ON TRAILER AT TERMINAL - Traded for Hotsy 722 - SN: 161970 ?? | PRWR | | |
| GR01.PRWR.PORT.2056 | | GAR ALADIN POWER WASHER | PRWR | | |
| GR01.PRWR.PORT.2075 | | HAWK POWERWASHER | PRWR | | |
| GR01.PRWR.PORT.2100 | | PRESSURE WASHER | PRWR | | WP-2003-OMHB |
| GR01.PRWR.PORT.2110 | | GAR MI-TM CORPORATION HEATED PRESSURE WASHER TRAIL | PRWR | | HSP-3004 |
| GR01.PRWR.VACU.0921 | | BILLY;GOAT;SELF;PROPELLED;PORTABLE; VACUUM | PRWR | | NV600SPE |
| GR01.PUMP.BHOS.5001 | | PUMP | PUMP | | |
| GR01.PUMP.BOST.5001 | | PUMP | PUMP | | |
| GR01.PUMP.PORT.1030 | | GAR FUEL TRANSFER PUMP | PUMP | | |
| GR01.PUMP.PORT.1031 | | HONDA TRASH PUMP | PUMP | | |
| GR01.PUMP.PORT.1032 | | BRIGGS AND STRATTON FOAM PUMP | PUMP | | |
| GR01.PUMP.PORT.1033 | | ECHO PUMP | PUMP | | |
| GR01.PUMP.PORT.2091 | | GAR SEARS 3.5 HORSE PUMP | PUMP | | |
| GR01.PUMP.PORT.2092 | | GAR SEARS 3 HORSE PUMP | PUMP | | |
| GR01.PUMP.PORT.2093 | | HONDA 6200 TRASH PUMP | PUMP | | |
| GR01.PUMP.PTAC.5001 | | INBOUND PUMP | PUMP | | |
| GR01.PUMP.PTAC.5002 | | SOUTH OUTBOUND PUMP | PUMP | | |
| GR01.PUMP.PTAC.5003 | | NORTH OUTBOUND PUMP | PUMP | | |



Account No. 1-53382
Policy No. 1048061

SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|-------|---------------|-------------|-------|--------------|-------|
| GR01.PUMP.SAFA.5001 | | PUMP | PUMP | | |
| GR01.RAKE.TCMT.2059 | | LAND PRIDE RAKE | RAKE | | |
| GR01.ROLL.PAVE.0673 | | 1974;RAYCO;ROMPER ROLLER;DIESEL;APM | ROLL | | |
| GR01.ROLL.TCMT.2070 | | GAR PULL TYPE ROLLER | ROLL | | |
| GR01.SIGN.TLMT.0175 | | 2007(0175)SIGN;BATTS;TRAILER MOUNTED;RUNWAY CLOSURE;AAM(SIGN-TLMT-0175) | SIGN | | RUNWAY CLOSURE MARKER |
| GR01.SIGN.TLMT.0176 | | 2007(0176)SIGN;BATTS;TRAILER MOUNTED;RUNWAY CLOSURE;AAM(SIGN-TLMT-0176) | SIGN | | RUNWAY CLOSURE MARKER |
| GR01.SIGN.TLMT.0177 | | 2014(0177)SIGN;SHERWIN INDUST;TRAILER MOUNTED;RUNWAY CLOSURE;AAM(SIGN-TLMT-0177) | SIGN | | RUNWAY CLOSURE MARKER |
| GR01.SIGN.TLMT.0952 | | GAR ELECTRONIC SIGN | SIGN | | |
| GR01.SMTL.JKST.0329 | | RED NAPA JACK STAND | SMTL | | 520-2000 |
| GR01.SMTL.0FAN.0031 | | TECUMSEH FAN | SMTL | | |
| GR01.SMTL.BALN.2081 | | COATS TIRE BALANCER 950 | SMTL | COATS | CTS 950 |
| GR01.SMTL.BRCT.0320 | | GAR SWEEPSTER HEAD CASTER | SMTL | | |
| GR01.SMTL.BRCT.0321 | | GAR SWEEPSTER HEAD CASTER | SMTL | | |
| GR01.SMTL.BRJK.0319 | | GAR SWEEPSTER BROOM JACK | SMTL | | |
| GR01.SMTL.BRJK.0323 | | GAR SWEEPSTER BROOM JACK | SMTL | | |
| GR01.SMTL.BRJK.0324 | | GAR SWEEPSTER BROOM JACK | SMTL | | |
| GR01.SMTL.BRJK.0325 | | GAR SWEEPSTER BROOM JACK | SMTL | | |
| GR01.SMTL.CCPC.2000 | | GAR CRAFCO PAVEMENT CUTTER | SMTL | | 200 |
| GR01.SMTL.CCSW.0034 | | K 650 CHOP SAW | SMTL | | |



Account No. 1-53382
Policy No. 1048061

SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.SMTL.CCSW.0132 | | K 650 CHOP SAW | SMTL | | |
| GR01.SMTL.CCSW.2005 | | GAR STIHL TS510AV CONCRETE SAW | SMTL | | |
| GR01.SMTL.CCSW.2007 | | GAR STIHL TS350 CONCRETE SAW | SMTL | | |
| GR01.SMTL.CCSW.2008 | | GAR STIHL TS510AV CONCRETE SAW | SMTL | | |
| GR01.SMTL.CCSW.2009 | | GAR STIHL TS350 CONCRETE SAW | SMTL | | |
| GR01.SMTL.CHAG.2080 | | COATS 5050 AX/EX TIRE CHANGER | SMTL | COATS | 5050 AX/EX |
| GR01.SMTL.CHSW.1011 | | CUTTERS EDGE CHAINSAW | SMTL | | |
| GR01.SMTL.CHSW.1300 | | GAR STIHL CHAINSAW MS310 | SMTL | STIHL | MS310 |
| GR01.SMTL.CHSW.2001 | | GAR STIHL 056 CHAIN SAW | SMTL | | |
| GR01.SMTL.CHSW.2002 | | GAR STIHL 024 CHAINSAW #219884 | SMTL | | |
| GR01.SMTL.CHSW.2003 | | GAR STIHL 064AV CHAINSAW #1190 | SMTL | | |
| GR01.SMTL.CHSW.2004 | | GAR STIHL 026 CHAIN SAW | SMTL | | |
| GR01.SMTL.CHSW.2005 | | GAR STIHL 026 CHAINSAW | SMTL | | |
| GR01.SMTL.CHSW.2006 | | GAR STIHL CHAINSAW 026 | SMTL | | |
| GR01.SMTL.CHSW.2046 | | GAR POWER PRUNER | SMTL | | |
| GR01.SMTL.CHSW.2054 | | GAR ECHO CHAINSAW | SMTL | | C54600 |
| GR01.SMTL.CHSW.2073 | | HOMELITE CHAINSAW | SMTL | | |
| GR01.SMTL.CHSW.2078 | | 2004;HOMELITE;SUPER XL;CHAINSAW;METRO | SMTL | | |
| GR01.SMTL.EDGR.0335 | | BED EDGER | EDGR | | F780H |



Account No. 1-53382
Policy No. 1048061

SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.SMTL.EDGR.2010 | | JACOBSON EDGER | EDGR | | |
| GR01.SMTL.EDGR.2037 | | GAR TURFCO EDGER | EDGR | | |
| GR01.SMTL.EGST.0328 | | GAR OTC ENGINE STAND | SMTL | | |
| GR01.SMTL.EGST.0329 | | GAR BLUE POINT ENGINE STAND | SMTL | | |
| GR01.SMTL.FLJK.0300 | | GAR WALKER FLOOR JACK | SMTL | | |
| GR01.SMTL.FLJK.0305 | | MORCO FLOOR JACK | SMTL | | |
| GR01.SMTL.FLJK.0313 | | GAR WILMAR 2.5T FLOOR JACK | SMTL | | |
| GR01.SMTL.FLJK.0316 | | GAR NORCO AIR FLOOR JACK | SMTL | | |
| GR01.SMTL.FLJK.0330 | | GAR WILMAR 2.5T FLOOR JACK | SMTL | | |
| GR01.SMTL.FLJK.0331 | | GAR BOTTLE JACK | SMTL | | |
| GR01.SMTL.FLJK.0332 | | GAR WILMAR FLOOR JACK | SMTL | | |
| GR01.SMTL.FLJK.0334 | | GAR NAPA FLOOR JACK 3.5 TONS | SMTL | | 791-6420 |
| GR01.SMTL.GDPD.2013 | | HONDA GROUND POUNDER | SMTL | | |
| GR01.SMTL.GNDR.0335 | | EDCO PAVEMENT GRINDER | SMTL | EDCO | CPM8-9N |
| GR01.SMTL.HOCT.0001 | | GAR HOSE CUTTER /FOR MAKING NEW HOSES | SMTL | | |
| GR01.SMTL.JAWS.0032 | | LUCAS UNIT | SMTL | | |
| GR01.SMTL.JAWS.0033 | | LUCAS UNIT | SMTL | | |
| GR01.SMTL.JKST.0302 | | LARIN JACK STAND | SMTL | | |
| GR01.SMTL.JKST.0309 | | JACK STAND ORANGE | SMTL | | |



Account No. 1-53382
Policy No. 1048061

### SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|-------|---------------|-------------|-------|--------------|-------|
| GR01.SMTL.JKST.0310 | | GAR SUNEX JACK-STAND | SMTL | | |
| GR01.SMTL.JKST.0311 | | GAR SUNEX JACK-STAND | SMTL | | |
| GR01.SMTL.JKST.0315 | | LINCOLN JACK STAND | SMTL | | |
| GR01.SMTL.JKST.0322 | | LINCOLN JACK STAND | SMTL | | |
| GR01.SMTL.JKST.0326 | | LARIN JACK STAND | SMTL | | |
| GR01.SMTL.JKST.0327 | | JACK STAND ORANGE | SMTL | | |
| GR01.SMTL.JKST.0338 | | HEIN WERNER 18 TON | SMTL | | CS-101S |
| GR01.SMTL.LIFT.0128 | | GAR CUTTING EDGE HANDLER | SMTL | | |
| GR01.SMTL.LIFT.0301 | | OTC ENGINE HOIST | SMTL | | |
| GR01.SMTL.LIFT.0306 | | GAR OTC TIRE LIFT | SMTL | | |
| GR01.SMTL.LIFT.0307 | | GAR AIR BUMPER JACK | SMTL | | |
| GR01.SMTL.PLOW.1106 | | GAR JOHN DEERE RIPPER 74 | SMTL | | |
| GR01.SMTL.PRES.0308 | | GAR OTC SHOP PRESS | SMTL | | |
| GR01.SMTL.SNTH.0952 | | GAR TROY BILT SNOW THROWER | SMTL | TROY BILT | 9617731AS6BN2711 |
| GR01.SMTL.STRP.3009 | | LAZER LINE STRIPER | SMTL | | 2000A |
| GR01.SMTL.STRP.3010 | | LAZER LINE STRIPER | SMTL | | 200 HS |
| GR01.SMTL.STRP.3011 | | LAZER LINE STRIPER TITAN SPEED FLOW | SMTL | | POWER LINER 4950 |
| GR01.SMTL.SWEP.0777 | | ARIENS 35 INCH POWER BROOM ; WALK BEHIND SNOW BROOM | SMTL | ARIENS | SWEEPER |
| GR01.SMTL.SWEP.0954 | | GAR BCS 40 INCH POWER SWEEPER | SMTL | BCS | SWEEPER 100 |



Account No. 1-53382
Policy No. 1048061

### SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.SMTL.TRJK.0312 | | GAR TRANSMISSION JACK BLACKHAW | SMTL | | |
| GR01.SMTL.TRJK.0314 | | GAR TRANSMISSION JACK LINCOLN | SMTL | | |
| GR01.SMTL.WDET.0001 | | GAR;ECHO;WEEDEATER | SMTL | ECHO | SRM-266 |
| GR01.SMTL.WDET.0002 | | GAR ECHO WEEDEATER | SMTL | ECHO | SRM-266 |
| GR01.SMTL.WDET.2015 | | GAR STIHL FS 76 WEEDEATER | SMTL | | |
| GR01.SMTL.WDET.2017 | | GAR STIHL FS76 WEEDEATER | SMTL | | |
| GR01.SMTL.WDET.2018 | | GAR STIHL FS76 WEEDEATER | SMTL | | |
| GR01.SMTL.WDET.2019 | | GAR ECHO 260 S WEEDEATER 2004 | SMTL | ECHO | SRM 260 S |
| GR01.SMTL.WDET.2030 | | GAR RED MAX WEEDEATER | SMTL | | |
| GR01.SMTL.WDET.2031 | | GAR RED MAX WEEDEATER | SMTL | | |
| GR01.SMTL.WDET.2039 | | GAR ECHO GT 2000SB WEEDEATER | SMTL | | |
| GR01.SMTL.WDET.2040 | | GAR STIHL WEEDEATER FS76 | SMTL | | |
| GR01.SMTL.WDET.2041 | | GAR STJHL WEEDEATER FS74 | SMTL | | |
| GR01.SMTL.WDET.2042 | | GAR STIHL WEEDEATER FS76 | SMTL | | |
| GR01.SMTL.WDET.2043 | | ECHO SRM2100 WEEDEATER | SMTL | | |
| GR01.SMTL.WDET.2044 | | GAR ECHO SRM2100 WEEDEATER | SMTL | | |
| GR01.SMTL.WDET.2045 | | GAR STIHL FS74 WEEDEATER | SMTL | | |
| GR01.SMTL.WDET.2046 | | GAR ECHO 260 S WEEDEATER 2004 | SMTL | ECHO | SRM 260 S |
| GR01.SMTL.WDET.2047 | | GAR ECHO 260 S WEEDEATER 2004 | SMTL | ECHO | SRM 260 S |



Account No. 1-53382
Policy No. 1048061

### SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.SMTL.WDET.2048 | | GAR STIHL FS74 WEEDEATER | SMTL | | |
| GR01.SMTL.WDET.2049 | | GAR STIHL FS74 WEEDEATER | SMTL | | |
| GR01.SMTL.WDET.2050 | | GAR STIHL FS74 WEEDEATER | SMTL | | |
| GR01.SMTL.WDET.2051 | | GAR ECHO WEEDEATER | SMTL | | |
| GR01.SMTL.WDET.2052 | | GAR ECHO WEEDEATER | SMTL | | |
| GR01.SMTL.WDET.2053 | | GAR STIHL FS130 WEEDEATER | SMTL | STIHL | FS-130 |
| GR01.SMTL.WDET.2054 | | GAR STIHL FS-130 WEEDEATER | SMTL | STIHL | FS-130 |
| GR01.SMTL.WDET.2066 | | GAR ECHO WEEDEATER | SMTL | | |
| GR01.SMTL.WDET.2079 | | 2004;ECHO;WEEDEATER;SRM 3000;METRO | SMTL | ECHO | |
| GR01.SNOW.MELT.0001 | | 2008 SNOW DRAGON SNOW MELTER | MELT | | SND1800 |
| GR01.SPDR.TKMT.5002 | | 2003 12' WARREN SPREADER | SPRD | WARREN | E/AC2420A-10 |
| GR01.SPRD.BDCT.2036 | | GAR GREENLAND BROADCAST | SPRD | | |
| GR01.SPRD.BDCT.2038 | | GAR AGRI-FAB BROADCAST | SPRD | | |
| GR01.SPRD.ELEC.0617 | | 2012;WESTERN;8' TORNADO;HOPPER;SPREADER'ELEC'AFM | SPRD | WESTERN | ELEC |
| GR01.SPRD.ELEC.0629 | | 2014;WESTERN;8FT;TORNADO;SPREADER;AFM | SPRD | WESTERN | TORONADO |
| GR01.SPRD.ELEC.0949 | | 2012;SALT;DOGG;ELEC SPREADER;ON KOBOTA;PARK | SPRD | SALT DOGG | ELEC/SHPE0750 |
| GR01.SPRD.ELEC.0953 | | 2010;WESTERN;8' TORNADO;HOPPER;SPREADER'ELEC'PARK | SPRD | WESTERN | ELEC |
| GR01.SPRD.ELEC.0954 | | 2009;WESTERN;8' TORNADO HOPPER SPREADER ELEC;PARK | SPRD | WESTERN | ELEC |
| GR01.SPRD.ELEC.1606 | | 2015;8FT TORONADO ELECTRIC SPREADER 2.5YD | SPRD | WESTERN | TORONADO |



SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|-------|---------------|-------------|-------|--------------|-------|
| GR01.SPRD.ELEC.1609 | | 2012;WESTERN;7' TORNADO HOPPER SPREADER ELEC;HELIP | SPRD | WESTERN | ELEC |
| GR01.SPRD.TCMT.2064 | | GAR BEFCO SPREADER BROADCAST | SPRD | | |
| GR01.SPRD.TKMT.0176 | | GAR WARREN SPREADER | SPRD | | |
| GR01.SPRD.TKMT.0609 | | 2000 14' MONROE SPREADER | SPRD | | |
| GR01.SPRD.TKMT.0637 | | HENDERSON SPREADER | SPRD | | |
| GR01.SPRD.TKMT.0638 | | GAR WARREN SS SPREADER 1999 10' | SPRD | WARREN | E/AC-2420A-9 |
| GR01.SPRD.TKMT.0950 | | 2006 WESTERN LOW PRO TAILGATE SPREADER;PARK | SPRD | | 2000 |
| GR01.SPRD.TKMT.0957 | | GAR WARREN SPREADER | SPRD | | |
| GR01.SPRD.TKMT.0960 | | GAR FISHER SPREADER | SPRD | | |
| GR01.SPRD.TKMT.1004 | | EPOKE SPREADER | SPRD | | |
| GR01.SPRD.TKMT.1013 | | HI-WAY SPREADER;INDY REGIONAL | SPRD | | |
| GR01.SPRD.TKMT.1015 | | GAR WARREN SS SPREADER | SPRD | | |
| GR01.SPRD.TKMT.1016 | | GAR WARREN SS SPREADER | SPRD | | |
| GR01.SPRD.TKMT.1609 | | 2005 HI-WAY SALT AND SAND SPREADER;HELIPORT | SPRD | HI WAY | |
| GR01.SPRD.TLMT.0955 | | EPOKE SPREADER | SPRD | | |
| GR01.SPRD.TLMT.1001 | | EPOKE PULL TYPE SPREADER | SPRD | | |
| GR01.SPRD.TLMT.2055 | | EPOKE SPREADER PULL TYPE | SPRD | | |
| GR01.SPYR.TCMT.0168 | | 2004;SPRAYER;CHEMICAL;500 GALLON;METRO | SPYR | | |
| GR01.SPYR.TCMT.0196 | | GAR FMC ORCHARD SPRAYER | SPYR | | |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|-------|---------------|-------------|-------|--------------|-------|
| GR01.SPYR.TKMT.0166 | | 2004;SPRAYER;CHEMICAL;500 GALLON;INDY REGIONAL | SPYR | | |
| GR01.SPYR.TKMT.0167 | | GAR FMC BEAN SPRAYER | SPYR | | |
| GR01.SPYR.TKMT.0169 | | GAR CHEMICAL SPREADER AND SPRAYER | SPYR | | Z SPRAY |
| GR01.SPYR.TKMT.0701 | | HOTSY PORTABLE SPRAYER | SPYR | | HOTSY |
| GR01.SPYR.TKMT.3007 | | GAR BATTS SPRAYER--300 GALLON | SPYR | | |
| GR01.SPYR.TLMT.0159 | | LESCO SPRAYER TRAILER MOUNTED | SPYR | | |
| GR01.SPYR.TLMT.0160 | | GAR GENERAC 2400 PSI SPRAYER | SPYR | | |
| GR01.SPYR.TLMT.0953 | | GAR HUSQVARNA 3700 PSI PORTABLE SPRAYER | SPYR | | 1337 PW |
| GR01.SPYR.TLMT.2099 | | 2004;KUKER;TANK AND PUMP;METRO | SPYR | | |
| GR01.SWPR.PUSH.2098 | | GAR PARKER SWEEPER | SWPR | | |
| GR01.SWPR.TLMT.0103 | | LITTLE BUDDY SWEEPER;GRGE INDY REGIONAL;MISSING SEE COMMENTS | SWPR | | |
| GR01.SWPR.TLMT.0675 | | GAR SMI SWEEPER;INDY REGIONAL;MISSING SEE COMMENTS | SWPR | | SP111 P2/35305 |
| GR01.SWPR.TLMT.3005 | | 2004;LITTLE BUDDY SWEEPER;METRO; MISSING SEE COMMENT | SWPR | | |
| GR01.SWPR.TLMT.3006 | | LITTLE BUDDY SWEEPER;MISSING SEE COMMENTS | SWPR | | |
| GR01.SWPR.UTIL.2096 | | GAR TENNANT SWEEPER | SWPR | TENNANT | |
| GR01.SWPR.VACM.0650 | | 2009;MADVAC;SWEEPER;DIESEL;AFM | SWPR | MADVAC | LR50 |
| GR01.SWPR.VACM.0913 | | 2008;MADVAC;SWEEPER;PARKING;DIESEL | SWPR | MADVAC | CN200/SER2000-61767-0408 |
| GR01.SWPR.VACM.0914 | | 2009;TENNANT;GREEN MACHINE;SWEEPER;PARKING;DIESEL | SWPR | TENNANT | GREEN MACHINE 636HS |
| GR01.SWPR.VACM.0955 | | 2004;TENNANT;SWEEPER;PARKING;DIESEL | SWPR | TENNANT | 6500 |



Account No. 1-53382
Policy No. 1048061

SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.SWPR.VACM.6003 | | 2009;ALLIANZ;NILFISK;SWEEPER;DIESEL;AFM | SWPR | NILFISK | RS 1300 |
| GR01.TANK.AMWO.5001 | | SOUTH TANK WASTE OIL | TANK | | |
| GR01.TANK.AMWO.5002 | | NORTH TANK WASTE OIL | TANK | | |
| GR01.TANK.APMF.5001 | | UNLEADED TANK #3 | TANK | | |
| GR01.TANK.APMF.5002 | | DIESEL TANK #2 | TANK | | |
| GR01.TANK.APMF.5003 | | DIESEL TANK #1 | TANK | | |
| GR01.TANK.BHOS.5001 | | TANK | TANK | | |
| GR01.TANK.BOST.5001 | | TANK | TANK | | |
| GR01.TANK.FRPT.5001 | | FUEL TANK | TANK | | |
| GR01.TANK.FRPT.5002 | | WATER TANK | TANK | | |
| GR01.TANK.KERO.5001 | | TANK | TANK | | |
| GR01.TANK.PTAC.5001 | | TANK | TANK | | |
| GR01.TANK.SAFA.5001 | | DIESEL TANK | TANK | | |
| GR01.TANK.SITA.5001 | | TANK | TANK | | |
| GR01.TANK.SITB.5001 | | TANKS | TANK | | |
| GR01.TILR.PUSH.0128 | | GAR TROY-BILT TILLER | TILR | | |
| GR01.TILR.TCMT.0187 | | LAND PRIDE TILLER BOX | TILR | | |
| GR01.TKSY.APMF.5001 | | APM FUEL FARM | TKSY | | |
| GR01.TKSY.BHOS.5001 | | APM BULK HYDRAULIC OIL SYSTEM | TKSY | | |



Account No. 1-53382
Policy No. 1048061

SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.TKSY.BOST.5001 | | APM BULK OIL STORAGE SYSTEM | TKSY | | |
| GR01.TLMT.CKSL.0160 | | 1996(0160)CRACK SEALER;CRAFCO;TRAILER MOUNTED;AAM(CKSL-0160) PREP FOR | CKSL | CRAFCO | |
| GR01.TRAC.0TUG.0001 | | TUG;TUG INC.;AIRCRAFT TRACTOR TUG;HELIPORT | 0TUG | TUG | MA 40 |
| GR01.TRAC.0TUG.0002 | | TUG;TUG INC.;AIRCRAFT TRACTOR TUG;HELIPORT | 0TUG | TUG | |
| GR01.TRAC.0TUG.0003 | | TUG INC.NORTH WESTERN MOTOR CO ;AFM | 0TUG | TUG | |
| GR01.TRAC.BKHO.0690 | | 1998;JOHN DEERE;BACK-HOE;DIESEL;APM | TRAC | JOHN DEERE | 310SE |
| GR01.TRAC.FARM.0101 | | 1994;JOHN DEERE;6400 TRACTOR;EAGLE CREEK;DIESEL | TRAC | JOHN DEERE | 6400 |
| GR01.TRAC.FARM.0112 | | 1976;FORD;3600 TRACTOR;APM;DIESEL; SOLDAUCTION20161006 | TRAC | FORD | 3600 |
| GR01.TRAC.FARM.0672 | | 1998;JOHN DEERE;5510 TRACTOR;DIESEL;AFM; SOLDAUCTION20161006 | TRAC | JOHN DEERE | 5510 |
| GR01.TRAC.FARM.0681 | | 2000;JOHN DEERE;7810 TRACTOR;DIESEL;INDY REGIONAL | TRAC | JOHN DEERE | 7810 |
| GR01.TRAC.FARM.0682 | | 2000;JOHN DEERE;7810 TRACTOR;DIESEL;APM | TRAC | JOHN DEERE | 7810 |
| GR01.TRAC.FARM.0683 | | 2003;JOHN DEERE;7810 TRACTOR;DIESEL;APM | TRAC | JOHN DEERE | 7810 |
| GR01.TRAC.FARM.0684 | | 2006;JOHN DEERE;7830 TRACTOR;DIESEL;APM | TRAC | JOHN DEERE | 7830 |
| GR01.TRAC.FARM.0685 | | 2006;JOHN DEERE;7830 TRACTOR;DIESEL;APM | TRAC | JOHN DEERE | 7830 |
| GR01.TRAC.FARM.0686 | | 2007;JOHN DEERE;7830 TRACTOR;DIESEL;APM | TRAC | JOHN DEERE | 7830 |
| GR01.TRAC.FARM.0687 | | 2007;JOHN DEERE;7830 TRACTOR;DIESEL;APM | TRAC | JOHN DEERE | 7830 |
| GR01.TRAC.FARM.0691 | | 1994(0691)JOHN DEERE;6400;TRACTOR;AAM;DIESEL(FARM-0691) AUD2016⊦ | TRAC | JOHN DEERE | 6400 |
| GR01.TRAC.FARM.0692 | | 2005;JOHN DEERE;6403 TRACTOR;DIESEL;APM | TRAC | JOHN DEERE | 6403 |
| GR01.TRAC.FARM.0694 | | 1995;JOHN DEERE;6400 TRACTOR;DIESEL;AFM;INDY REGIONAL | TRAC | JOHN DEERE | 6400 |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.TRAC.FARM.0699 | | 1994(0699)JOHN DEERE;6400;TRACTOR;DIESEL;AAM(FARM-0699) AUD2016+ | TRAC | JOHN DEERE | 6400 |
| GR01.TRAC.FARM.1105 | | 1993;JOHN DEERE;5400 TRACTOR;DIESEL;AFM | TRAC | JOHN DEERE | 5400 |
| GR01.TRAC.FARM.1106 | | 2001;JOHN DEERE;7410 TRACTOR;DIESEL;WETLANDS | TRAC | JOHN DEERE | 7410 |
| GR01.TRAC.FARM.1107 | | 2007;JOHN DEERE;5425 TRACTOR;DIESEL;WETLANDS | TRAC | JOHN DEERE | RE 197649A |
| GR01.TRAC.FARM.1112 | | 1994;JOHN DEERE;5400 TRACTOR;DIESEL;AFM | TRAC | JOHN DEERE | 5400 |
| GR01.TRAC.FARM.5001 | | 2003;JOHN DEERE;6420 TRACTOR;GORDON GRAHAM;DIESEL;HENDRICKS CO | TRAC | JOHN DEERE | 6420 |
| GR01.TRNR.0000.0102 | | 1991;DITCH WITCH TRENCHER;TECH SHOP | TRNR | | |
| GR01.TRUK.BROM.0621 | 1HTXEAHR19J117251 | 2009;INTERNATIONAL;SWEEPSTER;BROOM TRUCK;AAM;DIESEL | BROM | INTERNATIONA | YES |
| GR01.TRUK.BROM.0623 | 10TBFAN166S086700 | 2006;OSHKOSH;M-B;BROOM TRUCK;APM;DIESEL | BROM | OSHKOSH | NO |
| GR01.TRUK.BROM.0632 | J0TBFAN177S092717 | 2007;OSHKOSH;M-B;BROOM TRUCK;AAM;DIESEL | BROM | OSHKOSH | YES |
| GR01.TRUK.BROM.0639 | C13517-01 | 2010;WAUSAU;BROOM TRUCK;DIESEL;APM;INDY REGIONAL;MT COMFORT | BROM | WAUSAU-EVEREST | NO |
| GR01.TRUK.PANT.0162 | | 2006;CHEVROLET;TILTMASTER;JCL;PAINT; AFM | PANT | CHEVROLET | 5500 W55042-Hd |
| GR01.TRUK.SCRB.0956 | | TENNANT SCRUBBER 2004;DIESEL | SCRB | TENNANT | 5700 |
| GR01.TRUK.SWEP.0669 | | 2003(0669)FREIGHTLINER;FL70;ELGIN;SWEEPER;DIESEL;AAM(SWEP-0669) AUD2016+ | SWPR | ELGIN | CROSSWIND J0596D |
| GR01.TRUK.SWEP.0675 | | 2013(0675)INTERNATIONAL;4300;TYMCO;SWEEPER;AAM;DIESEL(SWEP-0675) AUD2016+ | SWPR | TYMCO | TYMCO 600 |
| GR01.TRUK.TANK.0618 | | 1994;VOLVO;BATTS;TANKER;4000 GALLON;75 FT;DIESEL;AFM | TANK | GMC | ACL |
| GR01.TRUK.TANK.0622 | | 1992;VOLVO;BATTS;TANKER;4000 GALLON;50 FT;DIESEL;AFM | TANK | GMC | ACM |
| GR01.TRUK.TANK.0625 | | 2009;INTERNATIONAL;WAUSAU;TANKER;1200 GALLON;DIESEL;AFM | TANK | INTERNATIONA | 7400 SBA 4X2 |
| GR01.TRUK.TANK.0693 | | 2010;WESTERN STAR;WAUSAU;TANKER;4000 GAL;75 FT;DIESEL;AFM | TANK | WESTERN STAR | 4900 |



## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|-------|---------------|-------------|-------|--------------|-------|
| GR01-0ATV-KUBO-0961 | | 2008;KUBOTA;RTV;1100;AFD;FIRE CT981;DIESEL | 0ATV | KUBOTA | RTV1100 |
| GR01-FLOR-SCRB-0001 | | TENNANT MODEL 5680 FLOOR SCRUBBER | SCRB | TENNANT | 5680 |
| GR01-FLOR-SCRB-0002 | | TENNANT MODEL 5700 FLOOR SCRUBBER | SCRB | TENNANT | |
| GR01-SPRD-ELEC-0778 | | 2013 ELECTRIC SALT DOGG SPREADER FOR KUBOTA ATV | SPRD | SALT DOGG | SHPE-0750 |
| HM722-AD4177 | HM722-AD4177 | 2015(S002)MOWER;DECK;VENTRAC;HM722; SPARE DECK;72-IN;AAM(DECK-S002) | MOWR | VENTRAC | NO |
| HM722-AD4179 | HM722-AD4179 | 2015(S003)MOWER;DECK;VENTRAC;HM722; SPARE DECK;72-IN;AAM(DECK-S003) | MOWR | VENTRAC | NO |
| HM722-CD5177 | | 2015(0633)MOWER;DECK;VENTRAC;SLOPE; HM722;ORIGINAL DECK;72-IN;AAM(DECK-0633) | MOWR | VENTRAC | HM722 |
| HM722-CD5375 | | 2015(S001)MOWER;DECK;VENTRAC;HM722; SPARE DECK;72-IN;AAM(DECK-S001) | MOWR | VENTRAC | HM722 |
| HM722-CD5380 | | 2015(S002)MOWER;DECK;VENTRAC;HM722; SPARE DECK;72-IN;AAM(DECK-S002) | MOWR | VENTRAC | HM722 |
| HM722-CD5718 | | 2005(S003)MOWER;DECK;VENTRAC;HM722; SPARE DECK72 IN | MOWR | VENTRAC | HM722 |
| HM722-CD5719 | HM722-CD5719 | 2015(S008)MOWER;DECK;VENTRAC;HM722; SPARE DECK;72-IN;AAM(DECK-S008) | MOWR | VENTRAC | NO |
| HQ680-AC1579 | HQ680-AC1579 | 2015(S001)MOWER;DECK;VENTRAC;HM722; SPARE DECK;72-IN;AAM(DECK-S001) | MOWR | VENTRAC | NO |
| IAE7000 | | JAE 7000 TURF ADAPTER;KIT;ITURF RAIL FOR VEHICLE LIFTS(0001) | LIFT | | TURG RAIL |
| IND.002.FACI.MISC.0002 | | 3001 MISCELLANOUS FOR BUILDING 2 | MISC | | |
| IND.002.GARA.MISC.0000 | | MISCELLANEOUS | MISC | | |
| IND.600.SNOW BROM.0001 | | WALK BEHIND SNOW BROOM | BROM | | |
| M20-2908 | | (602)TENNANT MODEL RIDING FLOOR SCRUBBER M20 | WASH | TENNANT | M20 |
| MB-04827 | MB-04827 | M-B 84 IN SKID STEER MOUNTED BROOM (758) | SWPR | M-B | NO |
| OFFS.TANK.COSV.0000 | | FUEL ISLAND DIESEL TANK E&W | TANK | | |



Account No. 1-53382
Policy No. 1048061

SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| PB 413 T | | ECHO LEAF BLOWER;44CC ENGINE | SMTL | | ECHO BLOWER |
| REL5.TANK.DESL.5001 | | DIESEL TANK | TANK | | |
| REL5.TANK.GASO.5001 | | GASOLINE TANK | TANK | | |
| REL6.DMST.FUEL.5001 | | DEAD MAN SWITCHES | DMST | | |
| REL6.DRMS.WSTO.5001 | | DRUMS | DRMS | | |
| REL6.FLTR.AVGS.5001 | | AVGAS FILTER VESSEL | FLTR | | |
| REL6.FLTR.DESL.5001 | | DIESEL FILTER | FLTR | | |
| REL6.FLTR.GASO.5001 | | GASOLINE FILTER | FLTR | | |
| REL6.FLTR.JETA.5001 | | JET A FILTER VESSEL | FLTR | | |
| REL6.GAGE.AVGS.5001 | | AVGAS DIFFERENTIAL PRESSURE GA | GAGE | | |
| REL6.GAGE.JETA.5001 | | JET A DIFFERENTIAL PRESSURE GA | GAGE | | |
| REL6.GDRL.FUEL.5001 | | GROUND REEL | GDRL | | |
| REL6.HOSE.AVGS.5001 | | AVGAS HOSE | HOSE | | |
| REL6.HOSE.DESL.5001 | | DIESEL HOSE | HOSE | | |
| REL6.HOSE.GASO.5001 | | GASOLINE HOSE | HOSE | | |
| REL6.HOSE.JETA.5001 | | JET A HOSE | HOSE | | |
| REL6.METR.AVGS.5001 | | AVGAS METER | METR | | |
| REL6.METR.JETA.5001 | | JET A METER | METR | | |
| REL6.MOTR.AVGS.5001 | | AVGAS MOTOR | MOTR | | |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|-------|---------------|-------------|-------|--------------|-------|
| REL6.MOTR.JETA.5001 | | JET A MOTOR | MOTR | | |
| REL6.NOZZ.AVGS.5001 | | AVGAS NOZZLE | NOZZ | | |
| REL6.NOZZ.DESL.5001 | | DIESEL NOZZLE | NOZZ | | |
| REL6.NOZZ.GASO.5001 | | GASOLINE NOZZLE | NOZZ | | |
| REL6.NOZZ.JETA.5001 | | JET A NOZZLE | NOZZ | | |
| REL6.PIPG.AVGS.5001 | | AVGAS PIPING | PIPG | | |
| REL6.PIPG.JETA.5001 | | JET A PIPING | PIPG | | |
| REL6.TANK.AVGS.5001 | | AVGAS TANK | TANK | | |
| REL6.TANK.DESL.5001 | | DIESEL TANK | TANK | | |
| REL6.TANK.GASO.5001 | | GASOLINE TANK | TANK | | |
| REL6.TANK.JETA.5001 | | JET A TANK | TANK | | |
| REL6.TANK.WSTF.5001 | | WASTE FUEL TANK | TANK | | |
| REL7.DRMS.WSTO.5001 | | DRUMS | DRMS | | |
| REL7.FLTR.AVGS.5001 | | FILTER | FLTR | | |
| REL7.HOSE.AVGS.5001 | | HOSE | HOSE | | |
| REL7.NOZZ.AVGS.5001 | | NOZZLE | NOZZ | | |
| REL7.TANK.AVGS.5001 | | TANK | TANK | | |
| REL8.DMST.FUEL.5001 | | DEAD MAN SWITCHES | DMST | | |
| REL8.DRMS.WSTO.5001 | | DRUMS | DRMS | | |



Account No. 1-53382
Policy No. 1048061

### SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|-------|---------------|-------------|-------|--------------|-------|
| REL8.FLCT.0000.5001 | | AUTO FUEL KEY SYSTEM | FLCT | | |
| REL8.FLTR.AVGS.5001 | | AVGAS FILTER VESSEL | FLTR | | |
| REL8.FLTR.DESL.5001 | | DIESEL FILTER | FLTR | | |
| REL8.FLTR.GASO.5001 | | GASOLINE FILTER | FLTR | | |
| REL8.FLTR.JETA.5001 | | JET A FILTER VESSEL | FLTR | | |
| REL8.GDRL.FUEL.5001 | | GROUND REEL | GDRL | | |
| REL8.HOSE.AVGS.5001 | | AVGAS HOSE | HOSE | | |
| REL8.HOSE.DESL.5001 | | DIESEL HOSE | HOSE | | |
| REL8.HOSE.GASO.5001 | | GASOLINE HOSE | HOSE | | |
| REL8.HOSE.JETA.5001 | | JET A HOSE | HOSE | | |
| REL8.METR.AVGS.5001 | | AVGAS METER | METR | | |
| REL8.METR.JETA.5001 | | JET A METER | METR | | |
| REL8.MONT.FUEL.5001 | | FUEL MONITOR | MONT | | |
| REL8.MOTR.AVGS.5001 | | AVGAS MOTOR | MOTR | | |
| REL8.MOTR.JETA.5001 | | JET A MOTOR | MOTR | | |
| REL8.NOZZ.AVGS.5001 | | AVGAS NOZZLE | NOZZ | | |
| REL8.NOZZ.DESL.5001 | | DIESEL NOZZLE | NOZZ | | |
| REL8.NOZZ.GASO.5001 | | GASOLINE NOZZLE | NOZZ | | |
| REL8.NOZZ.JETA.5001 | | JET A NOZZLE | NOZZ | | |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| REL8.PIPG.AVGS.5001 | | AVGAS PIPING | PIPG | | |
| REL8.PIPG.JETA.5001 | | JET A PIPING | PIPG | | |
| REL8.TANK.AVGS.5001 | | AVGAS TANK | TANK | | |
| REL8.TANK.DESL.5001 | | DIESEL TANK | TANK | | |
| REL8.TANK.GASO.5001 | | GASOLINE TANK | TANK | | |
| REL8.TANK.JETA.5001 | | JET A TANK | TANK | | |
| REL8.TANK.WSTF.5001 | | WASTE FUEL TANK | TANK | | |
| REL9.DISP.JETA.5001 | | SOUTH FUEL CABINET | DISP | | |
| REL9.DISP.JETA.5002 | | WEST FUEL CABINET | DISP | | |
| REL9.FLTR.JETA.5001 | | INBOUND FILTER VESSEL | FLTR | | |
| REL9.FLTR.JETA.5002 | | OUTBOUND FILTER VESSEL | FLTR | | |
| REL9.METR.JETA.5001 | | SOUTH METER | METR | | |
| REL9.MONT.FUEL.5001 | | MONITOR | MONT | | |
| REL9.MOTR.JETA.5001 | | MOTOR | MOTR | | |
| REL9.PIPG.JETA.5001 | | PIPING | PIPG | | |
| REL9.TANK.JETA.5001 | | UNDERGROUND FUEL TANK | TANK | | |
| REL9.TANK.WSTF.5001 | | WASTE FUEL TANK | TANK | | |
| SGM32J7KV | | (2017)(1005) KOHLER POWER SYSTEMS GENERATOR  208-600V(1005) | EGEN | KOHLER | 40REOZK-CP1 |
| Z002.FUEL.0000.0001 | | ZONE 2 FUEL ISLANDS | FUEL | | |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| Z004.FUEL.0000.0001 | | ZONE 4 FUEL ISLANDS | FUEL | | |
| GR01.BLWR.SNOW.0619 | | 1993;ROLBA;SNOW BLOWER;TRUCK;APM;DIESEL | BLWR | S AND S | |
| GR01.BLWR.SNOW.0678 | | 1992;ROLBA;SNOW BLOWER;TRUCK;APM;DIESEL | BLWR | S AND S | |
| GR01.BLWR.SNOW.3004 | | 2001;OLATHE;SNOW BLOWER;TORO MOUNTED;METRO | BLWR | | |
| GR01.BROM.TCMT.1609 | | 2004;SWEEPSTER;BROOM;8 FT;TRUCK MOUNTED;HELIPORT | BROM | SWEEPSTER | |
| GR01.BROM.TCMT.1610 | | 2004;M-B;BROOM;14 FT;TRUCK MOUNTED;METROPOLITAN | BROM | M-B | |
| GR01.BROM.TCMT.1612 | | 2004;M-B;BROOM;14 FT;TRUCK MOUNTED;EAGLE CREEK | BROM | M - B | |
| GR01.BLWR.SNOW.0682 | | 2004;OSHKOSH;SNOW BLOWER;TRUCK;APM;DIESEL | BLWR | OSHKOSH | OSHKOSH |
| GR01.BLWR.SNOW.0112 | | 2004;TROY BILT;SNOW BLOWER;PUSH;METRO | BLWR | TROY BILT | 31AS6BN2711 |
| GR01.BLWR.SNOW.2071 | | GAR RYAN PUSH SNOW BLOWER;EAGLE CREEK | BLWR | RYAN | |
| GR01.BLWR.SNOW.2072 | | GAR RYAN PUSH SNOW BLOWER;EAGLE CREEK | BLWR | | |
| GR01.TRUK.BROM.0623 | | 2006;OSHKOSH;M-B;BROOM TRUCK;APM;DIESEL | BROM | OSHKOSH | HB2718 |
| GR01.TRUK.BROM.0632 | | 2007;OSHKOSH;M-B;BROOM TRUCK;APM;DIESEL | BROM | OSHKOSH | HB2718 |
| GR01.TRUK.BROM.0621 | | 2009;INTERNATIONAL;SWEEPSTER;BROOM TRUCK;APM;DIESE | BROM | INTERNATIONA | 5600I 4X4 |
| GR01.BLWR.SNOW.0679 | | 2009;KODIAK;SNOW BLOWER;TRUCK;DIESEL;APM | BLWR | KODIAK | CR 700D |
| GR01.BLWR.SNOW.0697 | | 2009;KODIAK;SNOW BLOWER;TRUCK;DIESEL;INDY REGIONAL | BLWR | KODIAK | CR 700D |
| GR01.TRUK.BROM.0639 | | 2010;WAUSAU;BROOM TRUCK;DIESEL;APM | BROM | WAUSAU | SD3131 |
| GR01.MULT.SNOW.0651 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;DIESEL;AFM | MTSR | M - B | MB5 |
| GR01.MULT.SNOW.0652 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;DIESEL;AFM | MTSR | M - B | MB5 |



Account No. 1-53382
Policy No. 1048061

SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.MULT.SNOW.0653 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;DIESEL;AFM | MTSR | M - B | MB5 |
| GR01.MULT.SNOW.0654 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;DIESEL;APM | MTSR | M-B | MB5 |
| GR01.MULT.SNOW.0655 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;DIESEL;AFM | MTSR | M - B | MB5 |
| GR01.MULT.SNOW.0656 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;;DIESELAFM | MTSR | M - B | MB5 |
| GR01.MULT.SNOW.0657 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;DIESEL;AFM | MTSR | M - B | MB5 |
| GR01.MULT.SNOW.0658 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;DIESEL;AFM | MTSR | M - B | MB5 |
| GR01.MULT.SNOW.0659 | | 2013;M-B;MULTI-TASKING;BROOM/PLOW;DIESEL;APM | MTSR | M-B | MB5 |
| GR01.BLAD.SNOW.5001 | | GAR WOODS SNOW GRADER BLADE REAR 10 FT RB1010 | BLAD | WOODS | 9674 |
| GR01.BLWR.SNOW.0109 | | GAR ARIENS SNOW BLOWER PUSH | BLWR | ARIENS | |
| GR01.BLWR.SNOW.0110 | | GAR JOHN DEERE BLOWER PUSH | BLWR | JOHN DEERE | JOHN DEERE |
| GR01.BLWR.SNOW.0111 | | 2004;TROY BILT;SNOW BLOWER;PUSH;MT COMFORT | BLWR | TROY BILT | 31AS6BN2711 |
| GR01.BLWR.SNOW.0700 | | GAR CUB CADET SNOW BLOWER | BLWR | CUB CADET | CC521 |
| GR01.BLWR.SNOW.0966 | | GAR TORO;PUSH SNOW BLOWER;PARKING | BLWR | TORO | 38630/ POWER MAX 828LXE |
| GR01.BLWR.SNOW.2084 | | GAR SNOW BLOWER PUSH | BLWR | | |
| GR01.BLWR.SNOW.2088 | | GAR RYAOL SNOW BLOWER PUSH | BLWR | | |
| GR01.BLWR.SNOW.2097 | | GAR CUB CADET SNOW BLOWER | BLWR | CUB | |
| GR01.BLWR.SNOW.5001 | | GAR BLOWER PULL TYPE TRACTOR MOUNTED 92 IN;HENDRIX | BLWR | | SA-92 |
| GR01.BROM.TCMT.0197 | | SWEEPSTER BROOM FOR MOWER 131 | BROM | SWEEPSTER | M2405A |
| GR01.BROM.TCMT.0621 | | GAR 2009;SWEEPSTER;20 FT;BROOM FOR INTL TRUCK 621 | BROM | SWEEPSTER | S3120CCB1ND05 |



Account No. 1-53382
Policy No. 1048061

## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.BROM.TCMT.0681 | | GAR 2000 SWEEPSTER 12 FT BROOM FOR TRACTOR 681 | BROM | SWEEPSTER | D32P12 |
| GR01.BROM.TCMT.0682 | | GAR 2001 SWEEPSTER 12 FT BROOM TRACTOR 0682 | BROM | SWEEPSTER | D32C12 |
| GR01.BROM.TCMT.0684 | | GAR 2006 SWEEPSTER 16 FT BROOM TRAC MOUNTED 0684 | BROM | SWEEPSTER | TR1216CNNIND |
| GR01.BROM.TCMT.0686 | | GAR;2006;SWEEPSTER;16 FT BROOM TRAC MOUNTED 0686 | BROM | SWEEPSTER | TR1216CNNIND |
| GR01.BROM.TCMT.0952 | | GAR 2006 BCS PROFESSIONAL BROOM | BROM | | 732 |
| GR01.BROM.TCMT.1106 | | GAR 2001 SWEEPSTER 12 FT BROOM TRACTOR 1106 | BROM | SWEEPSTER | D32C12 |
| GR01.BROM.TCMT.1611 | | 2004;M-B;BROOM;14 FT;TRUCK MOUNTED;MOUNT COMFORT | BROM | M-B | |
| GR01.BROM.TCMT.5001 | | GAR 2002 SWEEPSTER 12 FT BROOM TRACTOR;HENDRICKS | BROM | SWEEPSTER | D32M12STND |
| GR01.BLWR.SNOW.0661 | | 2014;M-B;MB4;HIGH SPEED SNOW BLOWER;TRUCK;DIESEL;AFM | BLWR | M-B | MB4 |
| GR01.BLWR.SNOW.0662 | | 2014;M-B;MB4;HIGH SPEED SNOW BLOWER;TRUCK;DIESEL;AFM | BLWR | M-B | MB4 |
| 08-0265 | | 2017(0650)M-B;MULTI-TASKING;BROOM/PLOW/SPREADER;DIESEL;AAM(SNOW-0650) | MTSR | M-B | MB5 |
| 08-0266 | | 2017(0660)M-B;MULTI-TASKING;BROOM/PLOW/SPREADER;DIESEL;AAM(SNOW-0660) | MTSR | M-B | MB5 |
| 1K147B10121 | | TROY BILT;WALK BEHIND;SNOW BLOWER(0918) | SNOW | | 31AH5SQ5711269588 |
| GR01.PLOW.SNOW.3000 | | 2005;FLINK;PLOW;SNOW;METRO | PLOW | | |
| GR01.PLOW.SNOW.3001 | | 2005;FISHER;PLOW;SNOW;METRO | PLOW | FISHER | |
| GR01.PLOW.SNOW.2067 | | GAR ROOT SNOW PLOW;EAGLE CREEK | PLOW | | |
| GR01.PLOW.SNOW.2068 | | GAR FISHER PLOW EAGLE CREEK | PLOW | FISHER | |
| GR01.PLOW.SNOW.0646 | | 2013;WESTERN;9FT;PRO;PLUSW/QUAD | PLOW | | |
| GR01.PLOW SNOW.5441 | | 20FT RAMP PLOW | PLOW | | |



Account No. 1-53382
Policy No. 1048061

### SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.PLOW.AUCT.0951 | | GAR SNO-WAY PLOW | PLOW | SNO-WAY | 28 SERIES |
| GR01.PLOW.AUCT.0953 | | BOSS 8' SNOW PLOW STRAIGHT | PLOW | | |
| GR01.PLOW.SNOW.0123 | | GAR ROOT SNOW PLOW | PLOW | | |
| GR01.PLOW.SNOW.0124 | | GAR ROOT SNOW PLOW | PLOW | | |
| GR01.PLOW.SNOW.0133 | | GAR RAMP PLOW 20FT | PLOW | | |
| GR01.PLOW.SNOW.0134 | | GAR RAMP PLOW 20FT | PLOW | | |
| GR01.PLOW.SNOW.0135 | | GAR ROOT SNOW PLOW;MT COMFORT | PLOW | | |
| GR01.PLOW.SNOW.0142 | | GAR ROOT SNOW PLOW | PLOW | | |
| GR01.PLOW.SNOW.0144 | | GAR ROOT SNOW PLOW | PLOW | | |
| GR01.PLOW.SNOW.0146 | | GAR ROOT SNOW PLOW | PLOW | | |
| GR01.PLOW.SNOW.0155 | | GAR ROOT SNOW PLOW | PLOW | | |
| GR01.PLOW.SNOW.0165 | | 1999 MONROE 14' SNOW PLOW | PLOW | | 00012638 |
| GR01.PLOW.SNOW.0166 | | 1999 MONROE 14' SNOW PLOW | PLOW | | 00012648 |
| GR01.PLOW.SNOW.0178 | | GAR ROOT SNOW PLOW | PLOW | | |
| GR01.PLOW.SNOW.0198 | | MB PLOW FOR TORO | PLOW | | |
| GR01.PLOW.SNOW.0607 | | 2005 MONROE SNOW PLOW | PLOW | MONROE | MP48R14-ISCT |
| GR01.PLOW.SNOW.0608 | | 1999 10' MONROE SNOW PLOW | PLOW | MONROE | MP36R10-CT |
| GR01.PLOW.SNOW.0609 | | 2000 14' MONROE SNOW PLOW | PLOW | | |
| GR01.PLOW.SNOW.0610 | | 1999 14' SNOW PLOW | PLOW | | 00012648 |



## SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|-------|--------------|-------------|-------|--------------|-------|
| GR01.PLOW.SNOW.0613 | | 2000 14' MONROE SNOW PLOW | PLOW | | |
| GR01.PLOW.SNOW.0614 | | GAR ROOT SNOW PLOW | PLOW | | |
| GR01.PLOW.SNOW.0617 | | 2011;WESTERN;PRO;PLUS ULTRA FINISH 9FT | PLOW | WESTERN | PRO PLUS |
| GR01.PLOW.SNOW.0665 | | GAR ROOT SNOW PLOW NO SERIAL | PLOW | | |
| GR01.PLOW.SNOW.0681 | | GAR 2000 ROOT 20' SNOW PLOW FOR TRACTOR 681 | PLOW | ROOT | |
| GR01.PLOW.SNOW.0683 | | 2003 14' ROOT SNOW PLOW | PLOW | | RT82FF.14 |
| GR01.PLOW.SNOW.0688 | | 2010 WESTERN ULTRAMOUNT PRO PLUS 9' | PLOW | WESTERN | |
| GR01.PLOW.SNOW.0753 | | 2008 GAR WESTERN PRO PLUS SNOW PLOW | PLOW | | |
| GR01.PLOW.SNOW.0951 | | 2011;WESTERN;PRO;PLUS;ULTRA;FINISHW/ QUAD 8FT | PLOW | WESTERN | PRO PLUS |
| GR01.PLOW.SNOW.0953 | | 2011; WESTERN;8' PRO PLUS SNOW PLOW PARK | PLOW | WESTERN | |
| GR01.PLOW.SNOW.0954 | | 2008  8.5 WESTERN V PLOW MVP PLUS | PLOW | | |
| GR01.PLOW.SNOW.0959 | | GAR SNO-WAY PLOW | PLOW | | |
| GR01.PLOW.SNOW.0961 | | GAR FISHER PLOW | PLOW | | |
| GR01.PLOW.SNOW.1606 | | GAR 8'2' V PLOW | PLOW | | |
| GR01.PLOW.SNOW.1607 | | GAR ROOT SNOW PLOW;MT COMFORT | PLOW | | |
| GR01.PLOW.SNOW.1608 | | 8 FT 6  V PLOW WESTERN | PLOW | WESTERN | |
| GR01.PLOW.SNOW.1610 | | 2004;MONROE;PLOW;14 FT;TRUCK MOUNTED;METRO | PLOW | MONROE | MP48R14-ISCT |
| GR01.PLOW.SNOW.1611 | | 2004;MONROE;PLOW;14 FT;TRUCK MOUNTED;MOUNT COMFORT | PLOW | MONROE | MP48R14-ISCT |
| GR01.PLOW.SNOW.1612 | | 2004;MONROE;PLOW;14 FT;TRUCK MOUNTED;EAGLE CREEK | PLOW | MONROE | MP48R14-ISET |



Account No. 1-53382
Policy No. 1048061

### SCHEDULE OF VEHICLES, APPENDIX B

| Asset | Serial Number | Description | Class | Manufacturer | Model |
|---|---|---|---|---|---|
| GR01.PLOW.SNOW.2063 | | KWIK-WAY SKID STEER PLOW | PLOW | | |
| GR01.PLOW.SNOW.2080 | | GAR FISHER SPEEDCAST PLOW | PLOW | | |
| GR01.PLOW.SNOW.2083 | | GAR FISHER SPEEDCAST PLOW HELIPORT | PLOW | | |
| GR01.PLOW.SNOW.5002 | | 2003 12 ' MONROE SNOW PLOW;HENDRICKS | PLOW | MONROE | MP41R12-ISCT |
| GR01.PLOW.SNOW.5439 | | 2008;PLOW;RAMP;BOX;LEDEX LOADER;AVALANCHE | PLOW | | LDA-200-20 |
| GR01.PLOW.SNOW.5440 | | 2008;PLOW;RAMP;BOX;LEDEX LOADER;AVALANCHE | PLOW | | LDA-200-20 |
| GR01.PLOW.SNOW.7463 | | 2008;PLOW;RAMP;BOX;LEDEX LOADER;AVALANCHE | PLOW | | LDA-200-20 |
| GR01.PLOW.SNOW.7585 | | 2008;PLOW;RAMP;BOX;LEDEX LOADER;AVALANCHE | PLOW | | LDA-200-20 |
| GR01.PLOW.SNOW.CONT | | CONTRACTOR SNOW PLOWS | PLOW | | VARIOUS |
| GR01.PLOW.TCMT.0188 | | GAR ONE BOTTOM PLOW | PLOW | | |
| GR01.PLOW.TCMT.0189 | | GAR ALLIS CHAMBLERS PLOW | PLOW | | |
| GR01.PLOW.TCMT.1108 | | GAR J.D. BLADE | PLOW | | |
| GR01.PLOW.TCMT.1121 | | GAR RIPPER | PLOW | | |
| GR01.PLOW.SNOW.0962 | | 2008;KUBOTA;PLOW;AFD | PLOW | KUBOTA | CURTIS |
| GR01.PLOW.SNOW.0660 | 43765 | 2014 PROTECH BOX PLOW FOR SKID STEER | PLOW | | SP08S |
| GR01.PLOW.SNOW.1660 | | 2015 PROTECH BOX PLOW FOR SKID STEER | PLOW | | SP08S |
| GR01.PLOW.SNOW.0660 | | | PLOW | | |



Account No. 1-53382
Policy No. 1048061

### SCHEDULE OF FINE ARTS, APPENDIX C

| Vendor | Asset Name | Value | Location |
|---|---|---|---|
| Arlon Bayliss | Flight Wave | $ 88,170.00 | Terminal |
| Ann Gardner | Six Glass Mosaics | $ 121,170.00 | Terminal |
| Dale Enochs | Elemental Indiana | $ 93,951.00 | Terminal |
| Dixie Friend Gay | Autumn Prairie Morning | $ 128,095.00 | Terminal |
| Electroland / Damon Seeley | Interactive Passage | $ 437,500.00 | Terminal |
| Faust Art Studio LLC | Chrysalis | $ 140,000.00 | Terminal |
| Faust Art Studio LLC | Wings in Flight | $ 105,000.00 | Terminal |
| Geo. Gregory Hull | Breath | $ 165,245.00 | Garage |
| IXL LLX dba Stuart Keeler & Michael Machnic | The Cardinal Points | $ 101,449.09 | Terminal |
| John Van Alstine | Cardinalis | $ 174,530.00 | Terminal |
| Basa Projects LLC | The Great Circle Route | $ 400,532.00 | Terminal |
| Marcus Akinlana | Road to Deliberate Dreams | $ 175,000.00 | Terminal |
| Martin Donlin Limited | 14 Glass Murals | $ 424,834.00 | Concourses |
| Nhat Tran | On the Tipes of Our Wings | $ 94,355.00 | Terminal |
| Rod Fisher Sculpture LLC | Jetstream | $ 248,988.00 | Terminal |
| Ron Caron | Baggage Claim | $ 150,000.00 | Terminal |
| Thomas Torluemke | A Work of Heart | $ 166,900.00 | Concourses |
| H16 - ASI Limited (Terminal) | Donlin - Glass Murals | $ 437,933.00 | Terminal |
| T19 - FA Wilhelm (Garage) | Hull - Breath | $ 1,310.00 | Garage |



Account No. 1-53382
Policy No. 1048061

### SCHEDULE OF FINE ARTS, APPENDIX C

| Vendor | Asset Name | Value | Location |
|---|---|---|---|
| Ermco/Sachs (Garage) | Hull - Breath | $ 2,294.00 | Garage |
| H08 - Circle B | | $ 9,319.00 | Projection |
| H11 - Electrical - Ermco/Sachs | | $ 25,000.00 | Projection |
| H13 - Landscape - Sitework/Concrete | Art Items in Bid Package | $ 42,618.00 | Terminal |
| H29 - Furnishings & Equipment | Art Display Cases | $ 118,208.00 | Terminal |

Account No. 1-53382
Policy No. 1048061

# SUPPLEMENTAL UNITED STATES
# CERTIFIED ACT OF TERRORISM ENDORSEMENT

**This Endorsement is applicable to all insured Locations in the United States, its territories and possessions and the Commonwealth of Puerto Rico.**

**Coverage for "Certified Act of Terrorism" Under The Terrorism Risk Insurance Act of 2002, as amended.**

In consideration of a premium charged of USD**141,019**, this Policy, subject to the terms and conditions therein and in this Endorsement, covers direct physical loss or damage to insured property and any resulting TIME ELEMENT loss, as provided in the TIME ELEMENT section of the Policy, caused by or resulting from a Certified Act of Terrorism as defined herein.

Notwithstanding anything contained elsewhere in this Policy, any exclusion or limitation of terrorism in this Policy and any endorsement attached to and made a part of this Policy, is hereby amended to the effect that such exclusion or limitation does not apply to a "Certified Act of Terrorism" as defined herein. This amendment does not apply to any limit of liability for a Certified Act of Terrorism, if any, stated under the LIMITS OF LIABILITY clause of the DECLARATIONS section of this Policy.

With respect to any one or more Certified Act(s) of Terrorism, this Company will not pay any amounts for which the Company is not responsible under the terms of the Terrorism Risk Insurance Act of 2002 (including subsequent action of Congress pursuant to the Act) which includes a provision stating that if the aggregate insured losses exceed USD100,000,000,000 during any calendar year, neither the United States Government nor any insurer that has met its insurer deductible shall be liable for the payment of any portion of the amount of such losses that exceed USD100,000,000,000. If the aggregate insured losses for all insurers exceed USD100,000,000,000, your coverage may be reduced.

The coverage provided under this Endorsement for "Certified" losses caused by acts of terrorism will be partially reimbursed by the United States Government under a formula established by Federal Law. Under this formula, the United States pays 85% (and beginning on January 1, 2016, shall then decrease by 1 percentage point per calendar year until equal to 80 percent) of covered terrorism losses exceeding a statutorily established retention by the insurer referenced in this Policy. The premium charged for this coverage is provided above.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Endorsement or the Policy.

The coverage provided by this Endorsement only applies to a Certified Act of Terrorism.

Reference and Application: The following term(s) means:

Certified Act of Terrorism:

A "Certified Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002 as amended and

extended in 2005, 2007, and in 2015.  The criteria contained in that Act for a "Certified Act of Terrorism" include the following:

    a.   The act resulted in aggregate losses in excess of USD5,000,000; and

    b.   The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

 **FM Global**

Account No. 1-53382
Policy No. 1048061

### GREEN COVERAGE ENDORSEMENT

It is agreed that this Endorsement is a part of the Policy and that the terms and conditions of the Policy are amended as described herein.  All other terms and conditions of the Policy remain unchanged.

Coverage provided under this Endorsement only applies to Location Nos. 01, 02, 03, 04, 05, 06, 07, 08, 09, 10, 11, 12, 13, 14 and 16.

COVERAGE:

In consideration of the premium charged and subject to the terms, conditions, exclusions and limitations of the Policy, as provided in the Valuation clauses of the Policy when insured property is repaired or replaced as a direct result of insured physical loss or damage, the Policy is extended to cover:

A.  The following reasonable and necessary additional costs incurred by the Insured:

   1)  to repair or replace such damaged insured property with material of like kind and quality that qualifies as **green**.
   2)  to replace the insured physically damaged portions of insured roofing systems with vegetative roof(s) that qualify as **green** including the addition of trees, shrubs, plants and lawns to those roofs.
   3)  to flush out the air in the area of such damaged insured property with 100% outside air and to provide replacement filtration media for the building's ventilation system that controls such damaged area all when part of a **green** reconstruction.
   4)  to pay an accredited professional certified by a **green authority** to participate in the design and construction for repairing or rebuilding such damaged insured property that qualifies as **green**.
   5)  for the process of certifying or recertifying that the repaired or replaced damaged insured property qualifies as **green**.
   6)  in the removal, disposal or recycling of such damaged insured property in a manner that qualifies as **green**.

LIMIT OF LIABILITY: This Company's liability in a single **occurrence,** including any resulting insured TIME ELEMENT loss, under this Endorsement shall not exceed 25% of the amount of PROPERTY DAMAGE loss at the insured **location** but not to exceed USD1,000,000.

The amount of PROPERTY DAMAGE loss for purposes of the provision above does not include:

   1)  the application of any deductible(s) under the Policy.
   2)  the costs recoverable under this Endorsement.
   3)  stock, work in process, raw materials, finished goods or merchandise.
   4)  process water.
   5)  molds and dies.
   6)  property in the open.
   7)  property of others for which the Insured is legally liable.
   8)  personal property of employees and officers of the Insured.
   9)  **production equipment**.

10) electronic data processing equipment not used in the functional support of the real property.

GREEN COVERAGE ENDORSEMENT Exclusions: As respects this Endorsement, the following additional exclusions apply:

This Endorsement does not cover:

1) stock, work in process, raw materials, finished goods or merchandise.
2) process water.
3) molds and dies.
4) property in the open.
5) property of others for which the Insured is legally liable.
6) personal property of employees and officers of the Insured.
7) property adjusted on a basis other than repair or replacement as provided in the Valuation clauses of the Policy.
8) **production equipment.**
9) electronic data processing equipment not used in the functional support of the real property.
10) any loss recoverable elsewhere in the Policy.

ADDITIONAL CONDITION:

Notwithstanding the provisions of the Valuation clauses of this Policy, the Insured must repair or replace the insured real and/or personal property lost, damaged or destroyed as a condition for coverage under this Endorsement.

TIME ELEMENT:

The PERIOD OF LIABILITY applying to insured TIME ELEMENT loss shall include the additional time that results due to the Insured's inability to resume operations directly resulting from the coverage provided by this Endorsement.

DEFINITIONS: The following terms when appearing in boldface in this Endorsement mean:

**green:**
products, materials, methods and processes certified by a **green authority** that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

**green authority:**
an authority on **green** buildings, products, materials, methods or processes certified and accepted by Leadership in Energy and Environmentally Design (LEED®), Green Building Initiative Green Globes®, Energy Star Rating System or any other recognized **green** rating system.

**production equipment:**
any production or process machine(s) or apparatus that processes, forms, cuts, shapes, grinds, or conveys raw materials, materials in process or finished goods and any associated equipment utilized in production including but not limited to electrical cabling, transformers, HVAC; any equipment or apparatus that is mounted upon or used exclusively with any one or more production or process machine(s) or apparatus.

# STATE OF INDIANA

## NOTICE TO POLICYHOLDERS REGARDING FILING COMPLAINTS WITH THE DEPARTMENT OF INSURANCE

Questions regarding your policy or coverage should be directed to:

Factory Mutual Insurance Company
1-800-343-7722

If you (a) need the assistance of the governmental agency that regulates insurance; or (b) have a complaint you have been unable to resolve with your insurer you may contact the Department of Insurance by mail, telephone or mail:

State of Indiana Department of Insurance
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, Indiana  46204-2787

Consumer Hotline:  (800) 622-4461; (317) 232-2385

Complaints can be filed electronically at www.in.gov.idoi

7165 (3/09)

**49D03-2004-PL-013207**

Marion Superior Court, Civil Division 3

Filed: 4/6/2020 1:54 PM
Clerk
Marion County, Indiana

Factory Mutual Insurance Company
300 South Northwest Highway, Suite 100
Park Ridge, IL 60068 USA
**T : 847-430-7400** F : 847-430-7499

February 6, 2020

Mr. Abel Contreras                            (sent via email to: acontreras@ind.com)
Assistance Associate General Counsel
Indianapolis Airport Authority

      Re:

| | |
|---|---|
| Policyholder: | Indianapolis Airport Authority |
| Location Name: | Indianapolis International Airport |
| Loss Location: | 7800 Col. H. Weir Cook Memorial Drive |
| | Indianapolis, IN 46241 |
| Loss Description: | Flood |
| Date of Loss: | 07-Feb-2019 |
| Claim ID: | 491521 |

Dear Mr. Contreras,

This letter acknowledges receipt of the Indianapolis Airport Authority's request to extend the time to file lawsuit under the FM Global Policy No. 1048061.

This letter also confirms that FM Global is agreeable to extending the deadline sixty (60) calendar days from the date of this letter.

Neither this letter nor our investigation is an admission or denial of liability and does not waive any rights or duties of either party under any FM Global policy. Anything done or to be done by FM Global, or on its behalf, in connection with the above described matter, including, but not limited to, any investigation into the cause or amount of loss or other matter relative thereto, shall not waive, invalidate, forfeit or modify any of its rights under the policies issued by it.

Sincerely,

*Matt Zwayer*

Matt Zwayer
Operations Vice President
Operations Claims Manager
Chicago

Cc:    Working File, Chicago
        Digital Statutory File

**Exhibit 2**

49D03-2004-PL-013207

Marion Superior Court, Civil Division 3

Filed: 4/6/2020 1:54 P
Cler
Marion County, Indiar

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D01-2004-PL-_____ |

| | |
|---|---|
| INDIANAPOLIS AIRPORT AUTHORITY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| FACTORY MUTUAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating ___X___   Responding _____   Intervening _____ ; and
   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:
   Name of party_____Plaintiff Indianapolis Airport Authority_____
   Address of party *(see Question # 5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*
   _____Plaintiff can be contacted through undersigned counsel_____
   _____
   Telephone # of party _____
   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name:       **Charles P. Edwards**          Atty Number: 17309-06
   Address:    Barnes & Thornburg LLP
               11 S. Meridian Street
               Indianapolis, IN 46204
   Phone:      317-236-1313
   Fax:        317-231-7433
   Email Address: charles.edwards@btlaw.com

   Name:       **Alexander P. Orlowski**        Atty. Number:  30794-29
   Address:    Barnes & Thornburg LLP
               11 South Meridian Street
               Indianapolis, Indiana 46204

Phone:  (317) 236-1313
Fax:      (317) 231-7433
Email Address:  Alexander.Orlowski@btlaw.com

**IMPORTANT**:  Each attorney specified on this appearance:
(a)   certifies that the contact information listed for him/her on the Indiana Supreme
      Court Roll of Attorneys is current and accurate as of the date of this
      Appearance;
(b)   **acknowledges that all orders, opinions, and notices from the court in this**
      **matter that are served under Trial Rule 86(G) will be sent to the attorney at**
      **the email address(es) specified by the attorney on the Roll of Attorneys**
      **regardless of the contact information listed above for the attorney; and**
(c)   understands that he/she is solely responsible for keeping his/her Roll of
      Attorneys contact information current and accurate, see Ind. Admis. Disc. R.
      2(A).
Attorneys can review and update their Roll of Attorneys contact information on the
Courts Portal at http://portal.courts.in.gov.

3.  This is a`____PL_____` case type as defined in administrative Rule 8(B)(3).

4.  *This case involves child support issues. Yes ____ No  X____  (If yes, supply social security*
    *numbers for all family members on a separately attached document filed as confidential*
    *information on **light green paper**. Use Form TCM-TR3.1-4.)*

5.  This case involves a protection from abuse order, a workplace violence restraining order,
    or a no – contact order.  Yes ____ No   X____  *(If Yes, the initiating party must provide an*
    *address for the purpose of legal service but that address should not be one that exposes*
    *the whereabouts of a petitioner.)*  The party shall use the following address for purposes
    of legal service:
    _____    Attorney's address
    _____    The Attorney General Confidentiality program address
                  (contact the Attorney General at 1-800-321-1907 or e-mail address is
                  **confidential@atg.in.gov**).
    _____    Another address (provide)

    _____
    This case involves a petition for involuntary commitment.  Yes ____ No  X____

6.  If Yes above, provide the following regarding the individual subject to the petition for
    involuntary commitment:
    a.  Name of the individual subject to the petition for involuntary commitment if it is
        not already provided in #1 above:
        _____
    b.  State of Residence of person subject to petition: _____
    c.  At least one of the following pieces of identifying information:
        (i)  Date of Birth _____
        (ii) Driver's License Number _____
             State where issued _____ Expiration date _____

2

        (iii) State ID number _____
             State where issued _____ Expiration date _____
        (iv) FBI number _____
        (v)  Indiana Department of Corrections Number _____
      (vi)  Social Security Number is available and is being provided in an attached
          confidential document Yes _____ No _____

7.  There are related cases: Yes _____ No _X_____ *(If yes, list on continuation page.)*

8.  Additional information required by local rule:
_____

9.  There are other party members: Yes _____ No__X___ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:
    Yes___ No_X_

                            */s/ Charles P. Edwards* _____
                            Charles P. Edwards (17309-06)
                            Alexander P. Orlowski (30794-29)
                            BARNES & THORNBURG LLP
                            11 South Meridian Street
                            Indianapolis, Indiana 46204
                            Phone: (317) 236-1313
                            Fax: (317) 231-7433
                            Email: Charles.edwards@btlaw.com
                                      Alexander.Orlowski@btlaw.com

                            *Attorney for Plaintiff*
                            *Indianapolis Airport Authority*